**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY ___ D.C.

JUN 3 0 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

———————————————————————

RICHARD ARJUN KAUL, MD;
DAVID BASCH, MD;
JANE DOE; JOHN DOE.

v.                                                      CIVIL ACTION: NO.:

FEDERATION STATE MEDICAL BOARDS-                        COMPLAINT
FLORIDA BOARD OF MEDICINE
CHRISTOPHER J. CHRISTIE; DANIEL STOLZ; ROBERT HEARY;
GEICO; JANE DOE; JOHN DOE.

———————————————————————

2

# Contents

**1. Basis For All District Standing - Page 8**

**2. Parties - Page 10**

**3. Preliminary Statement – Page 11**

**4. Jurisdiction + Venue - Page 13**

General – Page 13
Personal – Page 13
Venue – Page 13
Plaintiff Kaul's denial of his application for licensure in the State of Florida was based on the illegal 2012/2014 suspension/revocation of his New Jersey license, and constitutes a **"new racketeering injury"** within the jurisdiction of the Southern District of Florida, that confers on Plaintiff Kaul, the right to sue in the United States District Court for the Southern District of Florida – Page 13

**5. Statement Of Fact – Page 15**

**FEDERATION – COVID VACCINE – OPIATE – Page 15**

**Defendant FSMB-FBM's Suppression Of Free Speech, The COVID Vaccine Fraud And Profit Purposed Human Rights Abuses, Toxicity And Death – Page 15**
**Defendant FSMB-FBM's Profiteering From The Opiate Epidemic – Page 20**

**JUDICIAL CORRUPTION + FRAUD ON THE COURT – Page 22**

**A Perpetration Of A 'Fraud on the Court' And Nullity Of The May 10, 2023, Order In K11-10 –** Page 22
      **BACKGROUND – Page 23**
      **Filing History – Page 23**
      **Factual Background – Page 25**
      **Procedural Background – Page 27**
      **DISCUSSION – Page 28**
      **Anti-Filing Injunction Against Kaul – Page 28**
      **Collateral Estoppel – Page 29**
      **Rule 8(a)(2)** – Page 30

Rule 54 Infraction, Admission Of Undisputed Material Fact And Oetken's Conversion Into A Witness/Defendant – Page 31
The Inapplicability Of Mootness – Page 32


RACIAL DISCRIMINATION AND ANTI-SEMITIC HISTORY – Page33


The historical facts of antisemitism and racial discrimination integral to the origins and industrial perpetuation of defendants FSMB-FBM/Allstate/Geico/TD, the latter three derived from the British banking-insurance cartels, are those of a "pattern" of profit purposed racketeering/human rights violations/crimes against humanity – Page 33


The insurance industry's four hundred (400) year-plus "pattern" of profit purposed racketeering/human rights violations/crimes against humanity continues in its ongoing abuse of American investigative/prosecutorial/adjudicative agencies in the filing/procuring of false criminal indictments/prosecutions/incarcerations of innocent ethnic minority physicians – Page 34


The American insurance industry's schemes of racial discrimination/asset seizure and commercial conspiracies with governmental agencies against ethnic minority physicians (Hispanic/Black/Indian) are almost exact replicas of those perpetrated against Jews by German industrialists and the Nazi Government as detailed in the final reports of the Nuremberg Trial. – Page 36


FACTS PERTINENT TO THE DEFENDANTS "ONGOING PATTERN OF RACKETEERING" – Page 37

The UC San Diego Physician Assessment and Clinical Education (PACE) Program – Page 37
The New York State Medical Board – Page 38


OTHER FACTS – Page 38


## 6. Legal Claims – Page 40

RICO 1 – Page 40

Association-In-Fact Enterprise: Corporations-Governments-FSMB-FBM/IAMRA-Medical Boards/Councils-NYSE ("CFN Association-In-Fact RICO Enterprise")
Defendant Person: FSMB-FBM
Co-conspirators: Pfizer/Moderna/Astra Zenica/Johnson + Johnson + Corporate Media
RICO Predicate Acts: Wire Fraud/Murder/Manslaughter/Public Corruption/Bribery/Money Laundering

RICO 2 – Page 53
Association-In-Fact Enterprise: United States District Court-NYSE ("SDNY-NYSE Association-In-Fact- Enterprise)
Defendant Persons: Geico
Co-conspirators: Allstate/TD/ICE
RICO Predicate Acts: Bribery/Fraud on the Court/Public Corruption/Money Laundering


RICO 3 – Page 56
Association-In-Fact Enterprise: State of New York-New York State Medical Board-State of Florida-Florida State Medical Board ("NYSMB-FSMB-FBM Association-In-Fact-Enterprise)
Defendant Persons: FSMB-FBM-Florida Board of Medicine/Geico
Co-conspirator: Allstate
RICO Predicate Acts: Bribery/Fraud on the Court/Public Corruption


RICO 4 – Page 61
Association-In-Fact Enterprise: State of California-UC San Diego Physician Assessment and Clinical Education (PACE) Program
Defendant Persons: FSMB-FBM-Florida Board of Medicine/Geico
Co-conspirator: Allstate
RICO Predicate Acts: Wire fraud/Conspiracy/Public Corruption


RICO 5 – Page 66
Association-In-Fact Enterprise: State of Florida-NYSE-SEC ("SNS Association-In-Fact-Enterprise)
Defendant Persons: Geico/Christie
Co-conspirators: TD/Allstate/ICE
RICO Predicate Acts: Securities fraud/mail fraud/wire fraud/money laundering


RICO 6 – Page 79
Association-In-Fact Enterprise: State of Florida-United States Bankruptcy Court-NYSE
Defendant Persons: Geico/Stolz
Co-conspirators: Allstate/TD
RICO Predicate Acts: bankruptcy fraud/mail fraud/wire fraud/public corruption/bank fraud/securities fraud/money laundering


RICO 7 – Page 87
Association-In-Fact Enterprise: State of Florida-United States District Court
Defendant Persons: Christie/Heary
Co-conspirator: AHS
RICO Predicate Acts: mail fraud/wire fraud/bribery/obstruction of justice/public corruption/money laundering

RICO 8 – Page 95
Association-In-Fact Enterprise: State of New Jersey-United States District Court-United States Bankruptcy Court-NYSE
Defendant Persons: Geico/FSMB-FBM-Florida Board of Medicine/Christie
Co-conspirator: Allstate
RICO Predicate Acts: mail fraud/wire fraud/bribery/obstruction of justice/public corruption/money laundering

RICO 9 – Page 107
Association-In-Fact Enterprise: State of Florida-United States Bankruptcy Court-United States District Court
Defendant Persons: Christie/Geico
Co-conspirators: Allstate/Grewal/Murphy
RICO Predicate Acts: kidnapping/mail fraud/wire fraud/bribery/obstruction of justice/public corruption

RICO 10 – Page 123
Association-In-Fact Enterprise: State of New York-State of Florida-NYSE ("SSN Association-In-Fact Enterprise)
Defendant Persons: Geico/FSMB-FBM-Florida Board of Medicine
Co-conspirators: Allstate/Hengerer
RICO Predicate Acts: Bribery/Mail Fraud/Wire Fraud/Obstruction of Justice/Conspiracy

Violation of Civil Rights
Symbiosis of State/Private Actors – Page 131

Section 1983 claim – Page 32

UN Human Rights Violation
The United Nations Universal Declaration of Human Rights – Page 136

BASCH CLAIM – Page 143

RICO – Page 143
Association-In-Fact Enterprise: Rivkin Radler-United States District Court ("SRU Association-In-Fact Enterprise"/"RRU Scheme")
Defendant Persons: Geico/Rivkin Radler/Gersenoff
RICO Predicate Acts: mail fraud/wire fraud/bribery/public corruption

# 7. Relief – Page 152

**8. Certification – Page 153**

## Basis For All District Standing

Plaintiff Kaul has standing to bring suit against any/all of **The Kaul Cases** Defendants in any district court within the United States District Court, because **The Kaul Cases** Defendants caused him an illegal injury in April 2012 in all states/districts by using the US wires to disseminate, through the entities of the National Practitioners Data Bank and Defendant FSMB-FBM-Florida Board of Medicine to all state medical boards, information regarding the knowingly fraudulent suspension/revocation proceedings of Plaintiff Kaul's New Jersey license. This information, procured through fraud and fraudulent in nature/form, was entered onto the official record and had the immediate injurious effect of preventing Plaintiff Kaul from obtaining a license in any/all states/districts.

Since April 2012, Plaintiff Kaul has continued to be caused injury in all states/districts because **The Kaul Cases** Defendants with Defendant FSMB-FBM being the 'central cog' of the conspiracy, have perpetuated the injurious effect by obstructing Plaintiff Kaul's right/ability to procure a license and or have his NJ license reinstated.

Similarly, Plaintiff Kaul's economic standing/reputation/livelihood/liberty/life/social standing/professional standing/physical standing have been injured and have continued to be unlawfully exacerbated, consequent to **The Kaul Cases** Defendants willful/knowing and illegal obstruction of Plaintiff Kaul's litigation and license procurement efforts in the American courts and state medical boards.

On November 2020, Plaintiff Kaul affirmatively established the licensing injury in every state, and in 2023, the fact that Plaintiff Kaul is not in possession of a license in any state/district, including New Jersey and Florida despite a persistent/material/concerted effort since 2012 (Plaintiff Kaul's attempts at a 'peaceful' negotiation were ignored/rejected), and despite admitted fact that the 2012/2014 NJ suspension/revocation were/are illegal, <u>DOES</u> irrefutably establish standing in all districts.

Finally, almost all of **The Kaul Cases** Defendants/their lawyers have 'minimal contacts' with every state/district within the United States, and either benefit or have benefited from a 'stream of commerce' within that state/district, and the one/two that do not, have used and continue to use the US wires/mail to cause injury to Plaintiff Kaul and to conduct personal/business affairs within all states/districts of the United States.

# Parties

## Plaintiffs

1. RICHARD ARJUN KAUL, MD – 24 Washington Valley Road, Morristown, NJ 07960: 973 876 2877: DRRICHARDKAUL@GMAIL.COM **("KAUL")**

2. DAVID BASCH, MD – 90 S Sparta Ave, Sparta, NJ 07871: 201 396 0346: dbbortho@yahoo.com **("BASCH")**

## Defendants

1. GEICO INSURANCE COMPANY – 5260 Western Avenue, Chevy Chase, MD 20815 **("GEICO")**.

2. FEDERATION STATE MEDICAL BOARDS (400 Fuller Wiser Rd, Suite 300, Euless, TX 76039) - FLORIDA BOARD OF MEDICINE (4052 Bald Cypress Way Bin C-03, Tallahassee, FL) **("FSMB-FBM")**. The Florida Board of Medicine is a subjugate member of Defendant FSMB, and as such its inextricably intertwined liability with that of Defendant FSMB

3. CHRISTOPHER J. CHRISTIE – 2nd Floor, 36th Street Capital, Maple Avenue/Dehart Street, Morristown, NJ 07960 **("CHRISTIE")**.

4. DANIEL STOLZ – 60 Christy Drive, Warren, NJ 07059-6833 **("STOLZ")**.

5. ROBERT HEARY – 1 Bay Avenue, Suite 5, Montclair, NJ 07042 **("HEARY")**.

## Preliminary Statement

**1.** K11-14 exposes the grand corruption of the Government of the United States of America by multi-national publicly traded for-profit corporations and their lethal profit purposed exploitation of the American public. K11-14 details the nexus between this 'unholy' corporation-government alliance and the medical/legal/judicial professions, a nexus through which are conducted massive schemes of racketeering that have caused, and continue to cause the wrongful deaths/incarceration of millions of innocent Americans.

**2.** The most recent catastrophe is that related to the mass forced/coerced inoculations of the American public with an mRNA toxin, that the public was deceived into believing was a 'vaccine' against COVID-19. This gene manipulating toxin has resulted and will continue to result in, amongst other things, premature death, increased rates of cancer, cardiac disease, and early-onset dementia/neuro-cognitive deterioration.

**3.** K11-14 exposes the inner machinations of these schemes and seeks to: **(i)** effectuate regulatory and political reform; **(ii)** cause the perpetrators of such tyranny to be monetarily penalized; **(iii)** re-distribute their wealth amongst the victims of their tyrannical corporate greed.

**4.** K11-14 places before this Court, a body of ever-expanding evidence of the Defendants **"ongoing pattern of racketeering"** within the for-profit system of corporate-government alliances involved in the multi-billion-dollar enterprise of so-called physician regulation/discipline, a system of oppression and human rights violation, at the head of which sits Defendant FSMB-FBM-Florida Board of Medicine, the 'hub' of the 'hub-and-spoke' conspiracy of the **"Federation-Cartel" ("FC").**

**5. The Kaul Cases** Defendants, in a period from 2016 to 2023, have, through schemes of judicial/political corruption, prevented this body of claim conclusive evidence from being

submitted to a jury in America. The evidence remains admitted and substantiates a concerted and knowing **"pattern"** of human/constitutional rights violations, whose origins extend back to March 2005, when Kaul invented and successfully performed the first outpatient minimally invasive spinal fusion.

6. That **"pattern"** has brought together the worlds of medicine, law, business, and politics, and has been conducted through judicial/administrative/financial/governmental agencies, and is, at its core, and as often described by U.S.D.J. Mark Wolf, a scheme of **"grand corruption"**, the type for which Judge Wolf has proposed an international anti-corruption court.

# Jurisdiction + Venue

**7.** <u>General</u>:

28 U.S.C. § 1331 – Plaintiff's allegations arise pursuant to Section 1983 claims of violations of Kaul's Constitutional rights and U.S.C. § 1964(a)(b)(c)(d) and 1962.

U.S.C. § 337 – Plaintiff's allegations allege violations of an Act of Congress regulating commerce and monopolies.

28 U.S.C. § 1332(d)(2)(A) – Plaintiff is a citizen of a different state to certain Defendants and the aggregate amount in controversy exceeds seventy-five thousand dollars ($75,000).

**8.** <u>Personal</u>:

The Court has personal jurisdiction over all Defendants, as each Defendant has transacted business, maintained substantial contacts, and/or committed acts in furtherance of the illegal scheme and conspiracy throughout the United States, including in this district. The scheme and conspiracy have been directed at and have had the intended effect of causing injury to persons residing in, located in, or doing business throughout the United States including this District. This Court also has personal jurisdiction over all Defendants pursuant to Fed. R. Civ. P. 4(k)(1)(A) because they would be subject to a court of general jurisdiction in Florida.

**9.** <u>Venue</u>:

28 U.S.C. § 1391(b)(1) – A civil action may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located and (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

**10.** <u>Plaintiff Kaul's denial of his application for licensure in the State of Florida was based on the illegal 2012/2014 suspension/revocation of his New Jersey license, and constitutes a **"new racketeering injury"** within the jurisdiction of the Southern District of Florida, that confers on</u>

13

<u>Plaintiff Kaul, the right to sue in the United States District Court for the Southern District of Florida</u>.

Defendant FSMB-FBM illegally procured monopoly power of the entire mechanism and all elements of the process of physician education, training, board certification, licensing, credentialling, certification and so called 'disciplining', constitutes and accounts for the deprivation to state actors of state sovereignty/immunity defenses in litigation related to licensing disputes. Defendant FSMB-FBM monopolization of this system is totalitarian in nature and effect, is designed to subjugate/enslave the medical profession to obey the edicts/orders/agendas of for-profit healthcare corporations and to increase corporate profits through a ruthless slave-like exploitation of the public and medical profession. A critical element of this system, one required for absolute control, is that, that prevents a physician whose license was suspended/revoked in any state, from obtaining a license anywhere in the world, unless and until he forfeits all his property to the system (insurance corporations/medical boards/lawyers), admits to his guilt, even though innocent and submits himself to punitive/harsh/unconstitutional/illegal terms as condition of his re-commencement of clinical practice and regaining a livelihood. The denial of Plaintiff Kaul's petition for a Florida license constitutes both an example of this element and a **"new racketeering injury"**, for which the law provides Plaintiff Kaul the right/standing to file suit in the Southern District of Florida.

# Statement Of Fact

**FEDERATION – COVID VACCINE – OPIATE**

## Defendant FSMB-FBM's Suppression Of Free Speech, The COVID Vaccine Fraud And Profit Purposed Human Rights Abuses, Toxicity And Death

**11.** One of the principal themes of **The Kaul Cases**, has been that pertaining to the corrupt engineering of quid pro quo schemes by for-profit healthcare corporations with the regulatory/political apparatus of American healthcare in which at its most fundamental, human life is sacrificed for corporate profit.

**12.** Defendant FSMB-FBM-Florida Board of Medicine is a critical cog in this 'Soylent-Green' like machine, the ruthlessness of which was exposed during the so called COVID-19 pandemic.

**13**. Commencing in early 2020, just after the announcement of the purported pandemic, Plaintiff Kaul began writing articles and filing legal documents that highlighted the multiple profit purposed COVID related frauds that mandated knowingly toxic and ineffective mRNA 'vaccines', the wearing of masks and ubiquitous, but non-specific PCR testing.

**14.** This information reached a massive global audience, as did that published by other dissenting voices that exposed these crimes against humanity, and threatened corporate profits.

**15.** Consequently, these corporations conspired with Defendant FSMB-FBM to have suspended/revoked the licenses of physicians who either used the internet to communicate the grave risks of the vaccine or advised their patients against being inoculated, and or, as in Plaintiff Kaul's case, attempt to obstruct applications for and the issuance of licenses, as in Florida.

**16.** Defendant FSMB-FBM's 'muzzling' of the truth and dissemination of knowing falsehoods is ongoing, represents an **"open-ended pattern of racketeering",** is a serious threat to the public's health/welfare and pertains not just to the COVID vaccine, but to a myriad of drugs/medical devices, whose manufacturers are in conspiracy with Defendant FSMB-FBM-FMB.

**17.** Thus far, a public litigation of the evidence has not yet occurred, but the enclosed documents, which provide specific unrefuted detail, substantiate that the global public will come to know the absolute truth of why their fathers/mothers/brothers/sisters/sons/daughters either lost their lives and or suffered horrific life-changing injuries.

**18.** The outcome of K11-14 has immense consequence for the public, not only in exposing the truth but in ensuring such a genocidal-like crime is never again committed.

**19.** The documents are:

a. May 11, 2020 – WIX Article: COVID 19 CRIMES AGAINST HUMANITY: **"The thrust of the case is that Defendant Allstate has, since at least 1999, engaged in massive schemes of bribery that have corrupted state medical boards. The Complaint alleges that this corruption is directly responsible, as of May 11, 2020, for over eighty thousand (80,000) deaths and one point three million (1,300,000) cases caused by COVID-19 infections."** (**Exhibit 1**). These facts are relevant to the racketeering, section 1983, and human rights charges

b. November 4, 2020 – WIX Article: COVID-19 DEATHS + MEDICAL BOARD RACKETEERING + THE SUPREME COURT OF THE UNITED STATES: **"Kaul respectfully asserts that a grant of the writ will mitigate future threats of COVID-19 like microbial pandemics … "Kaul respectfully asserts that the grant of a writ will mitigate any further decrease in market capitalization of**

**Defendants Allstate …**" (**Exhibit 2**). These facts are relevant to the Defendants ongoing racketeering injuries, in that unless the commencement of change is effectuated, the same corporate related death and destruction will continue within the west, while BRICS and its associated members restructure the world in a manner consistent with the principles of the United Nations Charter On Human Rights. The 2020 SCOTUS, the one before the recent 2023 exposition of judicial impropriety, chose not to issue a writ that would have protected the American public.

c. December 15, 2020 – WIX Article: COVID-19 MUTATION DEFEATS A VACCINE: **"The vaccine has caused the mutation and will provide no protection to the mutant virus now coursing through the planet's circulatory system. Of course, those corporations/executives raking in billions of dollars from having corrupt governments/politicians mandating vaccination programs, have insulated themselves and their families from harm. Two of these corporations are Berkshire Hathaway/Geico and Allstate Insurance Company."** (**Exhibit 3**). This release reached a worldwide audience, and its undisputed factual accuracy and truthfulness lend weight to Summary Judgment.

**20.** The following documents, all part of (**Exhibit 4**) and extracted from K11-10, contain facts highly probative to Defendant FSMB-FBM's perpetration of schemes, willfully violative of the Nuremberg Code, of forced/coerced programs of mass public inoculation with a knowingly lethal mRNA toxin. The K11-10 district judge's May 10, 2023, dismissal was an attempt to suppress a public examination of these facts and deprive the public of their right to know information critical to their health, welfare, and life, sacrificing the lives of people and their children at the 'gallows-guillotine' of corporate profit.

a. March 9, 2023 – K11-10: D.E. 1 Page 9 to 10 of 169: **"The COVID vaccine, as Kaul predicted, has now been found to be highly toxic/ineffective:** https://www.drrichardkaul.com/so/24NPf5O65 **This fact was known by the government/corporate entities that forced it on the world's population:**

https://theswisstimes.ch/swiss-banker-files-criminal-charges-over-false-covid-vaccine-statements/ **In K11-7, the Defendants attempted to frame the Plaintiffs' assertion of these facts as evidence of the implausibility of their complaint, with terms such as "vast conspiracy" and "nutcase". These facts are now proven, and this country, like Switzerland, should have the courage to bring criminal charges against those who perpetrated these crimes against humanity." (Exhibit 4)**

b. May 2, 2023 – K11-10: D.E. 19 Page 74 to 81 of 116: **"According to the CDC, more than 10,000 reports of myocarditis were reported to the VAERS after COVID-19 vaccination (Pfizer-BioNTech and Moderna) in the US … Adverse effects such as myocarditis, glomerular diseases and cutaneous eruptions are seen with the MRNA vaccines." (Exhibit 4).**

c. May 2, 2023 – K11-10: D.E. 19 Page 101 to 104 of 116: **"The mafia tactics of the Federation of State Medical Boards, filtered down to individual health professionals, has been highly effective in suffocating dissent, stigmatizing critical thinking and helping to establish a Stasi-style culture." (Exhibit 4)**

d. May 2, 2023 – K11-10: D.E. 19 Page 68 to 72 of 116: **"The federation expects its members will conduct more investigations that would lead to disciplinary actions. But in some cases, the responses from some medical boards and state officials have been stymied by political backlash. States like Tennessee and North Dakota, for example, have restricted state medical boards' powers. And now legislators in 10 other states — including Florida and South Carolina — have introduced similar measures." (Exhibit 4).**

e. May 2, 2023 – K11-10: D.E. 19 Page 83 to 88 of 116: **"Physicians who generate and spread COVID-19 vaccine misinformation or disinformation are risking disciplinary action by state medical boards, including the suspension or revocation of their medical license … Spreading inaccurate COVID-19 vaccine information … threatens to further erode public trust in the medical profession and puts all patients at risk." (Exhibit 4).** Defendant FSMB-FBM and its

18

COVID manufacturing corporate masters and their investors are today responsible for the deaths and injuries of millions of global citizens who were forced/coerced into inoculation. This constitutes further evidence as to the urgent need for a "**Reformation Of American Medical Boards**" ("**RAMBO**").

f. <u>May 2, 2023 – K11-10: D.E. 19 Page 91 of 116</u>: "**The COVID-19 pandemic may someday be the subject of countless volumes of literature describing it as a sinister man-made global plague. In today's America, it has introduced a dark age of medical science. Nowhere has this fact been demonstrated more clearly than by the actions of state medical licensing boards, most of whom take their cues from the <u>Federation of State Medical Boards</u> (FSMB-FBM). Their drive to control medical practice has been gaining momentum for decades, but their current stance and methodology is an all-out assault on the once noble and legitimate medical profession. Having received the infamous honor of being the first medical doctor in the U.S. to have my medical license first suspended, then fully revoked, because of COVID malevolence, I've learned many lessons about exactly how state medical boards have honed the process of destroying good physicians. Now, to be sure, there are no perfect physicians, just as there are no perfect people. But a serious problem must exist when the Oregon Medical Board (OMB) is able to take down a physician who has done no harm and who actually had no patient complaints concerning the board's allegations against him.
In this story of my experience, I am just an example. It exposes the <u>corruption and dirty secrets of an agency that is out of control</u>, without accountability, and devoid of any regard for the best science and sound medical practice. State medical licensing boards have evolved into monsters that devour any medical practitioners in their path who do not comply with the government narrative. When government goes rogue, the medical system becomes an unholy alliance that ultimately wreaks havoc on patients. When the physician-patient kinship is compromised, the healing arts suffer greatly. Any collaboration between government and medicine spells disaster.**" (<u>Exhibit 4</u>).

g. <u>May 2, 2023 – K11-10: D.E. 19 Page 47 to 64 of 116</u>: **"The Committee's Long-Standing Interest in the Opioid Epidemic … the Department of Health and Human Services (HHS) and others, it stressed the critical need to remain diligent, especially during the COVID-19 pandemic … we sent letters to 10 tax-exempt organizations and requested information about their financial relationships with opioid manufacturers** [Purdue funneled bribes to Defendant FSMB-FBM in exchange for the issuance of an order in or around 2000, that resulted in the disciplining of physicians who under-prescribed opiates in the treatment of chronic pain patients]. **These groups included … Federation of State Medical Boards …"** (**Exhibit 4**).

h. <u>May 2, 2023 – K11-10: D.E. 19 Page 96 of 116</u>: **"Recently, there have been increasing calls in the medical community, including from the Federation of State Medical Boards (FSMB-FBM) and professional certification boards such as the American Boards of Family Medicine (ABFM), Internal Medicine (ABIM), and Pediatrics (ABP) to revoke the licenses and board certifications of physicians who promulgate medical misinformation."** (**Exhibit 4**). Defendant FSMB-FBM knew the so called 'vaccine' was toxic and ineffective, and knew that its use of the US wires to transmit such knowingly fraudulent information constituted wire fraud, but more importantly, that the forced inoculation of the public would cause death and life-threatening long-term morbidity. Genocidal crimes against humanity rendered through the quid pro quo 'hijacking' of the apparatus of world governments.

i. <u>May 30, 2023 – Article **"COVID outbreak at CDC gathering infects 181 disease detectives"**</u>: **"Nearly all of the survey takers, 1,435 (99.4%), reported having received at least one COVID-19 vaccine."** (**Exhibit 4**).

**<u>Defendant FSMB-FBM's Profiteering From The Opiate Epidemic</u>**

**21.** In approximately 2000, numerous opiate manufacturers, including Purdue, commenced bribing Defendant FSMB-FBM and its directors, in a series of quid pro quo schemes, in which

monies were exchanged in return for forcing/coercing physicians to dispense opiates under threat of license suspension/revocation.

**22.** Indeed, many physicians who chose to treat pain without opiates had their licenses suspended/revoked, their livelihoods destroyed and many of these physicians committed suicide as did a number of their teenage children, consequent to the destruction of their families.

**23.** In 2012, the United States Senate opened an investigation into these illegal schemes, and on May 8, 2012, requested from Defendant FSMB-FBM, a list of all exchanged monies/information pertaining to facts of the genesis and perpetuation of the opiate epidemic and related deaths: **"It is clear that the United States is suffering from an epidemic of accidental deaths and addiction resulting from the increased sale and use of powerful narcotic painkillers such as Oxycontin (oxycodone), Vicodin (hydrocodone), and Opana (oxymorphone) ... Deaths from these drugs rose more rapidly "from about 4,000 to 14,800" between 1999 and 2008, than any other class of drugs and now kill more people than heroin and cocaine combined ... Recent investigative reporting from the Milwaukee Journal Sentinel/MedPage Today and ProPublica revealed extensive ties between companies that manufacture and market opioids and ... the Federation of State Medical Boards ..."** (**Exhibit 5**).

**24.** On <u>December 16, 2020</u>, the results of the investigation and the Senate's demand for greater transparency in commercial relationships between for-profit healthcare corporations and Defendant FSMB-FBM/other tax-exempt groups, were published: **"Senate Finance Committee Ranking Member Ron Wyden, D-Ore., and Chairman Chuck Grassley, R-Iowa, today issued a report to committee colleagues illuminating the extensive connections between opioid manufacturers and opioid-related products, and tax-exempt entities that have helped drive up sales while downplaying the risks of opioid addiction."** (**Exhibit 6**).

**25.** Almost as soon as the Senate admonished Defendant FSMB-FBM, it commenced its public campaign of promoting the so called 'vaccine' and having suspended/revoked the licenses of those physicians who highlighted its toxicity and ineffectiveness.

## JUDICIAL CORRUPTION + FRAUD ON THE COURT

## A Perpetration Of A 'Fraud on the Court' And Nullity Of The May 10, 2023, Order In K11-10

**26.** On May 10, 2023, in K11-10, a purported order/opinion was entered by the district judge, Jennifer L. Rochon (**Exhibit 7**). The document perpetuates an admitted 'Fraud on the Court', in that its purpose, nature, substance and character are identical to the fraudulent K11-7 September 12, 2022, order/opinion of district judge, James Paul Oetken.

**27.** The fraudulence of Oetken's K11-7 September 12, 2022, order/opinion became established on October 6, 2022 (**Exhibit 8**).

**28.** On May 2, 2023, in K11-10, a case in which Oetken was deprived of adjudicative power, consequent to pending complaints before state/federal disciplinary committees and councils (**Exhibit 9**), counsel for Defendant ICE filed a letter with the Court in which he copied Oetken (**Exhibit 10**), thus converting him from a jurist to a witness/defendant, a fact stated in Plaintiffs May 12, 2023, response (**Exhibit 11**) to the district judge's May 10, 2023, purported order/opinion.

**29.** On May 9, 2023, and in response to Defendant ICE's May 2, 2023, letter, Plaintiffs submitted opposition papers (**Exhibit 12**), in which they identified, amongst other things, Defendant ICE's **"conspicuous failure to have the New York State ATTORNEY GRIEVANCE COMMITTEE issue an opinion of no cause regarding the K11-7 district judge, does further consolidate the corpus of fact substantiating 'Fraud on the Court' as a basis for K11-10."**

**30.** The K11-10 district judge's knowingly improper May 10, 2023, incorporation, and use of the US wires/United States District Court, to propagate the fraudulent September 12, 2022, K11-7 order/opinion, did cause to be rendered fraudulent and thus null/void the K11-10 district judge's May 10, 2023, purported order/opinion.

**31.** However, in addition to the procedural 'Fraud on the Court' based nullity, the purported order/opinion is without legal effect consequent to multiple misrepresentations/mischaracterizations of fact, as identified below:

**BACKGROUND**:

**32.** <u>Filing History</u>: The Court states: **"In March 2014, the New Jersey State Board of Medical Examiners … any request will be denied for failure to comply with this Opinion and Order, and Plaintiff Kaul may be subject to sanctions, including monetary penalties or contempt." Id. at *9."**

**33.** The opinion was drafted by the Defendants lawyers, and contains verbiage that is almost an exact copy of that submitted in prior judicial opinions, the purpose of which is an attempt to undermine Plaintiff Kaul's credibility, character, and competence, by misrepresenting the facts pertaining to the politico-legal events preceding/surrounding the illegal February 12, 2014, revocation/revocation proceedings (April 9 to June 28, 2013).

**34.** The revocation/revocation proceedings were and are illegal (**<u>Exhibit 13</u>**), a fact known to the K11-10 district judge, a fact admitted to by **<u>The Kaul Cases</u>** Defendants, and a fact underpinned by the undisputed and claim conclusive evidence within **<u>The Kaul Cases</u>**.

**35.** From the commencement of **<u>The Kaul Cases</u>** on February 22, 2016 (K1), the Defendants strategy has involved bribing politicians and judges (Wall Street Journal articles September 2021) to prevent any of the cases advancing into discovery and to have cases dismissed for

legally invalid reasons, and to then use these fraudulently procured dismissals to argue, and have judges argue that because **"Plaintiff Kaul has never received any relief in these cases."** that therefore the case before them, regardless of new evidence/facts/injuries should be dismissed.

36. At no point have <u>The Kaul Cases</u> Defendants contested/refuted/rebutted/addressed any of the evidence/facts, facts to which they have admitted sufficient for Summary Judgment, and facts that support claims that they continue to falsely describe as **"frivolous"**.

37. In furtherance of the K11-10 Defendants/District Judge's scheme to undermine Plaintiff Kaul/Basch's credibility, is the district court judge's blatant misrepresentation of the FACT that the insurance industry was born out of the trans-Atlantic slaving industry, profited from the Nazi engineered Holocaust and continues to profit from the mass mandated dissemination of so called COVID vaccines.

38. Plaintiffs submitted these facts in <u>The Kaul Cases</u>  and specifically in K11-2 as evidence of a four hundred year-plus **"pattern of racketeering"** and a general profit-purposed criminal state-of-mind consistent with the wrongdoing against the Plaintiffs, as identified in The <u>Kaul Cases</u>, and <u>NOT</u>, as the district judge disingenuously claims, a direct conspiracy against Plaintiffs Kaul/Basch; although the insurance industry does indeed view/treat ethnic minority physicians as modern-day slaves (<u>Exhibit 14</u>).

39. The district judge states: **"Plaintiff Kaul has never received any relief in these cases," as the District of New Jersey dismissed <u>many</u> of Kaul's claims and Kaul voluntarily dismissed others. Id. at *2."**

40. <u>All</u> cases were in fact voluntarily dismissed, and the district judge's statement is false and purposed to mislead the record and any future readers of the record into believing the

Defendants false narrative that **The Kaul Cases** claims are without merit. The claims, as evidenced by the admitted fact, do indeed have merit, a fact known to the district judge.

**41.** Similarly, the K11-10 district judge, in keeping with and furthering the K11-7 district judge's September 12, 2022 'Fraud on the Court' (K11-7: D.E. 168) mischaracterizes a kidnapping of Plaintiff Kaul on May 27, 2021 (**Exhibit 15**) as a **"purported kidnapping"**, and re-enters onto the record a quote from the knowingly fraudulent September 12, 2022 document: **"The Court warned that "[i]f Plaintiff Kaul violates this Opinion and Order and files any materials without first obtaining leave to file, any request will be denied for failure to comply with this Opinion and Order, and Plaintiff Kaul may be subject to sanctions, including monetary penalties or contempt." Id. at *9.**

**42.** K11-10 was filed on March 9, 2023, and the Court after having reviewed the Complaint, issued summonses for all Defendants, four (4) of whom were served. The K11-10 district judge only dismissed the case after direct interference from Oetken, the jurist who was converted into a witness/defendant consequent to being copied on Defendant ICE's May 2, 2023, letter (K11-10: D.E. 17).

**43. Factual Background:** The Court states: **"Plaintiffs have now filed, without leave, another complaint alleging that Defendants supported … Plaintiffs allege that PACE submitted a false report to the Pennsylvania Medical Board stating that Kaul "would be a danger to the public" and "likely never meet the standards to ever return to the practice of medicine." Id. ¶ 64" –**

**44.** The strategy of the Defendants/District Judge involves citing statements from Plaintiffs' pleadings that are either unrefuted/uncontested/unrebutted/undenied, mischaracterized/misrepresented and or contextually excerpted, in an attempt to mischaracterize Plaintiffs' claims as implausible and or evidentially unsupported.

**45.** The Defendants/District Judge's mischaracterization is an attempt to mitigate Oetken's K11-7 'Fraud on the Court' and justify the K11-10 district judge's knowingly improper attempt to further perpetrate this fraud within the United States District Court. The Court states: **"Plaintiffs claim that the Defendant insurance companies are committing racketeering through a "Slaving-Nazi-COVID-Insurance Axis" to "force[] mass global vaccination programs." Compl. ¶¶ 17-18."**

**46.** This is a gross mischaracterization of the pled fact that the insurance industry began with the trans-Atlantic slaving industry, profited from the Nazi Holocaust, and continues to profit from mandated COVID vaccine programs, all being forms of legalized trafficking and exploitation of humans, a theme central to the claims in **The Kaul Cases** of the legally facilitated exploitation of principally ethnic minority (Hispanic/Asian/African-American), through the coopting of the government/courts and the enactment/perversion of law to provide 'legal' cover for such crimes against humanity.

**47.** These historical facts substantiate a four-hundred-year-plus **"pattern of racketeering"**, facts regarding the continuance of which are pled in **The Kaul Cases**. The Court states: **"Plaintiffs admit to filing several similar lawsuits between 2015 and 2022. Id. ¶ 4 ... These claims are summarized in Judge Oetken's opinion, and the Court assumes familiarity with those allegations. Kaul 2021 at *2-3."**

**48.** The K11-10 district court judge has misrepresented the pleading, in that in paragraph 4. the Plaintiffs did NOT admit to filing several similar lawsuits between 2015 to 2022, as is evident from a plain reading of para. 4. The Court states: **"Portions of the Complaint are seemingly a "copy and paste" from the amended complaint filed in Kaul 2021.  Compare id. ¶¶ 16-21, 27, 29-35, 71-222 with Kaul v. Intercontinental Exch., No. 21-cv-6992 (JPO), ECF No. 14 ("Kaul 2021 Compl.") ¶¶ 6-10, 12-152."**

**49.** This is a contextually excerpted and grossly misleading statement of the legal warranty of K11-10 pursuant to the doctrine of 'Fraud on the Court' which permits a case to be refiled in the same or a different court, as substantiated in K11-10 with reference to controlling SCOTUS law (K11-10: D.E. 1 Page 82 of 169) (**Exhibit 16**).

**50.** This accounts for the fact that the majority of K11-10 is indeed identical to K11-7. A lack of identity between K11-10 and K11-7 would be inconsistent with the foundational doctrine of 'Fraud on the Court', but even absent this basis, K11-10 was brought jointly on new evidence/facts/injuries.

**51.** On May 10, 2023, in K11-10 the Court/Defendants state: "**Notwithstanding, Plaintiffs claim this lawsuit is an "independent action" alleging new facts and "new racketeering injuries." Compl. ¶ 7. The first "new" allegation is that Judge Oetken fraudulently dismissed Plaintiffs' previous case, Kaul 2021; and Judge Oetken "tacitly admitted to having received bribes and conspiring with the Defendants and or their agents." Compl. ¶¶ 5, 12. Plaintiffs allege that various Defendants bribed Judge Oetken to dismiss Kaul 2021 and enter the injunction that prevents Plaintiff from prosecuting the "Kaul Cases." Id. ¶¶ 22-24 ... Second, Plaintiffs allege that the New York State Medical Board colluded with "[t]he Kaul Cases Defendants" to deny Kaul's medical license application ... Third, Plaintiffs claim that three defendant insurers – FSMB-FBM, Allstate, and GEICO – used the State of California - UC San Diego Physician Assistant and Clinical Education ("PACE") Program to further their racketeering scheme." (Exhibit 7).**

**52.** Neither the Court nor the Defendants have refuted/rebutted/contested/addressed these facts, but in simply re-stating them on the federal record, they have inadvertently admitted the facts. Attached to K11-10 was a copy of a lawsuit Plaintiff Kaul had drafted against Defendant PACE (K11-10: D.E. 1 Page 151 of 169), with the intention of filing in the United States District Court for the Southern District of California. That case is now pending in the United States District Court for the Southern District of California (K11-8).

**53. Procedural Background**:

The Court states: **"Plaintiffs filed the Complaint on March 9, 2023.  See id.  Defendant Allstate requested dismissal of this action on April 19, 2023, on the grounds that the Complaint violates an anti-filing injunction.  ECF No. 3.  Plaintiffs filed a motion for summary judgment on April 21, 2023, ... Plaintiffs responded to Defendant Intercontinental Exchange's letter on May 9, 2023.  ECF No. 24."**

**54.** This is a purposefully incomplete recitation, in that the Court fails to specifically identify Defendant Heary's <u>April 24, 2023,</u> ADMISSION OF MATERIAL AND UNDISPUTED FACT OF DEFENDANT ROBERT HEARY (K11-10: D.E. 9). These admissions, pursuant to RICO's vicarious liability doctrine, did on <u>May 24, 2023,</u> become admitted with regards to all other K11-10 Defendants, sufficient to substantiate Summary Judgment.

**DISCUSSION**:

**55. Anti-Filing Injunction Against Kaul**:

The Court states: **"This lawsuit runs afoul of Judge Oetken's order barring Kaul from filing any lawsuits related to the facts of his earlier cases ... The Court finds that Kaul is barred from bringing the Complaint in this lawsuit as it clearly falls with Judge Oetken's anti-filing injunction."**

**56.** The K11-10 district judge's analysis incorporates and perpetuates Oetken's K11-7 September 12, 2022, knowing 'Fraud on the Court' and is knowingly/willfully false in that the K11-10 district judge knew and knows that the doctrine of 'Fraud on the Court' as applied to Oetken's October 6, 2022, admitted fraud (**Exhibit 8**) has rendered and renders null and void Oetken's September 12, 2022 K11-7 opinion and all purported orders within the opinion, including that of the purported 'anti-filing injunction'.

**57.** The K11-10 district judge, by willfully incorporating into a judicial opinion/order, the contents of a knowingly fraudulent document, the K11-10 district judge has, for political/professional reasons, assumed Oetken's liability of fraud, an act that can reasonably be inferred was a consequence of her/Oetken's calculation that the liability of fraud assumption was outweighed by the risk that without such an order, the Plaintiffs would not be coerced/intimidated into not continuing to litigate the claims to resolution.

**58.** The K11-10 district judge evinces her fraudulent state-of-mind in devoting twenty (20) lines to a purported analysis of why Oetken's fraudulent September 12, 2022, opinion/order applies to K11-10, while willfully omitting the fact that K11-10 pleads new and **"ongoing racketeering"** offenses/injuries, for which the law regarding new evidence/facts authorizes new claims (**Exhibit 17**) as does the doctrine of 'Fraud on the Court'. The K11-10 opinion/order are legally unsupported.

**59.** The K11-10 district judge's failure to contest/rebut/refute/analyze the applicability of 'Fraud on the Court'/**"ongoing racketeering"** constitutes a tacit admission of these doctrines, which further substantiates the filing of K11-14.

**60.** These admissions further invalidate the purported 'anti-filing injunction' and further validate the filing of K11-14, while the K11-10 judge's tangential referencing of the doctrines, although intended to convey the impression of analysis, does nothing but evidence a fraudulent state-of-mind and its attempted perpetuation, as does the footnote on page 6: " ... **procedurally proper way to challenge the decision in Kaul 2021 [K11-7]"**, which is a blatant attempt to mischaracterize Oetken's September 12, 2022 K11-7 opinion/order as a legitimate non-fraudulent act, which it is not.

**61. Collateral Estoppel**:

The Court states: **"The doctrine of claim preclusion, also called collateral estoppel, also bars most of Plaintiffs' claims … bars all of the claims in this action except the three new RICO claims, which were not already adjudicated, but which are barred by the injunction."**

**62.** The doctrine is inapplicable/invalid for the same reasons that invalidate the purported 'anti-filing injunction', those being the **"ongoing racketeering"** offenses/injuries and 'Fraud on the Court'; reasons not contested/rebutted/refuted/analyzed by the K11-10 district judge, and for the simple fact that the K11-7 issues were never litigated nor legitimately decided, and the facts were admitted.

**63.** The K11-10 judge's reliance on <u>Somerset v Partners, LLC, No. 20-cv001241</u> is misplaced, in that in the <u>Somerset</u> cases there was no 'Fraud on the Court', and there was one discrete alleged offense/injury that was highly circumscribed in time and there was neither any **"ongoing pattern of racketeering"** nor **"new racketeering injuries"** as was the case in K11-7/K11-10 and is the case in K11-14.

**64.** The K11-10 district judge chose to raise a preclusion defense, knowing that within **The Kaul Cases**, including K11-7, the Defendants use of these defenses had uniformly failed, in that neither the Defendants nor the courts disproved Plaintiff Kaul's negation of the defenses. The K11-10 district judge knew this to be the law of **The Kaul Cases**, including K11-10, but in attempting to violate the law, did further perpetuate the 'Fraud on the Court'.

**65. <u>Rule 8(a)(2</u>):**
The Court states: **"The Complaint should also be dismissed pursuant to Rule 8(a)(2).  Rule 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." … Therefore, the Court also dismisses this complaint pursuant to Rule 8(a)(2)."**

**66.** The K11-10 district judge's strategy of 'throwing everything at the wall, to see what sticks' is most distinctly evidenced in raising a Rule 8 defense, a defense that failed in K11-7 in that neither the Defendants nor the court disproved Plaintiff Kaul's negation of the defense.

**67.** In fact, the mere raising of this defense by the K11-10 district judge constitutes evidence of the knowing invalidity of the purported 'anti-filing injunction' and collateral estoppel defenses, in that if these defenses were indeed valid, which they are not, their validity would render mute/unnecessary a Rule 8 defense, but from which in fact, the lack of muteness/specific Rule 8 citation do infer the invalidity of the purported 'anti-filing injunction' and collateral estoppel. Put otherwise, the K11-10 judge's mere raising of Rule evidences the invalidity of the anti-filing injunction/collateral estoppel defenses.

**68.** The K11-10 district judge's May 10, 2023, opinion/order constitute a 'Fraud on the Court', but even if it did not, which it does, K11-14 is legally warranted as it is based on new/ongoing offenses/injuries, previously not in existence, and contains undisputed facts material to the proof of Summary Judgement (**Exhibit 18**).

**Rule 54 Infraction, Admission Of Undisputed Material Fact And Oetken's Conversion Into A Witness/Defendant:**

**69.** On May 12, 2023, Plaintiffs submitted a letter (**Exhibit 19**) to the K11-10 district judge in which they raised the following facts: **(i)** the K11-10 May 10, 2023 was invalid/null and void consequent to unadjudicated motions, as pursuant to Rule 54(b) **"Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."**; **(ii)** On May 24, 2023, the facts contained within the April 24, 2023 **ADMISSION OF MATERIAL UNDISPUTED FACT OF DEFENDANT ROBERT HEARY** became permanently admitted not just as to Defendant Heary, but as to all

Defendants pursuant to RICO's vicarious liability doctrine; **(iii)** neither the Defendants nor the K11-10 district judge provided authority to negate that underpinning the doctrine of 'Fraud on the Court', which corroborated Oetken's October 6, 2022 admission in K11-7 that his purported opinion/order were/are a 'Fraud on the Court'; **(iv)** Defendant ICE, in improperly copying Oetken on their May 2, 2023 (K11-10: D.E. 17), an individual with no legitimate adjudicative power in K11-10, did cause him to become a witness/defendant, who obstructed justice in K11-10 by conspiring with the K11-10 district judge to dismiss K11-10 with prejudice, knowing that he was under investigation by the New York State Bar, and a public prosecution of K11-10 would expose evidence of all his prior wrongful acts, be they civil and or criminal.

**The Inapplicability Of Mootness**:

**70.** On May 16, 2023, and in response to Plaintiffs' May 12, 2023, letter, the K11-10 district judge, absent any citation to legal authority and further evidencing her 'Fraud on the Court' did alter the Plaintiffs' May 12, 2023, letter to claim that her willful non-adjudication of motions filed by Plaintiffs for Summary Judgment/Default Judgment was **"moot"** because the dismissal had the **"effect of denying as moot all open motions"**.

**71.** The K11-10 district judges argument is fallacious because: **(i)** The major premise of the K11-10 district judge's purported opinion/order is the admitted 'Fraud on the Court' of Oetken's September 12, 2022, K11-7 purported order/opinion, a premise that is fatally undermined by the principles underpinning Rule 60 and the doctrine of 'Fraud on the Court'; **(ii)** Finality, pursuant to Rule 54, cannot exist without adjudication of all pending motions, which renders null/void the May 10, 2023 K11-10 district judge's purported opinion/order; **(iv)** the legal definition of 'moot' is a term that means an open question, or a thing that is debatable, unsettled or subject to argument, and thus the K11-10 district judge undermined her purported opinion/order in using this term, but even if this were not the unintended result, the new and ongoing evidence/facts/offenses/injuries continuing to be caused to Plaintiff Kaul (2012 to 2023 and ongoing) will continue to preclude from **The Kaul Cases** any consideration of the concept of mootness, until the offenses cease and the injuries are rectified/remedied/remediated.

72. The facts that preclude mootness exist within the scheme that has been perpetrated and continues to be perpetrated by **The Kaul Cases** Defendants, certain judges within administrative/state/federal courts and others, whereby these individuals have violated and continue to violate Plaintiff Kaul's right to regain his livelihood/life/liberty/economic standing/reputational standing/professional standing/social standing/physical standing/psychological standing by obstructing his efforts to litigate his legal claims, have his New Jersey license reinstated, actualize the May 27, 2020 grant of his Pennsylvania license and or obtain a license in any other state, including Florida.

## RACIAL DISCRIMINATION AND ANTI-SEMITIC HISTORY

**The historical facts of antisemitism and racial discrimination integral to the origins and industrial perpetuation of defendants FSMB-FBM/Allstate/Geico/TD, the latter three derived from the British banking-insurance cartels, are those of a "pattern" of profit purposed racketeering/human rights violations/crimes against humanity.**

73. The facts contained within the enclosed submissions (**Exhibit 20**) became admitted by the K11-14 Defendants in K11-2, K11-7 and K11-10, and are facts that conclusively prove the K11-14 charges.

74. <u>K11-2: D.E. 4-1 Page 33 of 254 – Article NYT May 18, 1998 – "Insurers Swindled Jews, Nazi Files Show</u>": **"The documents, which abound with anti-Jewish slurs, include a confidential industry estimate that at least 19 of the 43 German fire insurance companies stood to suffer losses for the year if they fulfilled their obligations to Jewish policyholders for Kristallnacht. That contradicts an assertion of some German insurers that they did not profit from the Holocaust." (Exhibit 20-1).**

75. <u>K11-2: D.E. 4-1 Page 28 of 254 – Article The Guardian November 26, 2016 – "Family's quest for truth reveals top insurer's link to SS death camps</u>": **"After Gold's book was published, an**

executive of Ergo, the company that now owns the insurer, allowed her to see the archive recording the activities of the firm during the Nazi era. They revealed that the SS, which ran factories in the camps at Auschwitz, Buchenwald and Stutthof, close to what is now Gdansk, paid a consortium of firms, including the Victoria, premiums of 3.7m reichsmarks a year (£320,000 at 1939 exchange rates) to insure the factories … "They didn't insure the workers," says Gold. "They were too easily replaced." (Exhibit 20-2)

76. K11-2: D.E. 4-1 Page 95 of 254 – Statement of historical fact of insurance/banking industry's critical role in the trans-Atlantic slaving industry and Nazi Holocaust – "The Slaving-Nazi-Insurance Axis": "The common thread connecting the slaving industry, the Nazi atrocities and the "War on Doctors" (1990 to the present) is the ruthless/genocidal for-profit insurance/banking industry/machine of which Defendants Allstate/Geico/TD/Northern Trust/Boston Partners are members … The atrocities/crimes (murder/manslaughter/enslavement/economic servitude/human trafficking/imprisonment) against humanity of the slaving industry/the holocaust/the targeted extermination of the infirm/specific racial groups continues to be perpetrated today in the United States by the insurance industry against ethnic minorities, occupied principally by immigrants/Indians/Hispanics/Blacks … Similarly, the insurance industry propaganda machine has concealed from the American public its "War on Doctors" and patients with chronic illnesses. It has concealed its pervasive corruption of the judiciary and crooked physicians willing to provide false testimony against physicians to whom the insurance industry owes money, in order to have these physicians (mostly Indians) eliminated through incarceration/loss of livelihood/license suspension/revocation/suicide/social ostracization/professional ostracization." (Exhibit 20-3)

The insurance industry's four hundred (400) year-plus "pattern" of profit purposed racketeering/human rights violations/crimes against humanity continues in its ongoing abuse of American investigative/prosecutorial/adjudicative agencies in the filing/procuring of false criminal indictments/prosecutions/incarcerations of innocent ethnic minority physicians.

**77.** In the five (5) week trial of Dr. Lesly Pompy (USA v Dr. Lesly Pompy (18-cr-20454), a physician from Haiti acquitted on all thirty-eight (38) counts (**Exhibit 21**), there emerged evidence on December 2, 2022, in the form of testimony from a James Stewart Howell, an ex-police officer/Blue Cross Blue Shield 'undercover investigator'/Government witness, that detailed the massive schemes of fraud perpetrated against principally ethnic minority physicians by Blue Cross Blue Shield and governmental persons/agencies.

**78.** Plaintiff Kaul incorporated the transcript of this testimony into the matter of Kaul v BCBS/Marino: 23-CV-00518 (K11-11) (D.E. 1-4) and submits into K11-14 an excerpt of the K11-11 Complaint (**Exhibit 22**), which contains facts pertaining to racial targeting and insurance industry **"patterns of racketeering"** that are highly probative of the claims in K11-14:

**79.** "In 2018, Dr. Lesly Pompy, a Michigan based interventional pain physician of Haitian origin, was indicted by the US Government on charges of healthcare fraud, in a case almost identical to that filed against Dr. Anand" (**Exhibit 22**).

**80.** "However, during the trial evidence emerged of the fraudulent schemes perpetrated by the Blue Cross Blue Shield corporations in their efforts to entrap knowingly innocent physicians, mostly of whom belonged to ethnic minorities" (**Exhibit 22**).

**81.** "During the testimony of a James Howell, an ex-police officer employed by Blue Cross Blue Shield to manufacture entrapment schemes, Howell testified that in furtherance of these schemes he was provided fraudulent medical documents, driving licenses and other official documents by agencies/persons of the State of Michigan and physicians employed by Blue Cross Blue Shield" (**Exhibit 22**).

**82.** "Howell's prior testimony in various other prior court proceedings had resulted in the wrongful conviction and incarceration of other ethnic minority physicians, all of whom continue to languish in jail" (**Exhibit 22**).

83. "The trial of Dr. Pompy unequivocally establishes the <u>"pattern of racketeering" being</u> <u>perpetrated by the American insurance industry</u> and specifically the Blue Cross Blue Shield corporations, and corroborates the claims that Kaul has asserted within <u>The Kaul Cases</u>, since 2016." (<u>Exhibit 22</u>).

<u>The American insurance industry's schemes of racial discrimination/asset seizure and</u> <u>commercial conspiracies with governmental agencies against ethnic minority physicians</u> <u>(Hispanic/Black/Indian) are almost exact replicas of those perpetrated against Jews by</u> <u>German industrialists and the Nazi Government as detailed in the final reports of the</u> <u>Nuremberg Trial.</u>

84. The parallels between the Nazis persecution of the Jews/others (1933-1945) as detailed in the Nuremberg trial/final report (<u>Exhibit 23</u>) and the American persecution of ethnic minority physicians by an insurance industry-government totalitarianism (1990s and ongoing) is more than coincidental, and is fact, simply a continuation of the four hundred (400) year-plus **"pattern"** of profit purposed racketeering/human rights violations/crimes against humanity. Irrefutable evidence of these crimes against humanity was released by the American Government under a FOIA request, and was published as part of a May 17, 2023, press release issued by Plaintiff Kaul:

**US INSURANCE GIANT, BLUE CROSS BLUE SHIELD, HAS EXPOSED ITS TARGETING OF ETHNIC MINORITY PHYSICIANS FOR MASS INCARCERATION**

85. https://www.drrichardkaul.com/so/200Wh?St1?languageTag=en

86. In fact, the Flexner Report (<u>Exhibit 24</u>) provides historical evidence that corroborates the facts within the press release. The Report, published in 1910 at the behest of the Carnegie and Rockefeller Corporations, set forth a plan to design and control every element of medical education/licensing in order to subjugate the medical profession to corporate interests.

**87.** Within this scheme there was engineered a structural racism that continues today, and within which for-profit healthcare corporations, such as Defendants FSMB-FBM/Allstate/Geico conspire with governmental agencies/courts to illegally profit through exploitative schemes of false indictment/prosecution/incarceration and asset seizure of ethnic minority physicians: **"Many aspects of the present-day American medical profession stem from the Flexner Report and its aftermath. The Flexner report has been criticized for introducing policies that encouraged <u>systemic racism</u>."**

**88.** This fact, as with many others, was submitted in K11-10 (Exhibit ---), was unrefuted/uncontested/unrebutted by the Defendants and or Court and is thus admitted as a fact in support of the K11-14 claims.

### FACTS PERTINENT TO THE DEFENDANTS "ONGOING PATTERN OF RACKETEERING"

### <u>The UC San Diego Physician Assessment and Clinical Education (PACE) Program</u>

**89.** In approximately September 2017, Plaintiff Kaul submitted a licensure application to the Pennsylvania Medical Board, and on February 7, 2020, an administrative court conducted a hearing.

**90.** Plaintiff Kaul's application was granted on May 27, 2020, on the condition he complete an assessment course. In April 2022, Plaintiff Kaul applied to K11-8 Defendant UC San Diego Physician Assessment and Clinical Education PACE Program (**"PACE"),** and from May to July 6, 2022, he underwent the first part of the course, which consisted of two (2) recorded interviews, that were conducted virtually.

**91.** On July 21/22 Plaintiff Kaul underwent the second part of the assessment, which was conducted on-site in San Diego, was video recorded and for which Plaintiff Kaul generated contemporaneous notes.

**92.** On October 17, 2022, K11-8 Defendant PACE issued a report replete with knowing falsehoods, as evidenced by Kaul's audio recordings/contemporaneous notes.
Plaintiff Kaul repeatedly requested he be provided a copy of his case file/video record, but none was provided, and so Plaintiff Kaul filed suit against Defendant PACE on May 24, 2023, in the United States District Court for the Southern District of California (K11-8), in which Plaintiff Kaul details the conflictual commercial nexus between Defendant PACE and Defendant FSMB-FBM (**Exhibit 25**).

**The New York State Medical Board**

**93.** Plaintiff Kaul's February 2021 application to the New York State Medical Board caused this board, in collusion/conspiracy with **The Kaul Cases** Defendants (NYS Medical Board is a commercial partner of Defendant FSMB-FBM) to initiate a fraud that his application was denied based on a supposed board subcommittee's purported opinion of a **"question of moral suitability"**. This was and is a lie.

**94.** Plaintiff Kaul filed a petition in the New York State Supreme Court seeking a copy of this supposed opinion. The petition was denied on January 3, 2022, and Kaul moved in the First Department of the Appellate Court.

**95.** Notwithstanding the pendency of the matter in the Supreme Court, the New York State Medical Board scheduled a virtual hearing on October 3, 2022, a hearing attended by approximately twelve (12) persons, including a hearing officer and counsel for the board. The matter was abruptly truncated when Plaintiff Kaul alerted the panel that the issue of the board's fraud was pending in the appellate court.

**OTHER FACTS**

**96.** Other relevant facts are incorporated into the legal claims. However, the most salient and irrefutable facts of **The Kaul Cases** Defendants' guilt are found within their ill-conceived May 27,2021 kidnapping of Plaintiff Kaul and their seven-plus-years (2016-2022) commission of securities fraud.

**97.** These facts, in conjunction with the perjury/obstruction of justice/mail fraud/wire fraud/kickbacks/honest services fraud/extortion/bank fraud/bankruptcy fraud/racketeering/conspiracy/public corruption/judicial corruption/false imprisonment/false arrest committed by **The Kaul Cases** Defendants from 2008/2009 to 2021, are deemed admitted pursuant to F.R.E. 801(d)(2)(b), because they have not, nor could they ever be, denied.

**98.** The facts in **The Kaul Cases** are irrefutable proof of the K11-14 Defendants grand corruption of American judicial/political/medical bodies, and the effect of that corruption on the Plaintiffs' domestic/international rights/privileges/liberties.

# Legal Claims

## RICO 1

**Association-In-Fact Enterprise: Corporations-Governments-FSMB-FBM/IAMRA-Medical Boards/Councils-NYSE ("CFN Association-In-Fact RICO Enterprise")**
**Defendant Person: FSMB-FBM**
**Co-conspirators: Pfizer/Moderna/Astra Zenica/Johnson + Johnson + Corporate Media**
**RICO Predicate Acts: Wire Fraud/Murder/Manslaughter/Public Corruption/Bribery/Money Laundering**

**Overview**:

**99.** In a time period commencing in or around May 2020, Defendant FSMB-FBM/agents in collusion and conspiracy with co-conspirators Pfizer/Moderna/agents and others did order American state medical boards and coerce foreign medical councils to compel, under penalty of license suspension/revocation and or medical registration suspension/erasure, its physicians to deceive patients into being inoculated with an mRNA compound that patients were falsely led to believe was a vaccine against COVID, but that Defendant FSMB-FBM and its corporate/state medical board co-conspirators knew was not only not a vaccine, but a substance with immense/lethal toxicity.

**100.** Defendant FSMB-FBM/co-conspirators were motivated by profit and used the apparatus of law, medicine, business, and government to perpetrate through and attempt to conceal a knowingly illegal scheme/crime against humanity, that involved the commission of a global **"pattern of racketeering"** that converted the NYSE/State Medical Boards/Foreign Medical Councils/American State Governments/Foreign Governments into an association-in-fact enterprise **("CFN Association-In-Fact RICO Enterprise")**.

**101.** The RICO predicate acts included and include fraud/murder/manslaughter/public corruption/bribery/money laundering.

**The "CFN Scheme":**

**102.** The scheme involved the sudden and unscientifically explained appearance of the COVID-19 virus (SARSCoV2) in or around late 2019, was rapidly followed by corporate-government emergency orders that forced/coerced the public into becoming inoculated with the mRNA compound/complying with so called draconian 'lockdowns'/bankrupting businesses/closing schools/forcing the useless wearing of masks/restricting travel and arresting/jailing/fining/otherwise penalizing citizens who chose not to comply with these dictates.

**103.** Defendants FSMB-FBM/Allstate/Geico/TD and their corporate co-conspirators/shareholders generated profits in the billions from the sale of the so-called vaccine to governments, who used tax payer funds to purchase the so called 'vaccine (hereinafter toxin).

**104.** Structure: In order to attempt to conceal and mitigate the civil/criminal liability of all persons associated in any manner with any element of the conception/research/development/production/marketing/public relations/distribution/storage/professional coercion/defamation of so called 'anti-vaxers/dispensation/inoculation or any aspect with any relevance/connection/association to any facet of the process, Defendant FSMB-FBM and its corporate co-conspirators established a structural hierarchy, through which communications were conducted in a strict manner that limited them, in a militaristic organization, to persons/agencies immediately above or below in the hierarchy, in an attempt to create a plausibility deniability defense

**105.** The five (5) tiers in descending order are: **(i)** Corporations/Corporate Media: the CEOs/Agents of the toxin manufacturers, that include CEO Joaquin Duato/Agents (Johnson + Johnson) CEO Albert Bourla/Agents (Pfizer), Pascal Soriot/Agents (Astra Zeneca) and CEO Stephane Bancel/Agents (Moderna); **(ii)** Government: persons within the US Food and Drug Administration that authorized the dispensation of the toxin and persons within the US Treasury that authorized tax payers money be diverted to the toxin manufacturers and persons

within the US DOJ that provided immunity to the toxin manufacturers AND persons within international governments/agencies who authorized the use of the toxin and the transfer of wealth from the 'public purse' to the corporate toxin manufacturers; **(iii)** <u>FSMB-FBM/IAMRA</u>: Defendant FSMB-FBM, its CEO/Directors including  Humayun Chaudry/Lisa Robbins/Agents and the International Association Medical Regulatory Agencies (IAMRA)/Agents; **(iv)** <u>Medical boards/councils</u>: the <u>executive directors</u> of all medical boards/councils/Agents; **(v)** <u>Medical boards/councils</u>: the <u>physician/lay person</u> members of all American state medical boards/international medical councils/Agents.

106. <u>Functions</u>: The principal and only function of the **"CFN Scheme"** is corporate/shareholder profit, which was/is achieved through governments knowingly illegal diversion of tax payers money to 'vaccine' manufacturers in exchange for the 'vaccine'.

107. However, for the scheme to work it required the participation of Defendant FSMB-/IAMRA and its coercive, punitive, and potentially life-ending 'policing powers' within the global medical profession, to force physicians to both receive and dispense the 'vaccine'.

108. Within the scheme there exist communication channels within and between persons in each tier and a covert system through which bribes/other monies were/are secretly funneled in either tax avoidance/evasion schemes. Taxpayers money became distributed, albeit unevenly, throughout the scheme's participants.

109. The overall coordination of the scheme is conducted by the Corporations/Agents, who use their Corporate Media as a 'whip' to control/intimidate/direct the public and publicly humiliate those that attempt to expose/expose their crimes against humanity.

110. Suppression of free speech regarding the toxicity of the 'vaccine' is a critical element for the perpetration of the scheme, and is achieved by the Corporate Media not reporting the

toxicity/complications/deaths associated and or caused by the 'vaccine', and by the manipulation of internet search algorithms in an attempt to 'bury' such information.

**111.** To ensure the schemes profits were protected from lawsuits expected by the Corporations, and as further evidence they knew of the 'vaccine's' toxicity, governmental agencies provided them immunity against lawsuits and established so called 'Vaccine Injury Funds to attempt placate the public. Defendant FSMB-FBM/IAMRA have no such immunity.

**112.** For the scheme to have been successful, it required the knowingly illegal use of the US wires/other modes of digital/non-digital communication to propagate/perpetuate lies/pretexts regarding the safety/effectiveness of the 'vaccine', the symptom mitigating effect of the 'vaccine' and the increased risk of morbidity/mortality of not being 'vaccinated'.

**113.** The scheme was also furthered by the effect of having publicly ostracized/punished members of the public who refused to be inoculated, this function including the deployment of economic/reputational/social/professional pressure to force the 'vaccine' objectors into becoming inoculated or becoming homeless/poverty stricken/socially ostracized.

## The "CFN Association-In-Fact RICO Enterprise" ("CFN")

**114.** The **"CFN"** is pled consequent to the pleading of the RICO predicate acts and a **"pattern of racketeering"**, which in this case has involved billions of RICO predicate acts, from the conception to the inoculation to the fraud/lies preceding/surrounding/concealing the crimes against humanity, as are codified within the Nuremberg Code.

**115.** Structure: The elements comprising the **"CFN Association-In-Fact Enterprise"** are **(i)** Corporations/Corporate Media; **(ii)** Government; **(iii)** FSMB-FBM/IAMRA Medical Boards/Councils are separate legal entities that coalesced through conspiracy for the purpose/act of perpetrating a knowingly illegal profit purposed scheme (coerced/forced/mandated 'vaccination') and for the purpose of attempting to use the 'cover'

of government/regulatory agencies to conceal and or otherwise legitimize their crimes against humanity.

**116.** The knowing/willful/conspiratorial nature of the crimes and the construction of a legal artifact to attempt to conceal/legitimize/immunize against the crimes, do deprive of any immunity (limited/qualified/absolute) the separate legal entities and the **"CFN Association-In-Fact Enterprise"** and thus specifically, the purported immunity granted to the 'vaccine manufacturers' is deprived, and they are subject to suit.

**117.** Function: The principal purpose of the **"CFN Association-In-Fact RICO Enterprise"** was/is a conduit and 'cover' for the concealed perpetration of a knowing crime against humanity.

**118.** The mechanism of these two functions – conduit/cover - consists respectively of: **(i)** the scheme and its **"pattern of racketeering"** required and indeed could not have been perpetrated absent the **"CFN"**, which is a critical conduit for the scheme's commission. The power of the **"CFN"** to act as a conduit is illegally derived from the power of government, which itself is derived from the power of the people, and for the **"CFN"** to act as a conduit without the risk of global revolution (revolution already underway in France), required the public be deceived by the **"CFN"** elements into believing the 'vaccine' was indeed a vaccine and was safe/effective, which it is not. The closest analogy would be the lie told to the Nazi concentration camp victims that they were being led to shower rooms, when in fact they were being led into gas chambers for the purpose of extermination; **(ii)** the scheme's 'cover' was effectuated by the perpetration of lies by and through persons/agencies within governmental, non-governmental and media structures with an apparent legitimacy and 'expertise' in healthcare/regulatory related matters.

**The RICO Predicate Acts**

**119.** Wire Fraud: In a period commencing in approximately late 2019/early 2020, if not before, Defendant FSMB-FBM commenced conspiring to commit and did commit millions of ongoing

acts of wire fraud in the furtherance/perpetration of the knowingly fraudulent **"CFN"** scheme, a scheme from which Defendant FSMB-FBM profited from the receipt of bribes from manufacturers of the 'vaccine' and associated testing/prevention paraphernalia.

**120.** The fraudulent communications, transmitted across the US wires, were conducted with their co-conspirators in government and the CEOs/agents at Pfizer/Moderna/Johnson + Johnson, and were purposed to and did in fact increase corporate/shareholder profit and ensure ongoing governmental kickbacks.

**121.** Defendant FSMB-FBM/co-conspirators committed these acts at the knowing expense/exploitation of human life.

**Defendant FSMB-FBM + Co-conspirators Pfizer/Moderna/Astra Zeneca/Johnson + Johnson CEOs Albert Bourla/Joaquin Duato/Pascal Soriot/Stephane Bancel/Agents + Corporate Media**

**122.** <u>Date range:</u> 2019 to 2023

**123.** <u>Conduits of Communication + Bribery by Pfizer/Bourla/Agents to Defendant FSMB-FBM-FMB/Agents (Executive Directors US and Foreign Medical Boards/Councils)</u>: Communication: Directly and through law/public relation firms. Bribery: Directly (disguised as 'philanthropic' donations) and through offshore bank networks

**124.** <u>Mode of Communication</u>: Email + Voice + SMS (text) + Face to Face

**125.** <u>Substance of Communication</u>: Scheme to cause knowingly illegal mass inoculation of toxin into human race, while profiteering through the embezzlement of monies from the 'public purse' and eliminating/weakening that percentage of the world's population considered to be infirm/detrimental/unhelpful to the corporate agenda/profits.

Tactics Employed:

**126.** Use of the US wires to initiate a discussion regarding the scheme.

**127.** Use of the US wires to communicate that the use of governmental/regulatory/public health /drug regulatory agencies/persons (Anthony Fauci et al) for the scheme's perpetration would provide seemingly legitimate 'cover' which would negate or substantially mitigate the risk of public exposure.

**128.** Use of the US wires to communicate that the perpetration of the scheme/crimes against humanity in collusion/conspiracy with western governmental agencies/persons, would render criminal charges more likely in courts of the BRICS nations.

**129.** Use of the US wires to communicate that although Defendant FSMB-FBM had no immunity, it was highly unlikely their involvement would be exposed.

**130.** Use of the US wires to communicate that it was highly unlikely that any lawyer/person would identify the **"willful misconduct"** immunity exception of Defendant FSMB-FBM's conspiracy/bribery with the 'vaccine' manufacturers.

**131.** Use of the US wires to communicate the potential profit of billions dollars from the scheme.

**132.** Use of the US wires to communicate an outline of the scheme.

**133.** Use of the US wires to communicate the elements of the scheme.

**134.** Use of the US wires to identify/describe each element of the scheme.

135. Use of the US wires to describe how public fear would be engineered by incorporating into the scheme the elements of (**136-142**):

136. ordering the corporate media's use of the US wires in the willful dissemination/propagation of the knowingly false narrative that contraction of the COVID-19 virus would cause permanent damage and or death;

137. having its corporate hospital partners manipulate hospital death statistics to willfully/knowingly/fraudulently ascribe the deaths to the COVID virus;

138. ordering the corporate media's use of the US wires in the willful dissemination/propagation of the knowingly fraudulent death statistics;

139. ordering the corporate media to produce willfully/knowingly fraudulent video news interviews that involved paid actors posing as persons whose relatives died consequent to the COVID-19 virus;

140. ordering the corporate media's use of the US wires in the willful dissemination/propagation of the knowingly false narrative that so called 'social distancing' and the wearing of face masks reduced transmission;

141. ordering the corporate media to continuously report on persons who were denied employment/housing/healthcare because they refused to be inoculated, wear masks and or engage in so called 'social distancing';

142. ordering the corporate media's use of the US wires in the willful dissemination/propagation of the knowingly fraudulent narrative that governmental members received the 'vaccine' when in fact it was a saline injection.

**143.** Use of the US wires to describe how, by incorporating into the scheme the following element, fear would be engineered within the global medical community in order to coerce physicians to inoculate the public and to silence any dissent as to the toxicity/ineffectiveness of the 'vaccine' (**144**):

**144.** bribing/coercing the executives of medical boards/councils to enact disciplinary policies that forced physicians to become inoculated and to inoculate patients, and to suspend/revoke/erase their licenses/registrations if they either refused self/patient inoculation and or provided digital/non-digital information regarding the toxicity/dangers of the 'vaccine'.

**145.** Use of the US wires to describe how the power of fear/coercion would be engineered within the global population by incorporating into the scheme the following elements (**146-151**).

**146.** coopting conspiring with the World Health Organization in the issuance of reports/releases that disseminated as fact, the knowing falsehood that contraction of the COVID-19 virus would cause serious permanent injury and or death.

**147.** coopting conspiring with the World Health Organization in the issuance of reports/releases that disseminated as fact, the knowing falsehood that the 'vaccine' was safe/effective.

**148.** coopting conspiring with the US Federal Drug Administration in the issuance of reports/releases that disseminated as fact, the knowing falsehood that the 'vaccine' was safe/effective.

**149.** coopting conspiring with the US Centers for Disease Control in the issuance of reports/releases that disseminated as fact, the knowing falsehood that contraction of the COVID-19 virus would cause serious permanent injury and or death.

**150.** coopting and conspiring with governmental public health and drug regulatory agencies/persons across the planet in the dissemination as fact, the knowing falsehoods that contraction of the COVID-19 virus would cause serious permanent injury and or death <u>and</u> that the 'vaccine' was safe/effective.

**151.** coopting and conspiring with police forces across the planet in the enforcement through physical force/restraint/incarceration and so called 'lockdowns' of the human race, including those that had been inoculated and wore masks.

**152.** Use of the US wires to describe how Defendant FSMB-FBM's co-conspirator corporate media partners, would conspire/scheme with the tech industry to corrupt digital news feeds by suppressing any information that exposed the 'vaccine' toxicity and promoted any that extolled its safety.

**153.** Use of the US wires to describe the critical connection the nexus of the scheme's elements, those of dissemination of lies, the generation of fear, coerced/forced inoculation, behavioral conditioning/modification, the suppression of truth, the absolute enslavement of humanity and the generation of corporate profit.

**<u>Defendant FSMB-FBM + Co-conspirators IAMRA/Medical Board/Council Executives:</u>**

**154.** <u>Date range:</u> 2019 to 2023.

**155.** <u>Conduits of Communication + Bribery by Defendant FSMB-FBM to Executive Directors Medical Boards/Councils:</u> Communication: Directly through the IAMRA and indirectly through law/public relation/political lobbying firms. Bribery: Through the IAMRA and through offshore bank networks.

**156.** <u>Mode of Communication</u>: Email + Voice + SMS (text) + Face to Face.

**157.** <u>Substance of Communication</u>: A Scheme in which Defendant FSMB-FBM, an American corporation, in violation of the Foreign Corrupt Practices Act, uses its corruptly procured power to corrupt the 'regulatory/disciplinary' apparatus of foreign medical boards/councils into ordering their executives to perpetrate the Scheme, disguised as policy, that suspended/revoked/erased medical licenses/registrations of physicians who refused to be inoculated/refused to inoculate his patients/advised patients against inoculation/used the internet to communicate any information adverse to the 'vaccine', including but not limited to stating it was lethal, caused permanent injury and was ineffective.

<u>Tactics Employed</u>:

**158.** Use of the US wires to disseminate the order, falsely disguised as 'COVID Policy', to implement the Scheme of eliminating physicians who either undermined the corporate profit agenda or failed to support it.

**159.** Use of the US wires to exchange information on a daily basis as to any media or other reports of physicians not complying with the corporate agenda.

**160.** Use of the US wires to exchange information on a daily basis as to the quota of 'vaccines' being dispensed in various global regions.

**161.** Use of the US wires to exchange information on a daily basis as to regulatory policing enforcements actions against 'underperforming' physicians

**162.** Use of the US wires to issue orders to subjugate medical boards/councils to have eliminated underperforming' physicians through license/registration suspension/revocation/erasure.

**163.** Crimes Against Humanity: Defendant FSMB-FBM and its 'vaccine' manufacturer co-conspirators CEO Joaquin Duato/Agents (Johnson + Johnson) CEO Albert Bourla/Agents (Pfizer), Pascal Soriot/Agents (Astra Zeneca) and CEO Stephane Bancel/Agents (Moderna), knew that the 'vaccine' was toxic and ineffective, and that it would cause death, permanent injury, and generational injury in that 'vaccine' caused genetic mutations/injuries would be transmitted in reproduction.

**164.** The motivation for these crimes, other than immediate profit from the tax payer funds, lies in the fact that advancing technology, such as Artificial Intelligence, renders obsolete the requirement for humans, and that by eliminating 'useless food eating' humans and their ability to procreate, the so called '1%" will retain an increasingly greater percentage of the planet's resources for themselves and their progeny.

**165.** Defendant FSMB-FBM/Co-Conspirators have been perpetrating these ongoing crimes since at least 2019, in collusion/conspiracy with governmental agencies/persons, in multiple jurisdictions across the globe, including this jurisdiction, in furtherance of corporate/personal profit, in knowing violation of human rights and with knowledge that the crimes caused, are causing and will continue to cause death and permanent injury.

**166.** Evidence of these crimes is contained in (**Exhibit 4**) and (**Exhibit 26**).

**167.** Public Corruption: In a period commencing in approximately, if not before 2019, Defendant FSMB-FBM and its co-conspirators entered into a conspiracy with governmental agencies/persons, in which tax payers monies were funneled from government treasuries to the 'vaccine' manufacturers who then funneled some of these monies as bribes to Defendant FSMB-FBM, its executives and executives associated with medical boards/councils across the globe.

**168.** The co-conspirator 'vaccine' manufacturers, while bribing Defendant FSMB-FBM/Medical Board and Council Executives, did kickback a percentage of the embezzled tax payer money to corrupt politicians/governmental officials.

**169.** The injuries caused by this scheme were to the public treasury, to the public health/welfare, to the public's right to honest services, to the public's human rights and to the SOCIAL CONTRACT between the people and government. Defendant FSMB-FBM/Governmental and Corporate Co-Conspirators acts of public corruption have violated and continue to violate the SOCIAL CONTRACT, such that its terms are no longer valid.

**170.** Bribery: In a period commencing in approximately, if not before 2019, Defendant FSMB-FBM and its medical board/council co-conspirators did receive bribes from the 'vaccine' manufacturer co-conspirators (Johnson + Johnson/Pfizer/Astra Zeneca/Moderna) in a series of quid pro quo schemes, in which the bribes were paid in exchange for Defendant FSMB-FBM's abuse of regulatory power in the coercion of physicians, under threat of license/registration suspension/revocation/erasure into inoculating patients with the 'vaccine', while knowing it would cause death/permanent injury.

**171.** Defendant FSMB-FBM knew that the more doses dispensed, the more taxpayer monies were funneled from the government to the 'vaccine' manufacturers, the greater their corporate profits and the greater the bribes.

**172.** The bribes were disguised as 'philanthropic' payments to the corporate vehicle of Defendant FSMB-FBM and were also funneled to offshore bank networks of executives associated with Defendant FSMB-FBM/Medical Boards/Medical Councils, in order to ensure they enforced the coercion of physicians into inoculating patients with the 'vaccine'.

**173.** Money Laundering: The bribes received by Defendant FSMB-FBM/Medical Board Executives/Medical Council Executives from the 'vaccine' manufacturers as part of a series of

quid pro quo schemes in which physicians under threat of license/registration suspension/revocation/erasure were forced/coerced into knowingly inoculating patients with a substance they knew would cause death and permanent injury, <u>were funneled into, and laundered</u> through offshore bank networks and through Defendant FSMB-FBM's US based tax-deducting corporation and stock market investment vehicles.

**174.** The financial benefit of bribes was also realized through the laundering-effect of remittance by the 'vaccine' manufacturers to law firms/lawyers to whom Defendant FSMB-FBM owed monies, and whom the 'vaccine' manufacturers retained specifically to launder the bribes, the payment of which directly benefited Defendant FSMB-FBM.

**RICO 2**
<u>**Association-In-Fact Enterprise: United States District Court-NYSE ("SDNY-NYSE Association-In-Fact- Enterprise)**</u>
<u>**Defendant Persons: Geico**</u>
<u>**Co-conspirators: Allstate/TD/ICE**</u>
<u>**RICO Predicate Acts: Bribery/Fraud on the Court/Public Corruption/Money Laundering**</u>

<u>Overview:</u>

**175.** In a time period commencing in approximately September 2021, the Defendants did conspire to commit, and did commit a knowingly illegal **"pattern of racketeering"** and did convert the Chambers of U.S.D.J., James Paul Oetken and the New York Stock Exchange into an association-in-fact enterprise **("SDNY-NYSE Association-In-Fact-Enterprise")** through and under cover of which they perpetrated the RICO predicate acts bribery/fraud on the court/public corruption/money laundering, purposed to eliminate the Plaintiffs by having U.S.D.J. Oetken dismiss K11-7 with prejudice and permanently injunct Kaul/Basch from prosecuting their claims against the Defendants.

**176.** In the latter half of September 2021, the corporate Defendants did begin conspiring to perpetrate a knowingly illegal scheme (**"SDNY-NYSE Scheme"**) against the United States District Court for the Southern District of New York, in which they planned, and did eventually effectuate, a quid pro quo scheme with U.S.D.J. James Paul Oetken, that involved the funneling of non-tangible/tangible favors (stocks/shares/bonds in return for having K11-7 dismissed with prejudice and Kaul/Basch injuncted from further prosecuting **The Kaul Cases** Defendants.

**177.** In September 2021, the Defendants, having realized that U.S.D.J. Oetken did not intend on dismissing or transferring the case to the District of New Jersey, a court whose judges are on their 'payroll', initiated a series of digital/non-digital communications/meetings in which they agreed that their only option was to bribe U.S.D.J. Oetken.

**178.** The Defendants and their lawyers discussed the details of how to minimize any exposure of the scheme, and conceal the communications and funneling of bribes, and decided to utilize an 'arms-length' tactic, by co-opting third-party agents as the 'middlemen', a ruse employed by the Defendants for decades in the New Jersey courts.

**179.** It was not until approximately February 2022, that the specifics of the scheme had been agreed upon and willing third-party agents identified.

**180.** The next phase involved persuading U.S.D.J. Oetken to participate in the scheme, and consisted of intensive time-consuming third-party mediated communications, which occurred slowly due to the Defendants priority for the maintenance of secrecy and their recognition that if any information were leaked to court staff, it would sabotage the scheme, and cause U.S.D.J. Oetken to withdraw.

**181.** A substantial part of the time from inception to execution was assigned to the contents of U.S.D.J.'s September 12, 2022, and to the Defendants attempt to effectively and permanently suppress Kaul's ability to vindicate his rights.

182. In these communications, the Defendants' lawyers transmitted across the US wires to non-official emails belonging to U.S.D.J. Oetken and or agents acting on his behalf, the substance of the September 12, 2022, report, which the Defendants intended to disseminate to their shareholders, who had been withdrawing their positions.

183. The Defendants recognized that unless the opinion/order permanently suppressed Kaul's legal rights, their shareholders would continue their withdrawal and their share price would continue to decrease.

184. Subsequent to the September 12, 2022, opinion/order Defendant Allstate's share price has risen, a rise that has enriched U.S.D.J. Oetken, and a rise that is a direct consequence of his illegally procured order. Defendant Allstate continues to launder the proceeds of this crime through the NYSE, and to cause the dissemination of these fraudulent assets into the global equities market, including that in India.

185. In the planning and perpetration of the scheme, neither the Defendants nor U.S.D.J. Oetken discussed nor expected the Plaintiffs to request U.S.D.J. Oetken's financial holdings/exparte communications, nor file a motion for his disqualification, but they did conspire to include verbiage encouraging the Plaintiffs to file an appeal, knowing that an appeal would prohibit a judicial disciplinary investigation, and more likely conceal their corruption of the Court.

186. However, when the Plaintiffs did request U.S.D.J. Oetken's financial holdings/exparte communications, the Defendants in collusion/conspiracy with U.S.D.J. Oetken through their third-party agents, concluded that their optimal option was to ignore the Plaintiffs' request and motion, believing that the Plaintiffs would not ascertain a legal basis on which to render null/void the order, and that even if they did, they would not ascertain the requisite law to exclude U.S.D.J. Oetken from any involvement in a future filing.

**187.** In the perpetration of this overall scheme, the Defendants have, through their use of the US wires, knowingly committed wire fraud and through their use of the apparatus of the United States District Court, committed honest services fraud against the American public.

**RICO 3**
**Association-In-Fact Enterprise: State of New York-New York State Medical Board-State of Florida-Florida State Medical Board ("NYSMB-FSMB-FBM Association-In-Fact-Enterprise)**
**Defendant Persons: FSMB-FBM/Geico**
**Co-conspirator: Allstate**
**RICO Predicate Acts: Bribery/Fraud on the Court/Public Corruption**

**Overview:**

**188.** In a time period commencing in approximately April 2021, the Defendants did conspire to commit, and did commit a knowingly illegal **"pattern of racketeering"** and did convert the State of New York/New York State Medical Board/State of Florida/Florida State Medical Board into an association-in-fact enterprise **("NYSMB-FSMB-FBM Association-In-Fact-Enterprise")** through and under cover of which they perpetrated the RICO predicate acts fraud on the court/public corruption, purposed to, in conjunction with the RICO 2 **"SDNY-NYSE Scheme"** and the RICO 4 **"UC-PACE Scheme"**, eliminate Plaintiff Kaul, by attempting to prohibit his access to the courts for compensatory redress and his access to a livelihood.

**189. a.** In February 2021, Plaintiff Kaul submitted a licensure application to the New York State Medical Board, and on July 14, 2021, an investigator for the state emailed him a letter, stating that his application had been denied by a supposed sub-committee of the board who allegedly found that there existed a **"question of moral suitability"**. **b.** This was and is a lie, as no subcommittee ever considered Plaintiff Kaul's application. **c.** This illegal/fraudulent denial was circulated via the US wires to the  National Practitioner Data Bank/Defendant FSMB-FBM and to every state medical board, including Florida.

56

190. Plaintiff Kaul, after having been informed by this person of his right to appeal, requested a copy of the alleged opinion, in order to ascertain the basis of the opinion, but was informed it would not be provided until the conclusion of the appeal.

191. Plaintiff Kaul indicated he would seek judicial relief if the document was not provided by August 25, 2021, and on September 17, 2021, Kaul filed a petition for an OTSC in the New York State Supreme Court.

192. The petition was directed at Defendant Hengerer and Dr. Howard Zucker, the New York State Health Commissioner, and sought an order compelling production of the alleged opinion.

193. The NY AG responded for the Respondents, arguing that Kaul had no **"clear legal right"** to the document, despite knowing that no such document existed, and the NY AG thus implicitly adopted the Respondents knowingly false position that such a document existed.

194. The Respondents/NY AG propagated their fraud into the New York State Supreme Court, and on January 3, 2022, the judge adopted their fraud and denied Kaul's petition based on **the "clear legal right"** defense.

195. Plaintiff Kaul appealed to the First Department of the New York State Supreme Court, Appellate Division, at which point a senior appellate litigation counsel within the NY AG entered the case.

196. However, in April 2022, while this matter was proceeding through the New York State Supreme Court, Kaul was contacted by counsel for the New York State Medical Board, and advised that his application was to be scheduled for a hearing on October 3, 2022.

197. Plaintiff Kaul re-requested a copy of the alleged opinion of the supposed sub-committee, but none was provided, and in June 2022, Kaul had a senior board member admit that no

subcommittee had ever convened regarding his application and that no opinion had ever been issued (**Exhibit 5).**

**198.** Plaintiff Kaul served a subpoena on this individual to appear at the October 3, 2022, hearing.

**199.** The virtual hearing was initiated on October 3, 2022, and was adjudicated by a hearing officer with a panel of approximately twelve (12) members of the New York State Medical Board.

**200.** As the matter commenced it became immediately apparent to Kaul that the proceeding's sole purpose was to provide cover for the fraud of the alleged opinion and to deny Kaul's appeal.

**201.** Plaintiff Kaul halted the proceeding by asserting that unless the alleged opinion was produced, the matter could not proceed, and that regardless, the issue of the alleged opinion was pending in the Appellate Court.

**202.** The hearing officer/panel went off-line for approximately ten (10) minutes, to discuss whether to proceed. Counsel for the board argued that the matter should proceed, but the officer/panel discontinued the hearing, pending the outcome of the Appellate Division.

**203.** The subpoenaed senior board member did not appear. Kaul subsequently procured a transcript of the approximately twenty (20) minute hearing.

**204.** The New York State Medical Board is a member of the **"Federation Cartel"** and profits from the fees, fines and other expensive and uselessly proven educational activities that American physicians are forced to undergo to obtain, retain and have licenses reinstated. The

commercial existence of these units of the **"FC"** depends on this revenue stream, and the monies generated from disciplinary actions.

205. The greater the number of state board disciplinary actions, the more affected physicians are shunted into 'Solent-Green' like **"FC"** system, with the majority of physicians being either ethnic minorities and or foreign medical graduates, most of whom have 'slaved' in the American system for decades, and most of whom have their life assets illegally seized by government agencies under direction from the insurance industry.

206. **a.** The RICO 3 **"NYSMB-FSMB-FBM Scheme"** was conceived of shortly after Plaintiff Kaul commenced his application for licensure in the State of New York, and involved the K11-7 Defendants/agents conspiring/colluding with the New York State Medical Board/agents in the perpetration of a scheme to attempt to prevent Plaintiff Kaul from obtaining a license, **b.** in order to facilitate, in conjunction with the RICO 2 **"SDNY-NYSE Scheme"** and the RICO 4 **"FC-PACE Scheme"**, the elimination of Plaintiff Kaul, **c.** in order to attempt to eradicate the legal/economic/political/public relations threats posed by Plaintiff Kaul's economic resurgence and or their continued prosecution by Plaintiff Kaul in the United States District Court.

207. One of the litigation benchmarks in **The Kaul Cases** appears to be Defendant Allstate's share price, which fell during the pendency of K11-7, and only began to rise after the illegal September 12, 2022, opinion/order.

208. The litigation related fall substantiated the merit of K11-7. Investors withdraw their positions after consultation with litigation counsel.

209. The **"NYSMB-FSMB-FBM Scheme"/ SDNY-NYSE Scheme"/ "UC-PACE Scheme"** emerged in late 2022, and were coordinated principally by the **"FC"** and the corporate K11-7 Defendants, with the purpose of attempting to prohibit Plaintiff Kaul's access to the courts for compensatory redress/evidential disclosure and his access to a livelihood.

210. Within the conspiratorial digital/non-digital communications relevant to the conception, planning and perpetration of the **"NYSMB-FSMB-FBM Scheme"**, the Defendants did not anticipate that Plaintiff Kaul would pursue the issue of the alleged opinion to the Appellate Division, nor have a senior board member admit that no subcommittee was ever convened nor any opinion ever issued, and so they perpetrated their fraud through the state's administrative/judicial/prosecutorial apparatus with a sense of experienced impunity, and with an overall purpose of attempting to contribute to halting Kaul's prosecution of the K11-7 Defendants.

211. The Defendants used the US wires in the perpetration of the **"NYSMB-FSMB-FBM Scheme"** and within the corpus of communication, there exists evidence of a knowingly illegal agreement with the New York State Medical Board that any response to Kaul's application should be delayed, and that if Kaul persisted in requiring a response, a false response should be fabricated without involving any member of the board, but falsely claiming otherwise.

212. It is noteworthy that during the October 3, 2022, hearing, Kaul observed an appearance of 'shock' on the faces of several panel members when he raised the issue that senior members (Dr. Jane Massie/Dr. Raju Ramanathan) had admitted that no subcommittee/opinion had ever been convened/issued.

213. It is the **"pattern"** of the Defendants to conduct their **"pattern of racketeering"** through courts/governmental agencies in a manner that is restricted, for the purpose of secrecy, to a person/limited persons, with whom the Defendants engineer or have already engineered a bribery-based quid pro quo scheme.

214. The immensity of the potential losses of liberty/property/life associated with the crimes of **The Kaul Cases** Defendants, has caused them to coerce others into committing knowing/willful violations of the law and Plaintiff Kaul's human/constitutional rights, with the most recent

coercion consisting of an assurance that U.S.D.J. Oetken's order/opinion would definitely eliminate any threat posed by Plaintiff Kaul.

**215. a.** The Defendants have conducted this **"pattern of racketeering"** for decades in collusion/conspiracy with the state medical board members of the **"FC"**, by using the medical boards purported mission to **"protect the public"** as cover for their profit purposed racketeering crimes of illegally suspending/revoking the licenses of innocent physicians; **b.** In fact, Defendant FSMB-FBM's long-standing mandate to its subjugate medical boards is to increase their quotas of profit-generating 'physician discipline', a scheme to which it attaches monetary incentives for those that meet the corporate quota, or put otherwise corporate 'bonuses'.

**216.** Defendant FSMB-FBM publishes lists of subjugate medical board ranking in terms of 'disciplinary' actions, in order to 'shame' those in the lower sections into manufacturing higher numbers. The greater the number of actions, the more profit to the **"FC"**, from so called 'fines' and legal/other fees required to regain the illegally seized license.

**217.** There exists admitted evidence (**Exhibit 27**) that medical boards do not **"protect the public"**, as the **"FC"** system of physician discipline related fees/fines and slave physician labor for the insurance industry, is purposed simply for corporate/executive profit. A continuation of a four hundred (400) year **"pattern"**.

**RICO 4**
**Association-In-Fact Enterprise: State of California-UC San Diego Physician Assessment and Clinical Education (PACE) Program**
**Defendant Persons: FSMB-FBM/Geico**
**Co-conspirator: Allstate**
**RICO Predicate Acts: Wire fraud/Conspiracy/Public Corruption**

**Overview:**

**218.** In a time period commencing in approximately April 2022, Defendants FSMB-FBM/Geico and Co-Conspirator Allstate did conspire to commit, and did commit a knowingly illegal **"pattern of racketeering"** and did convert the State of California and the  UC San Diego Physician Assessment and Clinical Education (PACE) Program into an association-in-fact enterprise **("UC-PACE Association-In-Fact-Enterprise")**

**219.** It was through and under cover of the **"UC-PACE Association-In-Fact-Enterprise"** that Defendants FSMB-FBM/Geico and Co-Conspirator Allstate perpetrated the RICO predicate acts of fraud on the court/public corruption, purposed to, in conjunction with the RICO 2 **"SDNY-NYSE Scheme"** and the RICO 3 **"NYSMB-FSMB-FBM Scheme"**, to attempt to eliminate Plaintiff Kaul by attempting to prohibit his access to the courts for compensatory redress and his access to a livelihood.

**220.** On May 27, 2020, the State of Pennsylvania granted Kaul's application for licensure after a one-day administrative hearing on February 7, 2020.

**221.** In order for Plaintiff Kaul to be provided an actual license, he was required to take an assessment course, which he commenced with K11-8 (Kaul v PACE/Leung-USDC-SDC) Defendant PACE in May 2022, with the conduction of three virtual interviews on May 4, June 15, and July 6, 2022.

**222.** K11-8 Defendant PACE, a for-profit corporation, derives the majority, if not all of its business from the **"FC"**, and prior to Plaintiff Kaul's first interview it knew the FSMB-FBM was a Defendant in K11-7. During the first interview, Plaintiff Kaul detected a suspicious tone, which caused the subsequent two (2) interviews to be recorded.

**223.** On July 21/22, Plaintiff Kaul completed the second and on-site component of the course at the K11-8 Defendant PACE's facility in San Diego, the entirety of which was video recorded by K11-8 Defendant PACE and from which Plaintiff Kaul retained contemporaneous notes.

**224.** At the conclusion of the course on July 22, 2022, after Plaintiff Kaul had drafted the final note to be submitted to the evaluation committee, he created a copy of this note for his records.

**225.** Prior to Plaintiff Kaul's departure he enquired as when he would receive the final report, and was informed it would be emailed directly to him, and only him within eight (8) weeks.

**226.** On September 22, 2022, not having received the report, Plaintiff Kaul telephoned and was informed by the person responsible for drafting the report that she has allegedly been out on **"sick leave"** and no other staff member had wanted to **"work"** on the report.

**227.** On October 12, 2022, Plaintiff Kaul received an email from this person, in which she requested Kaul provide her an email/telephone number of a **"contact person"** at the Pennsylvania Medical Board.

**228.** Plaintiff Kaul instructed this person that the report was NOT to be sent to any person associated with the medical board until he had reviewed it.

**229.** K11-8 Defendant PACE perpetrated the **"FC-PACE Scheme"** with Defendant FSMB-FBM to render a false and negative report regarding Kaul, and to transmit it directly to the Pennsylvania Medical Board to attempt to cause it to not issue Plaintiff Kaul a license, and to prevent Plaintiff Kaul from exposing its fraudulence and to then claim qualified immunity if and when Kaul sued.

**230.** The perpetration of this scheme was conducted across the US wires by emails and telephone conversations, and it was agreed that a knowingly false and highly defamatory report would be issued, in which K11-8 Defendant PACE would describe Kaul as not only being a danger to the public, but that he would likely never meet the standards to ever return to the practice of medicine.

**231.** The K11-7 Defendants conducted the same negative report/opinion/order generating scheme with K11-8 Defendant PACE, as it did with U.S.D.J. Oetken. K11-8 Defendant PACE, in drafting and transmitting the knowingly fraudulent report, did not anticipate that the virtual interviews had been recorded and that Kaul had retained a copies of his contemporaneous notes.

**232.** On October 17, 2022, K11-8 Defendant PACE used the US wires to transmit to Plaintiff Kaul a copy of their knowingly fraudulent report. It is an eleven (11) page document that Kaul's audio/final note evidence proves is fraudulent.

**233.** Plaintiff Kaul, having reviewed the report, did then request he be sent a copy of his entire case file, which includes the video recordings of the July 21/22 on-site assessments.

**234.** K11-8 Defendant PACE continues to withhold the property of Plaintiff Kaul's file.

**235.** On October 19, 2022, Plaintiff Kaul sent a letter to K11-8 Defendant PACE, in which he included a link to the July 6, 2022, audio recording and re-requested a copy of his file.

**236.** No file was produced (**Exhibit 4**)

**237.** On October 31, 2022, Plaintiff Kaul sent a second letter, in which he provided further evidence of the fraudulence of the October 17, 2022, report, and re-requested a copy of his case file.

**238.** No file was produced.

**239.** K11-8 Defendant PACE remained in communication with Defendant FSMB-FBM, and used the US wires to discuss what steps it should implement to address Plaintiff Kaul's exposition of their fraud, and Plaintiff Kaul's October 19/31 letters.

240. Within these communications it was agreed that K11-8 Defendant PACE should not amend its fraudulent report, as U.S.D.J. Oetken's September 12, 2022, order/opinion purported to foreclose Plaintiff Kaul from filing suit in the United States District Court, and thus, in their estimation, Plaintiff Kaul could not seek redress for Defendant PACE's violation of his rights.

241. K11-8 Defendant PACE's lawyers obtained a copy of U.S.D.J. Oetken's September 12, 2022, report, and advised K11-8 Defendant PACE that Plaintiff Kaul had no legal recourse for their false report, and that they should send Kaul a letter informing him that they would not amend their report.

242. In the commission of this scheme, K11-8 Defendant PACE knew its misconduct constituted a violation of the wire fraud act, the honest services act and of Plaintiff Kaul's human/constitutional rights, and that their misconduct had converted the University of California – San Diego into a **"racketeering enterprise"** that furthered the interests of the **"FC"** at the expense of the people of the State of California.

243. **The Kaul Cases** Defendants decade-plus-long criminal conspiracy has exposed the State of California to immense domestic/international legal liability.

244. On November 10, 2022, Plaintiff Kaul submitted a FOIA request to the UC-San Diego seeking copies of all physician assessment reports since 2012. K11-8 Defendant PACE was notified of this request.

245. On May 25, 2023, Plaintiff Kaul filed suit against K11-8 Defendants PACE/Leung in the United States District Court.

**RICO 5**
**Association-In-Fact Enterprise: State of Florida-NYSE-SEC ("SNS Association-In-Fact-Enterprise)**
**Defendant Persons: Geico/Christie**
**Co-conspirators: TD/Allstate/ICE**
**RICO Predicate Acts: Securities fraud/mail fraud/wire fraud/money laundering**

**Overview**:

**246.** In a time period commencing in approximately 2009, the Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE did conspire to commit, and did commit a knowingly illegal **"pattern of racketeering"** and did convert the NYSE/SEC/State of Florida into an association-in-fact enterprise, through and under cover of which they perpetrated thousands of the RICO predicate acts of mail fraud/wire fraud/securities fraud/money laundering, purposed to advance their political/economic agenda.

**247.** Specifically, Defendant Christie sought to raise monies for gubernatorial and presidential campaigns, while Defendant Geico and Co-conspirators Allstate/TD/ICE sought to increase executive compensation and share price.

**248.** The Defendants **"State of Florida-NYSE-SEC"** (**"SNS Scheme"**) scheme involved an intersection of the worlds of medicine/business/law/politics, and commenced in 2009, with the purpose of causing injury to Plaintiff Kaul's economic standing/reputation/livelihood/liberty/life through the perpetration of the following acts (**249-255**) of state/court-facilitated misconduct.

**249.** having Plaintiff Kaul's medical license revoked.

**250.** eradicating all debt owed to Plaintiff Kaul by insurance carriers (approx. $45 million).

**251.** destroying Plaintiff Kaul's reputation;

**252.** eliminating any future financial liability to Plaintiff Kaul.

**253.** causing Plaintiff Kaul to enter a state of poverty/homelessness;

**254.** attempting to cause Plaintiff Kaul to be jailed/deported/killed.

**255.** intimidating other minimally invasive spine surgeons into not performing minimally invasive spine surgery, in order to divert a greater percentage of the public's insurance premiums into corporate/executive compensation.

**256.** Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE have colluded and conspired to orchestrate both their underlying **"SNS Scheme"** and the subsequent, and multiple schemes to conceal and provide cover for the **"SNS Scheme"**.

**257.** The concealment has been perpetrated through massive schemes of corruption of state/federal politicians/judges, in an attempt to prevent Plaintiff Kaul from exposing **The Kaul Cases** Defendants and Co-Conspirators decades-long schemes of judicial/public corruption.

**258.** In 2005, Plaintiff Kaul invented and successfully performed the first outpatient minimally invasive spine surgery, at a NJ surgical center that had credentialed him to perform the procedure, and under the authority of his state medical license; a license issued in 1996 by the State of New Jersey for both medicine and **surgery**.

**259.** The state argued in administrative proceedings (NJ Office Administrative Law) from April 2 to June 28, 2013, that Plaintiff Kaul was not licensed to perform surgery. In this proceeding the Defendants and the state committed massive fraud, as evidenced in '**The Solomon Critique**' (K1-D.E. 225) + '**The Solomon Critique 2**' (K1-D.E. 299-18).

260. From 2006 to approximately 2009, Plaintiff Kaul was subjected to rule-of reason antitrust violations by **The Kaul Cases** Defendants, who wanted to eliminate the threat of Plaintiff Kaul's rapidly expanding minimally invasive spine surgery practice.

261. In furtherance of this scheme, **The Kaul Cases** Defendants did engage in multiple quid pro quo schemes with Defendant Christie, in which they funneled bribes into his political campaign, purposed to have him use state power to have the medical board revoke Plaintiff Kaul's license, an act that commenced illegally, was conducted illegally, and remains illegal (2008/9-2023)

262. Plaintiff Kaul's license was illegally suspended/revoked on April 2, 2012/March 24, 2014, and **The Kaul Cases** Defendants did with knowing illegality, use the US mail/wires to transmit this fraudulent notice globally to all governmental agencies, all state medical boards, including Florida/National Practitioners Data Bank/DEA/FBI.

263. From 2012 to 2020, pursuant to RICO's vicarious liability doctrine, Defendants Geico/Christie, and Co-Conspirators TD/Allstate/ICE, did conspire to commit, and did commit bankruptcy fraud and insurance fraud, by defrauding Plaintiff Kaul's medical malpractice carriers of millions of dollars through the submission and fraudulent judicial adjudication of false 'medical malpractice' claims, as pled in K11-4.

264. Commencing in 2016, Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE, did extend their **"pattern of racketeering"** into the NYSE, through an ongoing commission of the predicate acts of securities fraud, in that they submitted false SEC filings/accounts, that defrauded, and continue to defraud the global equities market.

265. Based on this knowingly false information, Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE did perpetrate millions of trades with unsuspecting investors, concealing from them the massive risk associated with the purchase of these fraudulent equities.

**266.** In conjunction with these crimes, Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE did not disclose to the market that its profits, including those from Florida, are the product of crimes, as detailed in **The Kaul Cases**, but yet willfully and with knowledge of its illegality, did launder the proceeds of these crimes through the NYSE.

**267. The Kaul Cases** Defendants have converted the NYSE into a massive money-laundering operation, into which it has funneled the proceeds of its global **"patterns of racketeering"**, including those generated from the mass inoculation (5.5 billion humans) of the experimental toxic gene-splicing mRNA compound.

**268.** From 2006 to the present, the overarching theme of Defendants Geico/Christie and Co-Conspirators TD/Allstate/ICE crimes, has been the commission of increasingly more serious crimes, in an attempt to conceal their prior crimes, malfeasance and misconduct.

**269.** What commenced in 2006 with the professional jealousy of Plaintiff Kaul's competitors, of which Defendant Heary was a 'ring-leader', is in 2023, a multitude of felonies that include, amongst others: **(i)** bankruptcy fraud; **(ii)** securities fraud; **(iii)** mail fraud; **(iv)** wire fraud; **(v)** perjury: **(vi)** bribery; **(vii)** obstruction of justice; **(viii)** public/judicial corruption; **(ix)** civil rights violations; **(x)** evidence tampering; **(xi)** witness tampering; **(xii)** false imprisonment; **(xiii)** false prosecution: **(xiv)** insurance fraud; **(xv)** kickbacks; **(xvi)** human rights violations; **(xvii)** retaliation; **(xviii)** false seizure of property; **(xix)** honest services fraud; **(xx)** racketeering; **(xxi)** conspiracy; **(xxii)** market manipulation/money laundering; **(xiii)** crimes against humanity; **(xiv)** violations of the Nuremberg Code.

**Co-conspirator ICE**:

**270.** From 2016 to the present, Co-conspirator ICE knew or should have known that Co-conspirators TD/Allstate and Defendant Geico committed securities fraud, in willfully, and with

knowledge of its illegality, failing to report to the market and the SEC their liability in **The Kaul Cases**.

**271.** Co-conspirator ICE was motivated to willful ignorance and did fail to cross reference court records with the filings of Co-conspirators Allstate/TD and Defendant Geico.

**272.** Co-conspirator ICE, in recognizing that its profits were tied to those of Defendant Geico and Co-conspirators TD/Allstate did tacitly conspire with these Defendant/Co-conspirators to perpetrate a knowingly illegal scheme of securities fraud concealment, that artificially manipulated the market, and was purposed to prevent a decrease in its share price.

**273.** Co-conspirator ICE used the US mail and wires to exchange information with Defendant Geico and Co-conspirators Allstate/TD, in furtherance of the **"SNS Scheme"**, in recognition of the illegality of the scheme and the manipulation of the market that would be caused by such a fraud.

**274.** Co-conspirator ICE did conspire with and did commit a "**pattern of racketeering**" by aiding and abetting the laundering of the criminal proceeds of Defendant Geico and Co-conspirators TD/Geico through the apparatus of the **"SNS Association-In-Fact Enterprise",** the principal purpose of which was to increase insurance industry executive profit and share price, at the expense, and through the exploitation of Kaul and thousands of other physicians, many of whom remain falsely imprisoned.

**275.** Co-conspirator ICE, although having reported regulatory/litigation risks in its SEC filings, did willfully and knowingly fail to specifically identify the securities fraud crimes of Defendant Geico and Co-conspirators Allstate/TD and is thus liable for these crimes.

**276.** Similarly, Co-conspirator ICE is also liable for the crimes from which Defendant Geico/Co-conspirators TD/Allstate's invested criminal proceeds originated, crimes that constituted a

"**patterns of racketeering**" within the geographic boundaries of the State of Florida, in a period that commenced in at least, if not before, Defendant Christie's first term as governor.

**277. a.** Co-conspirator ICE recognizes that because it both trades on the NYSE and engages in commerce with global exchanges, which affects the value of those exchanges, that its participation in the **"SNS Scheme"** caused it to become a conduit to these global exchanges of NYSE market valuation that it knew, or ought to have known were false and were the product of crime **b.** but did also become a crime itself [market valuation] consequent to Co-conspirator ICE's global dissemination of a knowingly false market valuation that concealed the fact that the monies underpinning it were derived from the crimes of Defendant Geico and Co-conspirators Allstate/TD

**278.** Co-conspirator ICE used the US mail/wires to globally transmit knowingly fraudulent information about the market valuation of Defendant Geico and Co-conspirators Allstate/TD in that it omitted any specific reference within its SEC filings of the legal liability ($28,000 trillion +) to the global equities market of **The Kaul Cases**.

**279.** Co-conspirator ICE, in propagating this knowingly fraudulent information to the global equities market, did recognize its role in false equity evaluations and the creation of a 'bubble market' in India.

**280.** Co-conspirator ICE's Indian headquarters is Hyderabad (Kaul's birthplace), and it is cognizant of the fact that the Indian stock market is currently reported as being in a 'bubble' by the Reserve Bank of India. On December 16, 2022, Plaintiff Kaul has filed a notice of litigation against Defendant ICE (India) (**Exhibit 27**)

**281.** Defendant ICE recognizes that the false evaluations of the NYSE are responsible for the Indian 'bubble', and that the false evaluations of the NYSE are a consequence of the Defendants financial crimes.

282. Co-conspirator ICE committed and continues to commit a massive fraud on the global financial market.

**Christie:**

283. From 2000, the year that Defendant Christie was appointed the US Attorney for the District of New Jersey, he has abused state power and converted state/federal agencies into **"racketeering enterprises"**, through which he has conducted a **"pattern of racketeering"** purposed to further the economic/political agendas of himself and those individuals with whom he engaged in quid pro quo schemes of bribery and public corruption.

284. Commencing in or around 2008/2009, Defendant Christie entered into knowingly illegal conspiracies with Defendant Geico and Co-conspirators Allstate/TD, in which they methodically planned schemes to have eliminated Plaintiff Kaul (economic standing/reputation/livelihood/liberty/life) through the abuse of governmental power and **physical violence.**

285. Defendants Christie/Geico and Co-conspirators Allstate/TD/ICE conspired with state/federal investigative/prosecutorial authorities to file knowingly false criminal indictments against Plaintiff Kaul. These investigations ceased when Plaintiff Kaul filed K1 (February 22, 2016) except for, in a retaliatory manner, the filing of a knowingly false state tax complaint (May 2016) and suspension of Plaintiff Kaul's driving license (February 27, 2016).

286. From 2009 to 2017, Defendant Christie converted the executive/legislative/judicial branches of the State of New Jersey into a **"racketeering enterprise"**, that he used against Plaintiff Kaul, in a scheme to have him jailed/deported/seriously injured/killed.

287. The scheme sought to eliminate the debt owed to him by the insurance industry.

**288.** The scheme sought to eliminate future liability to Plaintiff Kaul by the insurance industry.

**289.** The scheme sought to eliminate the threat that Plaintiff Kaul's minimally invasive spine surgery practice posed to **The Kaul Cases** physician/hospital Defendants, from whom, along with Defendant Geico and Co-Conspirators Allstate/TD, Defendant Christie had received bribes.

**290.** Defendant Christie believed that he would become the 2016 President of the United States, that Plaintiff Kaul would be eliminated, and the crimes of **The Kaul Cases** Defendants would go undetected, and that Plaintiff Kaul would not commence litigation in 2016.

**291.** However, when Plaintiff Kaul did commence litigation, Defendant Christie, in collusion/conspiracy with **The Kaul Cases** Defendants and certain judges within the United States District Court, did perpetrate a massive scheme of obstruction of justice, that violated Plaintiff Kaul's human rights, and was intended to prevent Plaintiff Kaul from exposing the crimes, and to obviate the obligation of Defendants Allstate/TD/Geico (Berkshire Hathaway) to report the $28,000 trillion + in their SEC filings.

**292.** In the perpetration of the **"SNS Scheme"**, Defendant Christie did use the US mail/wires to exchange information with **The Kaul Cases** Defendants regarding the bankruptcy and securities fraud, as it pertained detrimentally to the share price of Defendants Allstate/TD/Geico.

**293.** In aiding and abetting the **"SNS Scheme"**, Defendant Christie did fully recognize its illegality and the international criminal consequences of his participation in the defrauding of the global equities market.

**294.** Defendant Christie, nonetheless, did persist in the perpetration of the scheme out of fear that if the $28,000 trillion + liability were disclosed to the global equities market, it would cause shareholder litigation, that would expose the massive crimes committed by **The Kaul Cases**

Defendants within the executive/legislative/judicial branches of the State of New Jersey, the United States District Court, and the United States Bankruptcy Court (2006 to Present).

**295.** Defendant Christie was also motivated to aid and abet the securities/bankruptcy fraud, as he had been bribed with shares from Defendant Geico and Co-conspirator Allstate, as part of the quid pro quo scheme in which he ordered the medical board to revoke Plaintiff Kaul's license.

**296.** Defendant Christie maintains a controlling position within the **"SNS Association-In-Fact Enterprise"** from which he continues to illegally profit, the profits of which he launders through the enterprise of his political lobbying/law business, that currently provide cover for his **"ongoing"** schemes of bribery and public corruption.

**Defendant Geico/Co-conspirator Allstate:**

**297.** Plaintiff Kaul commenced suit against Defendant Geico and Co-conspirator Allstate on February 22, 2016, in K1, in which Plaintiff Kaul sought $28,000 trillion + in monetary damages. Allstate's market capitalization was approximately $33 billion, and thus it was obligated to report the claims in its SEC filings. It did not, and still has not.

**298.** Pursuant to RICO's vicarious liability doctrine, Defendant Geico remains liable for the securities violation of its Co-conspirator, Allstate.

**299.** Co-conspirator Allstate, in recognizing the immense civil/criminal consequences of disclosure, and the damage to its reputation within the global equities market, did conspire with Co-conspirator ICE in its withholding of this information.

**300.** Co-conspirator ICE was motivated to participate in the **"SNS Scheme"** as its share price and corporate profits were linked to those of Co-conspirator Allstate, and it recognized that

exposure to the global equities market of the $28,000 trillion + liability had the potential to bankrupt Co-conspirator Allstate.

301. Co-conspirators ICE/Allstate did use the US mail/wires and face-to-face meetings to exchange information about the **"SNS Scheme"**.

302. Within the corpus of communication, Co-conspirators ICE/Allstate concluded that the risk of Plaintiff Kaul exposing a securities fraud violation was minimal compared to the risk of bankruptcy if **The Kaul Cases** were exposed to the global equities market.

303. Co-conspirator Allstate, in recognizing that Co-conspirator ICE would not report its false filings to the SEC/DOJ, did continue to fraudulently trade millions of shares from 2016 onwards, in the knowledge of its illegality, and that it would cause false market valuations, market manipulations and investors to be defrauded.

304. Co-conspirator Allstate reaped illegal profits from the **"SNS Scheme"**,

305. Co-conspirator Allstate funneled the illegal profits as bribes to certain judges within the United States District Court (K11-3) and certain state/federal politicians (K11-1), in order to control the **"racketeering enterprise"** into which **The Kaul Cases** Defendants had converted certain courts (district/appellate) within the United States District Court.

306. In a period commencing in approximately 2008/2009, Co-conspirator Allstate, a corporation that conducts business in every state, did, through a **"pattern of racketeering",** and in conspiracy/collusion with **The Kaul Cases** Defendants, convert into **"racketeering enterprises"** the State of Florida/All Other American States, the United States District Court, the United States Bankruptcy Court, the New York Stock Exchange and state/federal investigative/prosecutorial authorities, all purposed to eliminate Plaintiff Kaul from the American healthcare market and life itself.

**307.** Co-conspirator Allstate then used the **"racketeering enterprises"** (State of Florida/All Other American States, the United States District Court, the United States Bankruptcy Court, the New York Stock Exchange, and state/federal investigative/prosecutorial authorities) to attempt to obstruct Plaintiff Kaul's litigation/license procurement, in order to provide cover for their crimes, when their Kaul elimination scheme failed (2008/9 to 2021).

**Co-conspirator TD:**

**308.** On February 22, 2016, with the filing of K1, Plaintiff Kaul did expose the crimes of Co-conspirator TD, and their role in the willful deprivation of Plaintiff Kaul's economic resources, necessary to fight the revocation proceedings filed by Defendant Christie's then state AG, Jeffrey Chiesa.

**309.** In K1, Plaintiff Kaul also exposed Co-conspirator TD's knowingly illegal/conspiratorial use of state/bankruptcy courts within the geographic boundaries of the State of New Jersey to bankrupt Plaintiff Kaul's corporations and illegally deprive him of his personal/business assets ($45 million accounts receivable/others).

**310.** Co-conspirator TD, a corporation that conducts business in Florida/All Other American States, commenced conspiring with Defendants Christie/Geico and Co-conspirator Allstate in or around 2010, in a series of quid pro quo schemes, in which Co-conspirator TD received regulatory favors from Defendant Christie in return for arbitrarily foreclosing on Plaintiff Kaul's personal/commercial loans.

**311.** Defendant Geico/Co-conspirator Allstate had bribed Defendant Christie to eliminate Plaintiff Kaul.

**312.** Defendant Christie's quid pro quo with Co-conspirator TD, was partially purposed to deprive Plaintiff Kaul of monies to litigate the licensing case against the State of New Jersey.

**313.** Defendant Christie's quid pro quo with Co-conspirator TD, was partially purposed to bankrupt his corporations in order to facilitate the elimination of debt ($45 million) owed to Plaintiff Kaul by the insurance industry.

**314.** Co-conspirator TD, in recognizing the immense civil/criminal liability of **The Kaul Cases**, did conspire with Co-conspirator ICE to conceal the litigation from the global equities market, and did submit false SEC filings and accounts from 2016 to 2021,

**315.** Co-conspirator TD submitted false SEC filings in the belief that Kaul would not expose its prior crimes, as **The Kaul Cases** Defendants had bribed certain judges within the United States District Court and the United States Bankruptcy Court.

**316.** Co-conspirator TD submitted false SEC filings with a sense of impunity derived from its knowledge of the fact that Defendant FSMB-FBM acting through the **"Federation Cartel"** would attempt to obstruct Plaintiff Kaul's efforts at license procurement.

**317.** Co-conspirator TD submitted false SEC filings with a sense of impunity derived from its belief that **The Kaul Cases** Defendants obstruction of Plaintiff Kaul's litigation and the **"FC"**'s obstruction of license procurement, would collectively obstruct Plaintiff Kaul from procuring funding to litigate and even if he did, to actually litigate.

**318.** From 2016 onwards Co-conspirator TD did use the US mail/wires and engage in face-to-face meetings with Defendants ICE/Allstate/Geico/Christie, in furtherance of the **"SNS Scheme"**.

**319.** At these meetings, and within these communications, Defendants Christie/Geico and Co-conspirators Allstate/ICE did discuss and conclude that the risk of Plaintiff Kaul exposing their securities fraud violation was substantially outweighed by the risk of disclosing the $28,000 trillion + liability to the global equities market.

**320.** In conspiring with **The Kaul Cases** Defendants, Co-conspirator TD did recognize the illegality of their failure to disclose and did follow the advice of counsel in failing to disclose.

**321.** Co-conspirator TD's counsel did conspire/collude with counsel for **The Kaul Cases** Defendants in furtherance of the **"SNS Scheme"**, for the purpose of concealing their prior crimes,

**322.** Co-conspirator TD's prior crimes involved massive schemes of judicial/public corruption, at the center of which was Defendant Christie, his presidential ambitions, and the commercial agendas of corporations/persons from whom Defendant Christie had received bribes.

**333.** Co-conspirator TD, in willfully committing securities fraud and defrauding the global equities market of their right to honest services, did perpetrate such a scheme with the premeditated purpose of violating Plaintiff Kaul's litigation rights, in that it stymied his 'whistleblowing' on the crimes of **The Kaul Cases** Defendants.

**334.** Defendant Geico and Co-conspirators Allstate/TD did recognize that disclosure to the global equities market would cause investors to withdraw their stock position, as occurred with K11-2 Defendant Boston Partners, after Plaintiff Kaul informed them in November 2018 of the pending litigation in K1/K2.

**335.** Defendant Geico and Co-conspirators Allstate/TD  did recognize that a disclosure of the $28,000 trillion + liability would cause massive shareholder litigation and damaging publicity regarding their schemes of judicial/public corruption, and that this litigation/publicity would augment Plaintiff Kaul's prosecution rights.

**336.** Defendant Geico and Co-conspirators Allstate/TD knowing, and willful violation of the Sarbanes-Oxley Act was purposed to provide cover for their previous crimes against Plaintiff Kaul (bribery/mail fraud/wire fraud/judicial corruption/public corruption/civil rights

violations/perjury/kickbacks/false arrest/false imprisonment/obstruction of justice/illegal seizure of assets/money laundering/bankruptcy fraud/bank fraud), and were purposed to, and did in fact, violate Plaintiff Kaul's prosecutorial rights.

## RICO 6

**Association-In-Fact Enterprise: State of Florida-United States Bankruptcy Court-NYSE**
**Defendant Persons: Geico/Stolz**
**Co-conspirators: Allstate/TD**
**RICO Predicate Acts: bankruptcy fraud/mail fraud/wire fraud/public corruption/bank fraud/securities fraud/money laundering**

**Overview**:

**337.** In a period from approximately 2008/2009 to 2013, Defendant Geico and Co-conspirators Allstate/TD, entities that conduct business in all states, did commence conspiring to commit, and did commit a **"pattern of racketeering"** through the enterprise of the State of Florida/All Other American States.

**338.** From 2013 to 2016, Defendant Geico and Co-conspirators Allstate/TD did extend and amplify this **"pattern of racketeering"** into the United States Bankruptcy Court.

**339.** From 2016 onwards, Defendant Geico and Co-conspirators Allstate/TD and did extend and amplify this **"pattern of racketeering"** into the NYSE, to form an association-in-fact enterprise, the **"State of Florida-United States Bankruptcy Court-New York Stock Exchange Association-In-Fact Enterprise" ("SUN-Association-In-Fact Enterprise")**.

**340.** The Defendant Persons that orchestrated, controlled, aided, and abetted, and that did either occupy or effect controlling positions within the enterprises were Defendants Stolz/Geico.

**341.** The Co-conspirators, Allstate/TD and specifically, K11-3 Defendant/U.S.B.J. John Sherwood, did aid and abet Defendants Stolz/Geico's perpetration of their **"SUN Scheme"** through a "**pattern of racketeering".**

**342.** The **"pattern of racketeering"** involved the commission of the RICO predicate acts of mail fraud/wire fraud/perjury/obstruction of justice/kickbacks/judicial corruption/public corruption/money laundering/bankruptcy fraud/bank fraud/securities fraud,

**343.** The **"pattern of racketeering"** and the RICO predicate acts were knowingly/willfully committed, and with knowledge of their illegality, through a purposeful conversion of the State of Florida/U.S.B.C./NYSE into **"an association-in-fact racketeering enterprises"**, the principal purpose of which was to increase executive/corporate profit and compensation for Defendant Geico, who funneled bribes to Defendants Stolz/Geico/Christie.

**344.** The bribes funneled by Defendant Geico to Defendants Stolz/Christie were either disguised as 'legal fees'/political campaign 'donations', or deposited in offshore bank accounts/trusts.

**345.** Defendants Stolz/Geico/Christie and Co-conspirators Allstate/TD did use the US mail/wires and conduct face-to-face meetings in Florida, for the purpose of devising, planning, and executing the knowingly illegal **"SUN Scheme"**.

**346.** Defendants Stolz/Geico/Christie and Co-conspirators Allstate/TD, in the initial planning of their criminal enterprise did not anticipate that in 2016, Plaintiff Kaul would commence litigation, or that the damages sought would be in excess of ten percent (10%) of their market capitalization.

**347.** In fact, Defendants Stolz/Geico/Christie and Co-conspirators Allstate/TD believed that Plaintiff Kaul would be deported/jailed/killed, and on May 27, 2021, they did, in a state of

desperation, perpetrate a scheme in which Plaintiff Kaul was illegally arrested/kidnapped/imprisoned, with the intention of having him permanently injured or killed in the Mercer County jail in Trenton, New Jersey.

**348.** The scheme failed, and Plaintiff Kaul filed suit on June 15, 2021, against K11-9 Defendants Christopher J. Christie/Philip Murphy/Doreen Hafner/Gurbir Grewal/Robert McGuire.

**349.** Defendants Stolz/Geico/Christie and Co-conspirators Allstate/TD, in recognizing their $28,000 trillion + liability, did conspire with Co-conspirator ICE, in the concealment of this information from the global equities market, in which Defendant Geico (Berkshire Hathaway) and Co-conspirators Allstate/TD trade.

**350.** In 2012, Co-conspirator Allstate extended its operations into India, while simultaneously conducting, in collusion/conspiracy with American state/federal investigative/prosecutorial authorities, policies of racially targeting Indian physicians for license revocation and imprisonment.

**Defendant Geico/Co-conspirator Allstate:**

**351.** In June 2013, Co-conspirator TD, in furtherance of the Defendants **"racketeering schemes"** (2008/2008-2023) caused Plaintiff Kaul's corporations to file for Chapter 11 bankruptcy, by arbitrarily/illegally cancelling all his personal/business loans and closing all his personal/business accounts.

**352.** On July 21, 2014, the Chapter 11 was converted to a Chapter 7, because of the illegal revocation of Plaintiff Kaul's license on March 24, 2014. Defendant Stolz and his now deceased law partner, Robert Wasserman, were assigned as the trustee.

353. In a period that commenced in approximately July 2014, Defendant Geico/Co-conspirator Allstate did enter into a conspiracy with Defendant Stolz, in which Defendant Stolz accepted bribes from Defendant Geico/Co-conspirator Allstate in return for not pursuing the $45 million accounts receivable owed to Plaintiff Kaul by Defendants Geico/Co-conspirator Allstate and others within the insurance industry, as is irrefutably pled in K4.

354. Defendant Geico/Co-conspirator Allstate did use the US mail/wires and face-to-face meetings with Defendant Stolz to exchange information regarding the perpetration of the **"SUN Scheme"**, the purpose of which was to increase share price/executive compensation and bribes to Defendant Stolz.

355. During these communications, Defendants Geico/Stolz and Co-conspirator Allstate did consider the money laundering risk posed by the investment of the proceeds of their crimes into the NYSE.

356. Defendants Geico/Stolz and Co-conspirator Allstate calculated that the risk was minimal, as Plaintiff Kaul would be eliminated and any person who had knowledge of the crimes would remain silent, fearful of retaliation of a criminal indictment from Defendant Christie, who was still the NJ Governor.

357. Defendants Geico/Stolz and Co-conspirator Allstate calculated that their illegal scheme would cause an elevation of share price, the false basis of which would be concealed from the global investment community.

358. Subsequent to the filing of K1, the Defendants Geico and Co-conspirators Allstate/TD did conspire to not report the case in their SEC filings, in order to provide cover for, amongst other things, their crime of bankruptcy/creditors fraud.

**359.** However, in filing knowingly false SEC returns, they committed securities fraud, a crime that they have committed before, but in this case, a crime that commenced in 2016, and is ongoing in 2023.

**360.** On May 27, 2021, **The Kaul Cases** Defendants attempted to have Plaintiff Kaul seriously injured or killed (K11-9).

**Defendant Stolz:**

**361.** Defendant Stolz, a lawyer, knew that in conspiring to commit and committing the RICO predicate acts of bankruptcy fraud/securities fraud/mail fraud/wire fraud, through a **"pattern of racketeering"** in which he converted the United States Bankruptcy Court into a **"racketeering enterprise"**, for a period commencing on July 21, 2014, he has defrauded the global equities market of its right to honest services, caused injury to foreign markets and has thus incurred international criminal liability.

**362.** Plaintiff Kaul has exposed the crimes of Defendant Stolz, who from 2018 conspired with corrupted judges in the District of New Jersey to prevent Plaintiff Kaul from prosecuting his claims against Defendant Stolz.

**363.** The tactics used by Defendant Stolz included having Co-conspirator/K11-3 Defendant U/S.B.J. John Sherwood enter an order in February 2020, that sought to bar Plaintiff Kaul from prosecuting Defendant Stolz for his crimes.

**364.** Co-conspirator/K11-3 Defendant Sherwood, as plausibly and irrefutably pled in K11-3, did accept bribes from Defendant Geico/Co-conspirator Allstate and K11-11 Defendant Blue Cross Blue Shield in return for entering judgements adverse to Plaintiff Kaul/creditors in the bankruptcy proceedings (July 21, 2014, to July 31, 2020).

**365. The Kaul Cases** Defendants 'hijacked' the authority of the United States Bankruptcy Court through massive schemes of judicial corruption/bribery.

**366.** When Plaintiff Kaul commenced litigation against Defendant Stolz in 2018 (K4) Defendant Stolz and his lawyer, Scott Rever, desperate to prevent their prosecution by Plaintiff Kaul, did threaten to expose the names of state/federal politicians and judges, who had either participated/facilitated his bankruptcy fraud in Plaintiff Kaul's case, or had received bribes from the insurance industry in cases involving other physicians/healthcare providers.

**367.** From 2016 to the present, Defendant Stolz, with knowledge of Defendant Geico/Co-conspirators Allstate/TD's securities fraud crimes, has failed to report the crimes to regulators or the global equities market, as he recognizes that to report would expose his crime of bankruptcy fraud, and the crimes/malfeasance of all of **The Kaul Cases** Defendants, extending back to 2006.

**368.** Defendant Stolz has knowledge that Defendant Geico/Co-conspirators Allstate/TD did conspire with Co-conspirator ICE to conceal from the global equities market, their $28,000 trillion + liability.

**369.** Defendant Stolz has knowledge that Defendant Geico/Co-conspirators Allstate/TD did conspire with the SEC to have K11-9 Defendant/Co-conspirator and ex-NJ AG Gurbir Grewal, transferred on June 29, 2021, from the Office of the NJ AG to the securities fraud enforcement division, after Plaintiff Kaul sued him in K11-9 for his role in the May 27, 2021, kidnapping of Plaintiff Kaul.

**370.** Defendant Stolz has knowledge that K11-2 Defendant, Boston Partners, admitted to withdrawing its position in Co-conspirator Allstate, after they received a letter from Plaintiff Kaul in November 2018, that informed them of securities fraud violations committed by

Defendant Geico/Co-conspirators Allstate/TD, in submitting knowingly false SEC filings in a period from 2016 onwards.

**Defendant TD**:

**371.** In approximately 2010, Co-conspirator TD commenced conspiring against Plaintiff Kaul with Defendants Geico/Christie and Co-conspirator in a scheme to eliminate Plaintiff Kaul through the destruction of his career/livelihood/reputation/economic standing.

**372.** In furtherance of this scheme,  Co-conspirator TD used the US mail/wires to transmit information regarding the scheme's devising/implementation/execution, in the knowledge that such transmission constituted the crimes of mail/wire fraud.

**373.** However, Co-conspirator TD did not believe that Plaintiff Kaul would expose its crimes, as it received information from Defendants Christie/Geico and Co-conspirator that Plaintiff Kaul would be eliminated.

**374.** Co-conspirator TD entered into a series of quid pro quo schemes with Defendants Geico/Christie and Co-conspirator Allstate in which they conducted a **"pattern of racketeering"** through the American banking system and United States Bankruptcy Court, through the commission of the RICO predicate acts of mail fraud/wire fraud/bankruptcy fraud/bank fraud.

**375.** Co-conspirator TD, in its conspiratorial role in the nationwide licensing suspension/licensing prohibition scheme directed at Plaintiff Kaul that commenced in 2012 in NJ, did subsequently convert into an **"association-in-fact racketeering enterprise"**, the State of Florida/United States Bankruptcy Court/NYSE in the knowledge of the immense civil/criminal liability that such crime, if exposed, would cause to them and their shareholders.

**376.** In approximately late 2013/2014,  Co-conspirator TD, in collusion/conspiracy with Defendants Geico/Christie and Co-conspirator Allstate did file a knowingly false banking fraud claim against Kaul, with www.checksystems.com.

**377.** The purpose and effect of this fraudulent www.checksystems.com claim was to prevent Plaintiff Kaul's access to banking services, cause a deterioration in his credit score in order to prevent him funding the licensing litigation.

**378.** Co-conspirator TD did not anticipate that Plaintiff Kaul would sue them in 2016, nor that he would expose their securities fraud violation (2016 to present).

**379.** During the Chapter 11 and then Chapter 7 bankruptcy proceedings (June 17, 2013, to July 31, 2020),  Co-conspirator TD, with knowledge of the illegality of the revocation of Plaintiff Kaul's license, and the **"racketeering schemes"** perpetrated by, amongst others, Defendants Geico/Christie and Co-conspirator Allstate that caused the revocation/subsequent legal cases against Plaintiff Kaul, did conspire with its counsel to not report the bankruptcy fraud to authorities.

**380.** Co-conspirator TD's reason for failing to report the bankruptcy fraud was that it did not want exposed its prior crimes and involvement in **The Kaul Cases** Defendants scheme to eliminate Plaintiff Kaul (livelihood/reputation/assets/freedom/human rights).

**381.** Co-conspirator TD conspired with Defendants Stolz/Geico and Co-conspirator Allstate and K11-2 Defendant, John Diiorio, Esq, Plaintiff Kaul's Chapter 7 lawyer, to threaten Plaintiff Kaul that unless he signed over title to the real estate in which his surgical center was located, despite it belonging to a corporation not part of the Chapter 11 proceeding, that Plaintiff Kaul's ex-wife would be sued by Defendant Stolz and she/Plaintiff Kaul's young children would be evicted from their childhood home.

**382.** In a period from 2016 onwards, Co-conspirator TD conspired with its lawyers/accountants to defraud the global equities market of its right to honest services, through the submission of false SEC filings and accounting reports.

**383.** Co-conspirator TD perpetrated these criminal deceptions on the global equities market, in the belief, and with the intention of violating Plaintiff Kaul's prosecutorial rights in K1, knowing that disclosure of the K1 facts and $28,000 trillion + liability would have caused investors to withdraw their positions and commence shareholder litigation.

**384.** Co-conspirator TD knew that shareholder litigation would have exposed their crimes, that include those associated with the purchase of Commerce Bank in 2007, in which they bribed multiple NJ state politicians in a 'pay-to-play' scheme, in order to complete the purchase.

**385.** Co-conspirator TD knew that such an exposition of crime would have conclusively proved Plaintiff Kaul's claims in K1 and specifically the fact of the 2009/2010 quid pro quo scheme with Defendant Christie, in which Co-conspirator TD, in exchange for regulatory banking favors in New Jersey, did consent to cancelling Plaintiff Kaul's personal/commercial loans, closing his accounts and filing a knowingly fraudulent claim with www.checksystems.com

### RICO 7

**Association-In-Fact Enterprise: State of Florida-United States District Court**
**Defendant Persons: Christie/Heary**
**Co-conspirator: AHS**
**RICO Predicate Acts: mail fraud/wire fraud/bribery/obstruction of justice/public corruption/money laundering**

**Overview**:

**386.** In a period commencing in approximately 2006, Defendants Christie//Heary and  Co-conspirator AHS commenced conspiring to commit, and did commit, a **"pattern of racketeering"** through the association-in-fact enterprise of the State of Florida and the United

States District Court, the **"SU Association-In-Fact Enterprise"**, in furtherance of the **"SU Scheme"**,

**387.** Defendants Christie//Heary and  Co-conspirator AHS perpetrated the **"SU Scheme"** through the commission of the RICO predicate acts of mail fraud/wire fraud/bribery/public corruption/obstruction of justice/perjury/kickbacks/bank fraud/investor fraud.

**388.** A motivating factor for the **"SU Scheme"** was to increase Defendants Christie//Heary and Co-conspirator AHS's economic/political power within the American legal/medical/business/political sectors of industry, at the expense of Plaintiff Kaul, free standing surgical centers, and non-neurosurgical minimally invasive spine surgeons,

**389.** A reassuring factor in the **"SU Scheme"**, one that provided a sense of impunity, was Defendant Christie/Heary and Co-Conspirator AHS's belief that through corruption, they could indefinitely pervert the United States District Court into providing cover for their crimes within the State of Florida/All Other American States.

**Defendant Christie**:

**390.** In 2000, when Defendant Christie was appointed the US Attorney for the District of New Jersey, he commenced abusing state prosecutorial power for advancement of his personal/political/economic agendas by manufacturing false indictments to threaten persons with criminal prosecution in order to coerce them into funneling money (directly/indirectly) into his political campaigns and offshore bank accounts/trusts.

**391.** Defendant Christie used this money to occupy the governor's office in 2009/2013, from which he continued the **"pattern of racketeering"** of extortion and quid pro quo scheme bribery, in which bribes were funneled into his political campaigns/offshore bank accounts by, amongst others, Defendant Heary and Co-conspirator AHS.

**392.** The quid pro quo schemes were purposed to have eliminated Plaintiff Kaul from the healthcare market and from life itself.

**393.** The quid pro quo schemes were purposed to have eliminated free standing surgical centers.

**394.** The quid pro quo schemes were purposed to have eliminated billing codes for outpatient spine surgery.

**395.** The quid pro quo schemes were purposed to have introduced legislation that prevented the issuance of state licenses for physician owned surgical centers

**396.** The quid pro quo schemes were purposed to have downgraded the RVU of billing codes for spine surgery in free standing physician owned surgical centers.

**397.** These illegally conducted tactics were part of an overall strategy perpetrated by for-profit healthcare corporations, such as Defendant Geico and Co-conspirators Allstate/AHS, to illegally monopolize, through both per se/rule of reason violations, the American healthcare market.

**398.** At the heart of this conspiracy lies the **"HIPIC-FC" ("Hospital-Insurance-Pharmaceutical-Industrial Complex – Federation Cartel")** and related to this is the **"Hospital-Insurance-Pharmaceutical-Industrial-Complex-US Government Cartel"** the **"HIPIC-USC".**

**399.** These two cartels, **"HIPIC-FC"** and **"HIPIC-USC"**, operate to eliminate physicians through license revocation/incarceration/suicide/death, in order to increase the corporations' profits/share price, by reducing the amount of patient care provided, by reducing the number of physicians.

**400.** Defendant Christie, in his capacity as the US Attorney did come to understand the mechanics of the securities market, and was involved with securities fraud cases. Co-

conspirator ICE came into existence as recently as 2000, the year Defendant Christie became US Attorney, but yet by 2021 it has a market capitalization of $68 billion.

Bribery:

**401.** Defendant Christie's relationship with bribers, bribery and quid pro quo schemes extends back to his early political/legal career in Morris County, New Jersey.

**402.** In a time period from 2008 to 2016, Defendants Heary and Co-conspirator AHS funneled bribes to Defendant Christie, using as cover, his political campaign account and law/public relation/political lobbying firms with whom Defendant Christie conducted illegal transactions, in which he used the public treasury to funnel state contracts to these firms in return for bribes.

**403.** The bribes flowed from Defendants Heary and Co-conspirator AHS to Defendant Christie, and the public's money (kickbacks) flowed from Defendant Christie to Defendants Heary ($3.1 million state 'salary') and Co-conspirator AHS, in the form, amongst others, of government grants and tax deductions/exemptions.

Mail Fraud/Wire Fraud:

**404.** In a period from 2008 to 2021 Defendant Christie did, with knowledge of its illegality, use the US mail/wires to exchange information with Defendants Heary and Co-conspirator AHS in furtherance of the **"SU Scheme"**, for the purpose of illegal spine market monopolization (2008-2014)

**405.** In a period from 2008 to 2021 the Defendants and the Co-conspirators did, with knowledge of its illegality, use the US mail/wires to exchange information regarding the provision of cover in the United States District Court against Plaintiff Kaul's prosecution of their antitrust/racketeering/civil rights crimes (2016-2021).

406. The attempted procurement of cover constituted an effort to ensure Plaintiff Kaul did not expose **The Kaul Cases** Defendants illegal spine market monopolization.

Obstruction of Justice:

407. In a period from 2012 to 2021, Defendant Christie did conspire to commit, and did commit an obstruction/violation of Plaintiff Kaul's right to justice by, through and as a consequence of his control of the executive/judicial/legislative branches of the State of New Jersey.

408. The obstruction/violation caused "**ongoing**" and "**new racketeering**" injuries to Plaintiff Kaul's economic standing/reputation/livelihood/life/liberty.

409. Defendant Christie conspired with Defendants Stolz/Geico and Co-Conspirator TD/Allstate to obstruct Plaintiff Kaul's right to justice in the United States Bankruptcy Court (2013 to 2020), an obstruction that cause further new injury and exacerbated ongoing injuries.

410. Defendant Christie conspired with **The Kaul Cases** Defendants/counsel (2016-2021) to obstruct/violate Plaintiff Kaul's prosecutorial rights in the United States District Court,

411. The purpose of the violation/obstruction was to attempt to prevent Plaintiff Kaul from further exposing their crimes in the State of New Jersey and the United States Bankruptcy Court.

Public Corruption:

412. In a period from 2008 to 2021, Defendant Christie abused his political power and public office to engage in acts of public corruption with private actors (persons/corporations), state/federal judges, medical boards, and NJ state police.

**413.** Defendant Christie's corrupt acts were purposed to eliminate Plaintiff Kaul (deportation/jailed/suicide-killed).

**414.** Defendant Christie's corrupt acts were purposed to order/coerce state judges/courts to obstruct Plaintiff Kaul's right to justice and to have entered multi-million-dollar judgments in knowingly fraudulent cases brought against him by **The Kaul Cases** Defendants/Co-Conspirators (lawyers/patients), in the widely publicized (2012 to 2015) aftermath of the illegal 2012/2014 suspension/revocation.

**415.** Defendant Christie's corrupt acts were purposed to obstruct Plaintiff Kaul's right to justice in the United States Bankruptcy Court (2013-2020).

**416.** Defendant Christie's corrupt acts were purposed to violate Plaintiff Kaul's prosecutorial rights in the United States District Court (2013-2023).

**417.** Defendants Christie/Geico and Co-Conspirators Allstate/TD conspired with the SEC to have Co-Conspirator Grewal transferred to the enforcement division of the SEC on June 29, 2021, to attempt to quash a securities fraud prosecution of Defendants Geico and Co-Conspirators Allstate/TD.

**AHS**:

Mail/Wire Fraud:

**418.** In a period from approximately 2008/2009 to 2014, Co-Conspirator AHS did with knowledge of its illegality, use the US mail/wires to conspire with, amongst others, Defendant Christie, regarding the perpetration of the first half of the **"SU Scheme".**

92

**419.** The first half of the **"SU Scheme"** involved the illegal revocation of Plaintiff Kaul's license, the destruction of his economic standing/reputation and elimination, be it by jail/deportation/suicide-death.

**420.** From 2016 to 2021, Defendant AHS/counsel did, with knowledge of its illegality, use the US mail/wires to conspire with **The Kaul Cases** Defendants/counsel, regarding the perpetration of the second half of the **"SU Scheme"**,

421. The second half of the **"SU Scheme"** involved the corruption of judges within the United States District Court to obstruct justice by violating Plaintiff Kaul's prosecutorial rights.

**422.** The purpose of the second half of the **"SU Scheme"** was to attempt to prevent Plaintiff Kaul from further exposing the crimes committed in the first half of the **"SU Scheme",** and the securities fraud violations of Defendants Allstate/TD/Geico.

**423.** Co-Conspirator AHS's shareholding in these corporations has increased since the filing of K1, on February 22, 2016, as is a fact with many other of **The Kaul Cases** Defendants.

Bribery:

**424.** In a period from 2008/2009, Co-Conspirator AHS did engage in a series of quid pro quo schemes with Defendant Christie, in which they converted the executive/legislative/judicial branches of the State of New Jersey into a **"racketeering enterprise"**,

**425.** Through the **"racketeering enterprise"** Co-Conspirator AHS conducted a **"pattern of racketeering"**.

**426.** Co-Conspirator AHS's "**pattern of racketeering**" involved a conspiracy to commit, and the actual commission with knowing illegality of the RICO predicate acts of bribery/public corruption.

**Heary**:

Mail/Wire Fraud:

**427.** In a period from approximately 2008/2009 to 2014, Defendant Heary did with knowledge of its illegality, use the US mail/wires to conspire with, amongst others, Defendant Christie, regarding the perpetration of the first half of the "**SU Scheme",**

**428.** The first half of the "**SU Scheme**" involved the revocation of Plaintiff Kaul's license, the destruction of his economic standing/reputation and elimination, be it by jail/deportation/death.

**429.** From 2016 to 2021, Defendant AHS/counsel did, with knowledge of its illegality, use the US mail/wires to conspire with **The Kaul Cases** Defendants/counsel, regarding the perpetration of the second half of the "**SU Scheme",**

**430.** The second  half of the "**SU Scheme**" involved the corruption of judges within the United States District Court to obstruct justice by violating Plaintiff Kaul's prosecutorial rights,

**431.** The purpose of the second half of the "**SU Scheme**" was to attempt to prevent Plaintiff Kaul from further exposing the crimes committed in the first half of the "**SU Scheme",** and the securities fraud violations of Defendant Geico and Co-Conspirators.

**432.** Defendant Heary's shareholding in these corporations has increased since the filing of K1, on February 22, 2016, as is the case with many other of **The Kaul Cases** Defendants.

Bribery/Public Corruption:

**433.** In a period from 2008/2009, Defendant Heary did engage in a series of quid pro quo schemes with Defendant Christie,

**434.** In the perpetration of these quid pro quo schemes, Defendants Christie/Heary did directly/indirectly convert the State of Florida into a **"racketeering enterprise"**.

**435.** Defendants Christie/Heary and the Co-Conspirators in collusion with **The Kaul Cases** Defendants, perpetrate through the **"racketeering enterprise"** a **"pattern of racketeering"**.

**436.** The **"pattern of racketeering"** involved conspiring to commit and actually committing with a knowing illegality, the RICO predicate acts of bribery/public corruption.

**RICO 8**
**Association-In-Fact Enterprise: State of New Jersey-United States District Court-United States Bankruptcy Court-NYSE**
**Defendant Persons: Geico/FSMB-FBM/Christie**
**Co-conspirator: Allstate**
**RICO Predicate Acts: mail fraud/wire fraud/bribery/obstruction of justice/public corruption/money laundering**

**Overview**:

**437.** In a period that commenced in approximately 2008/2009, the Defendants did conspire to commit, and did commit, with knowledge of its illegality, a **"pattern of racketeering"**.

**438.** The **"pattern of racketeering"** involved conspiring to commit and actually committing with a knowing illegality RICO predicate acts of mail fraud/wire fraud/bribery/obstruction of justice/public corruption.

**437.** Defendants Geico/FSMB-FBM/Christie and their Co-Conspirators, in perpetrating a **"pattern of racketeering"** did convert the State of Florida, the United States Bankruptcy Court

and the United States district Court into an association-in-fact racketeering enterprise, the **"SUUN Association-In-Fact Enterprise".**

**438.** Through the **"SUUN Association-In-Fact Enterprise"** Defendants Geico/FSMB-FBM/Christie and their Co-Conspirators perpetrated the **"SUUN Scheme"**.

**439.** A purpose of the **"SUUN Scheme"** was to eliminate Plaintiff Kaul (jailed/deported/suicide-killed)

**440.** A purpose of the **"SUUN Scheme"** was to have Defendant Christie become the 2016 US President.

**441.** A purpose of the **"SUUN Scheme"** was to prevent Plaintiff Kaul from further exposing their crimes, and the securities fraud/bank fraud/bankruptcy fraud of Defendants Allstate/TD/Geico.

**442.** Central to the perpetration of the **"SUUN Scheme"** was the **"Hospital-Insurance-Pharmaceutical-Industry-Complex"** (**"HIPIC-FC"**) and their monopolization/control of all elements of American medicine by for-profit public/private corporations.

**443.** The shared economic mission of the **"HIPIC-FC"** is the maximization of corporate profit and share price.

**444.** The **"HIPIC-FC"** maximization of corporate profit/share prices is procured through the exploitation of the American public (denial of care) and medical profession (license suspension/revocation/incarceration) achieved through their corrupt control of the executive/legislative/judicial branches of state/federal government.

<u>**Christie:**</u>

<u>Mail/wire fraud:</u>

96

**445.** In a period commencing from approximately 2008/2009 to 2016 Defendant Christie did use the US mail wires in a knowing illegal manner, to exchange information with Defendants Allstate/Geico regarding the perpetration of the first half of the **"SUUN Scheme".**

**446.** The first half of the **"SUUN Scheme"** involved the revocation of Plaintiff Kaul's license, the destruction of his economic standing/reputation and elimination, be it by jail/deportation/death.

**447.** From 2016 to 2021, Defendant Christie did use the US mail/wires in a knowingly illegal manner, to exchange information with Defendants Allstate/Geico/FSMB-FBM regarding the second half of the "**SUUN Scheme**".

**448.** The second half of the **"SUUN Scheme"** involved  obstructing Plaintiff Kaul's efforts to procure a license anywhere in the world.

**449.** The second half of the **"SUUN Scheme"** involved violating Plaintiff Kaul's prosecutorial rights and obstructing his access to justice by corrupting judges within the United States District Court.

**450.** The purpose of the second half of the **"SUUN Scheme"** was an attempt to prevent Plaintiff Kaul from further exposing the crimes of Defendants Geico/FSMB-FBM/Christie and Co-Conspirator Allstate,

**451.** These crimes include securities fraud/bankruptcy fraud/bank fraud.

**452.** Defendant Christie received substantial shares from Defendant Geico and Co-Conspirators Allstate/TD as part of the quid pro quo schemes of bribery, to eliminate Plaintiff Kaul.

Bribery:

453. In a period from 2008/2009 to 2016, Defendant Christie did enter into a series of quid pro quo schemes with Defendant Geico and Co-Conspirator Allstate.

454. In these quid pro quo schemes, Defendant Christie received bribes disguised as political campaign donations and corporate shares,

455. In these quid pro quo schemes, Defendant Christie received bribes (monies) transferred into multiple tax-free offshore havens, including Israel.

456. In a period from 2016 to 2021, Defendant Christie did corrupt judges within the United States District Court in quid pro quo schemes purposed to violate Plaintiff Kaul's prosecutorial rights.

457. The purpose of violating Plaintiff Kaul's prosecutorial rights was to prevent him from further exposing the crimes of **The Kaul Cases** Defendants.

458. These crimes include securities fraud/bankruptcy fraud/bank fraud.

Obstruction of justice/public corruption:

459. In a period from 2008/2009 to 2016, Defendant Christie conspired to commit, and did commit, in collusion/conspiracy with **The Kaul Cases** Defendants, and as part of the first half of the **"SUUN Scheme"**, an ongoing scheme to violate Plaintiff Kaul's right to justice within administrative/state/bankruptcy/federal courts within the geographic boundaries of the State of New Jersey,

460. The violations were the intended product of multiple quid pro quo schemes in which **The Kaul Cases** Defendants funneled bribes to Defendant Christie to have Plaintiff Kaul eliminated.

**461.** In a period from 2016 to 2021, Defendant Christie did corrupt judges within the United States District Court to violate Plaintiff Kaul's prosecutorial rights and obstruct justice.

**462.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from further exposing Defendants Geico/FSMB-FBM/Christie and Co-conspirator Allstate decades-long schemes of corruption of American state/federal politicians/judges/legislators.

**463.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from further exposing Defendants Geico/FSMB-FBM/Christie and Co-conspirator Allstate crimes of securities fraud/bankruptcy fraud/bank fraud.

<u>Money laundering</u>:

**464.** In a period from 2008/2009 to 2017, Defendant Christie did launder the proceeds of his **"SUUN Scheme"** related criminal activity, in the same places that he laundered the proceeds of his many other criminal enterprises.

**465.** Defendant Christie laundered the proceeds through his family.

**466.** Defendant Christie laundered the proceeds through the NYSE.

**467.** Defendant Christie laundered the proceeds through offshore trusts/banks.

**468.** Defendant Christie laundered the proceeds through his law/political lobbying firm.

**469.** Defendant Christie laundered the proceeds through his lawyers.

**470.** Defendant Christie laundered the proceeds through his accountants.

**471.** Defendant Christie laundered the proceeds through his public relation personnel (Mercury).

**472.** Defendant Christie laundered the proceeds through investments in Defendants Geico and Co-Conspirators Allstate/TD/AHS.

**473.** Defendant Christie laundered the proceeds through his real estate holdings.

**Allstate/Geico:**

Mail fraud/wire fraud:

**474.** In a period commencing in 2008/2009, Defendant Geico and Co-Conspirator Allstate did, with a knowing illegality, use the US mail/wires to exchange information with Defendant FSMB-FBM, in furtherance of both the first half of the **"SUUN Scheme"** and in continued furtherance of the decades-long **"HIPIC-FC"** scheme (1986-Present).

**475.** In these communications, Defendant Geico and Co-Conspirator Allstate conspired with Defendant FSMB-FBM to globally disseminate knowingly fraudulent/highly defamatory information in furtherance of Plaintiff Kaul's elimination.

476. The hoped-for-elimination (economic/reputation/livelihood/liberty/life) of Plaintiff Kaul was to prevent him exposing the crimes of **The Kaul Cases** Defendants.

**477.** From 2016 to 2021, Defendant Geico did, with a knowing illegality, use the US mail/wires to exchange information with Defendant FSMB-FBM and all **The Kaul Cases** Defendants, in furtherance of the second half of the **"SUUN Scheme"**.

**478.** The second half of the **"SUUN Scheme"** involved violating Plaintiff Kaul's prosecutorial rights in the United States District Court through judicial corruption.

**479.** A purpose of the violation was to prevent Plaintiff Kaul from further exposing **The Kaul Cases** Defendants prior crimes (2008/2009-2016) in the State of Florida and the United States Bankruptcy Court.

**480.** A purpose of the violation was to attempt to conceal their securities fraud crimes on the NYSE (2016-2023).

Bribery:

**481.** Defendants Allstate/Geico have, since 1986, participated in an illegal bribery-based scheme of racketeering with Defendant FSMB-FBM, the **"HIPIC-FC"** scheme, purposed to monopolize the entire American healthcare system.

**482.** The monopolization is made possible by the corruption/control of the political/judicial bodies of the American Republic, and remains facilitated by <u>Citizens United</u> (2010).

**483.** From 2008/2009 to 2016 Defendants Geico/FSMB-FBM and Co-Conspirator Allstate perpetrated a massive series of crimes against Plaintiff Kaul, though the conduction of a **"pattern of racketeering"**.

**484.** The **"pattern of racketeering"** was perpetrated through the **"SUUN Association-In-Fact Enterprise"**

**485.** The **"pattern of racketeering"** furthered the first half of **"SUUN Scheme"**.

**486.** The **"pattern of racketeering"** provides further evidence of the longstanding **"HIPIC-FC"** scheme,  in which, in its simplest form, for-profit corporations operating in the healthcare market, engage in knowingly illegal quid pro quo bribery schemes with Defendant FSMB-FBM, in which Defendant FSMB-FBM operating through the **"FC" ("Federation Cartel")** has

eliminated (license suspension/revocation) physicians whose thoughts/words/actions either fail to support or undermines the corporate profit agenda. Totalitarianism.

<u>Obstruction of justice/public corruption</u>:

**487.** From 2008/2009 to 2016, Defendant Geico and Co-Conspirator Allstate did, with knowing illegality, use the US mail/wires to exchange information with Defendant FSMB-FBM, regarding the **"SUUN Scheme"** to eliminate Plaintiff Kaul.

**488.** From 2016 to 2021, Defendant Geico and Co-Conspirator Allstate did with knowing illegality use the US mail/wires to conspire to commit, and commit corruption of judges within the United States District Court.

**489.** The purpose of the judicial corruption was to violate Plaintiff Kaul's prosecutorial rights to obstruct justice.

**490.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from further exposing **The Kaul Cases** Defendants crimes against Plaintiff Kaul in the State of Florida, crimes which commenced in 2012 and are ongoing.

**491.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from exposing **The Kaul Cases** Defendants commission/aiding/abetting bankruptcy fraud in the United States Bankruptcy Court (2013-2020).

**492.** A purpose of the obstruction of justice was to attempt to conceal **The Kaul Cases** Defendants securities fraud offenses committed in the NYSE (2016-2023), crimes that have thus not been investigated by the SEC, because Co-Conspirator Grewal was fraudulently appointed its enforcement director in June 2021, for exactly this illegal purpose.

<u>Money laundering</u>:

**493.** Defendant Geico and Co-Conspirator Allstate did launder and continue to launder the proceeds of their crimes (2008/2009-2023) through the NYSE and global investment community, including the sovereign funds of many other nations, and exchanges, including the London, Shanghai, and Bombay Stock Exchanges.

**494.** Defendant Geico and Co-Conspirator Allstate continue to fail to disclose to international markets their ongoing commission of securities fraud (2016-2023), with knowledge of the immense liability this continues to cause to private/sovereign funds currently invested on the NYSE.

**495.** Defendant Geico and Co-Conspirators Allstate/TD have not disclosed the $28,000 trillion + liability in any filings, anywhere in the world, at any point in time after 2016.

**FSMB-FBM**:

<u>Mail fraud/wire fraud</u>:

**496.** In a period from 2008/2009 to 2016, Defendant FSMB-FBM did, with knowing illegality, use the US mail/wires to exchange information with Defendant Geico and Co-Conspirator Allstate regarding the first half of the **"SUUN Scheme"**, that involved the revocation of Plaintiff Kaul's license, the destruction of his economic standing/reputation and his elimination, be it by jail/deportation/killed.

**497.** From 2016 to May 2023, Defendant FSMB-FBM did similarly use the US mail/wires to conspire with **The Kaul Cases** Defendants to commit acts of corruption of judges/senators within the United States District Court/US Government, purposed to violate Plaintiff Kaul's prosecutorial rights to obstruct justice.

**498.** Defendant FSMB-FBM's obstruction of justice was purposed to prevent Plaintiff Kaul from further exposing **The Kaul Cases** Defendants crimes (2008/2009 to 2023), including those of securities fraud.

**499.** From 2014 to 2021, Defendant FSMB-FBM, in collusion/conspiracy with and through the **"FC"**, did conspire with **The Kaul Cases** Defendants to attempt to obstruct Plaintiff Kaul from procuring a medical license anywhere in the world.

**500.** The purpose of a global obstruction of license procurement was an attempt to restrict Plaintiff Kaul's access to capital, in the belief it would violate his ability to prosecute his claims to judgment.

**501.** Defendant FSMB-FBM's purpose in attempting to violate Plaintiff Kaul's ability to prosecute his claims to judgment is to attempt to prevent Plaintiff Kaul from exposing the crimes (2008/2009 to 2021) of **The Kaul Cases** Defendants

**502.** The crimes of **The Kaul Cases** Defendants, including Defendant FSMB-FBM, are mail fraud/wire fraud/perjury/extortion/kickbacks/obstruction of justice/public corruption/evidence tampering/witness tampering/securities fraud/bankruptcy fraud/bank fraud/money laundering/judicial corruption/kidnapping/manslaughter/chemical weapon trafficking/COVID vaccine related crimes against humanity.

Bribery:

**503.** Since 1986, Defendant FSMB-FBM has conducted ongoing schemes of bribery with for-profit corporations **("HIPIC-FC")** in furtherance of their scheme to monopolize all elements of American medicine, from the business of regulation to healthcare commerce.

**504.** Defendants Geico and Co-Conspirator Allstate bribed, and continue to bribe Defendant FSMB-FBM to have Plaintiff Kaul eliminated from the market (2012/2014)

**505.** Defendants Geico, Co-Conspirator Allstate and **The Kaul Cases** Defendants continue to bribe Defendant FSMB-FBM to attempt to prevent Plaintiff Kaul's re-entry,

**506.** The purpose of attempting to prevent Plaintiff Kaul's re-entry is an attempt to deny him access to capital.

**507.** Defendant FSMB-FBM and all **The Kaul Cases** Defendants believe that if Plaintiff Kaul is denied capital, it will prevent Plaintiff Kaul from prosecuting them in the United States District Court.

508. From 2016 to 2021, Defendant FSMB-FBM has bribed judges/senators within the United States District Court/US Government, in order to violate Kaul's prosecutorial rights and obstruct justice.

**509.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from further exposing **The Kaul Cases** Defendants crimes against Plaintiff Kaul in the State of Florida, crimes which commenced in 2012 and are ongoing.

**510.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from exposing **The Kaul Cases** Defendants commission/aiding/abetting bankruptcy fraud in the United States Bankruptcy Court (2013-2020).

**511.** A purpose of the obstruction of justice was to attempt to conceal **The Kaul Cases** Defendants securities fraud offenses committed in the NYSE (2016-2023), crimes that have thus not been investigated by the SEC, because Co-Conspirator Grewal was fraudulently appointed its enforcement director in June 2021, for exactly this illegal purpose.

<u>Obstruction of justice/public corruption</u>:

**512.** From 2016 to 2021, Defendant FSMB-FBM, by, through and with the **"FC"**, and in collusion/conspiracy with <u>**The Kaul Cases**</u> Defendants, did bribe judges/senators within the United States District Court/US Government.

**513.** The purpose of bribing judges/senators was to pervert the course of justice by violating Kaul's prosecutorial rights.

**514.** The purpose of violating Plaintiff Kaul's prosecutorial rights to pervert the course of justice was to attempt to prevent Plaintiff Kaul from further exposing the crimes of <u>**The Kaul Cases**</u> Defendants.

<u>Money laundering</u>:

**515.** Since 1986, Defendant FSMB-FBM, has generated millions of dollars from its **"pattern of racketeering"** within American medicine, through the willful exploitation/expense of the American public/medical profession.

**516.** Defendant FSMB-FBM's criminal proceeds have been laundered through investments in corporations publicly traded on the NYSE, including Defendant Geico and Co-Conspirator Allstate and other health insurance companies including third-party carriers commercially allied with state/federal governments.

**517.** Defendant FSMB-FBM's proceeds are also laundered through law/political lobbying/public relation firms that funnel bribes to state/federal judges/executives/legislators, in exchange for judgments/legislation that further the political/economic agendas of Defendant FSMB-FBM and all corporations involved in commerce with the **"HIPIC-FC-Association-In-Fact Enterprise"**.

## RICO 9
## Association-In-Fact Enterprise: State of Florida-United States Bankruptcy Court-United States District Court
## Defendant Persons: Christie/Geico
## Co-conspirators: Allstate/Grewal/Murphy
## RICO Predicate Acts: kidnapping/mail fraud/wire fraud/bribery/obstruction of justice/public corruption

**Overview**:

**518.** In a period from April 2, 2012, to the present, Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy did conduct a **"pattern of racketeering"**. within the association-in-fact enterprise of the State of New Florida-United States Bankruptcy Court-United States District Court (**"FBD Association-In-Fact Enterprise")**.

**519.** In conducting the **"pattern of racketeering"** within/through the **"FBD Association-In-Fact Enterprise"**, Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy did convert the State of Florida/United States Bankruptcy Court/United States District Court into a **"racketeering enterprise"**.

**520.** It was through the **"FBD Association-In-Fact Enterprise"** that Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy perpetrated the RICO predicate acts of kidnapping/mail fraud/wire fraud/bribery/obstruction of justice/public corruption/judicial corruption.

**521.** The purpose of Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy's commission of the RICO predicate acts through a **"pattern of racketeering"** was to prevent Plaintiff Kaul from further exposing their crimes prior to the crime of having Plaintiff Kaul kidnapped on May 27, 2021.

**522.** The purpose of the prevention of exposition of crimes, other than the civil/criminal liability, was Defendant Christie's 2024 political aspirations.

107

**523**. Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy's scheme to suppress Plaintiff Kaul's prosecution of **The Kaul Cases**, functioned partly in that all cases filed by Plaintiff Kaul, except K11-1/K11-3, were transferred to the District of New Jersey-Newark, where Plaintiff Kaul had no choice but to voluntarily dismiss them.

**524**. From the commencement of K1 on February 22, 2016, in only one case – K5 – was a Rule 16 Order entered (**Exhibit 27**). The K5 Defendants, consistent with their corruption of the court, had the case transferred from the Camden to the Newark vicinage, where the Rule 16 Order was stayed.

**Christie**:

**Kidnapping**:

**525**. On May 26, 2021, Defendant Christie was served at his law office in Morristown, with a summons and complaint in K11-2.

**526.** Shortly thereafter, Defendant Christie did, with knowing illegality, conspire with Defendants Murphy/Grewal/Allstate/Geico to have Kaul kidnapped on May 27, 2021, by nine (9) armed individuals who purported to be NJ state police, as pled in K11-9.

**527.** No warrants were produced, and Plaintiff Kaul was forcibly detained against his will, and rapidly removed to a local police station, where he was chained to a bench (**Exhibit 15**).

**528.** Plaintiff Kaul was then forcibly transferred to another police station and told that he was to be transferred to the Mercer County Jail in Trenton, NJ.

**529.** Plaintiff Kaul's repeated requests for a warrant were ignored.

**530**. Defendants Christie/Geico and Co-Conspirators Allstate/Grewal/Murphy/**The Kaul Cases** Defendants commission of this RICO predicate act was committed in order to have Plaintiff Kaul jailed/injured/killed.

**531.** The purpose of having Plaintiff Kaul jailed/injured/killed was to cause him to become physically/psychologically unable to continue the prosecution of K11-2/other future litigation by having him eliminated.

**532.** The purpose of preventing Plaintiff Kaul's prosecution of K11-2 was to prevent him further exposing the crimes of **The Kaul Cases** Defendants, including those of securities fraud.

**533.** On May 29, 2021, it was made evident to Plaintiff Kaul that many people had knowledge of the 'Kaul Kidnapping Scheme', as Plaintiff Kaul received a phone call from his ex-wife, with whom he had not spoken since November 2020, in which she recounted specifics details of the event that she obtained from her cousin, a physician who works at K11-2 Defendant Hackensack University Medical Center (**"HUMC"**).

Mail/wire fraud:

**534.** In a period from May 26, 2021, to the present, Defendant Christie, with knowing illegality did use the US mail/wires to exchange information with Defendant Geico and Co-Conspirators Allstate/Grewal/Murphy/**The Kaul Cases** Defendants regarding the planning/execution and unexpected consequences of the 'Kaul Kidnapping Scheme.

**535.** When the scheme failed, the Defendants, realizing that Plaintiff Kaul would file suit, did use the US mail/wires to conspire with judges/senators in the United States District Court/US Government to violate Plaintiff Kaul's prosecutorial rights by obstructing justice through venue transfer from the Southern District of New York to the District of New Jersey,

**536.** Plaintiff Kaul's suit (K11-9), after having been transferred to the District New Jersey – Newark Vicinage, was dismissed, in an attempt to prevent Plaintiff Kaul from further exposing the crimes of **The Kaul Cases** Defendants (2008/2009 to 2021).

Bribery:

**537.** In a period from 2008/2009 to 2016, Defendant Christie did engage in multiple quid pro quo schemes of bribery with Defendant Geico and Co-Conspirator Allstate, in which he abused state power to further the economic/political agendas of, amongst others, himself and these corporate Defendant/Co-Conspirators.

**538.** A purpose of the schemes was to have him elected the 2016 US President.

**539.** A purpose of the scheme was to increase share value/executive compensation of Defendant Geico/Co-Conspirator Allstate, through the knowing/willful exploitation of the American public and medical profession.

**540.** During his tenure as NJ Governor (2009-2017) Defendant Christie abused state power to have incarcerated many innocent physicians (principally Hispanic/Indian/African American) to whom the insurance industry owed money for their provision of life-saving clinical services.

**541.** These false prosecutions/convictions were perpetrated by his Attorney General, and in NJ state courts corrupted by Defendants Geico/Co-Conspirator Geico.

Obstruction of justice/public corruption:

**542.** Defendants Christie, in conspiring to have Plaintiff Kaul kidnapped, did attempt to violate Plaintiff Kaul's prosecutorial rights, and obstruct justice in the United States District Court.

**543.** Defendant Christie's obstruction of justice was purposed to prevent Plaintiff Kaul from exposing the massive crimes of **The Kaul Cases** Defendants, of amongst other things, judicial/political corruption.

**Murphy**:

Kidnapping:

**544.** Co-Conspirator Murphy, prior to becoming the NJ Governor was the US Ambassador to Germany, and prior to that was a partner at Goldman-Sachs, a corporation that holds shares in Defendant Geico/Co-Conspirator Allstate, the dividends from which Co-Conspirator Murphy continues to profit.

**545.** Co-Conspirator Murphy, recognizing that there were no legitimate means of contesting Plaintiff Kaul's right to continue prosecuting **The Kaul Cases** Defendants, did conspire with Defendant Christie/Geico and Co-Conspirators Grewal/Allstate to have Plaintiff Kaul eliminated on May 27, 2021, be it by either severe injury and or death.

**546.** A purpose of eliminating Plaintiff Kaul was to prevent him from further exposing the crimes of **The Kaul Cases** Defendants, including the securities fraud violations.

**547.** Co-Conspirator Murphy, in perpetrating the 'Kaul Kidnapping Scheme' did recognize its illegality and violation of Plaintiff Kaul's fundamental human rights, but persisted nonetheless, because of the immense civil/criminal liability posed to **The Kaul Cases** Defendants.

Mail/wire fraud:

**548.** Co-Conspirator Murphy, in conspiring to perpetrate the 'Kaul Kidnapping Scheme' did, with knowledge of its illegality, use the US mail/wires to exchange information with Defendants

Christie/Geico and Co-Conspirators Grewal/Allstate regarding the execution and subsequently the unintended consequences of failure including Plaintiff Kaul's filing/publicization of K11-9.

Bribery:

**549.** Co-Conspirator Murphy continues to receive bribes from Defendant Geico/ Co-Conspirator Allstate, under cover of dividends/shares from Goldman-Sachs, and has not, since becoming the NJ Governor, relinquished his/his family's holdings in the corporation, in accordance with NJ law pertaining to state official conflicts of interest.

Obstruction of justice/public corruption:

**550.** Defendant Murphy, in conspiring to have Plaintiff Kaul kidnapped, did attempt to violate Plaintiff Kaul's prosecutorial rights, and obstruct justice in the United States District Court.

**551.** A purpose of the obstruction of justice was to prevent Plaintiff Kaul from exposing the felonies of **The Kaul Cases** Defendants, of amongst other things, judicial/political corruption.

**552.** Co-Conspirator Murphy, in furtherance of this scheme to obstruct justice, did in a period commencing June 15, 2021, conspire with judges/senators in the United States District Court/US Government to have K11-9 transferred from the Southern District of New York to the District of New Jersey.

**553.** Co-Conspirator Murphy, in furtherance of this scheme to obstruct justice, did in a period commencing June 15, 2021, conspire with judges/senators in the United States District Court/US Government to have K11-9 dismissed almost immediately after it had been transferred from the Southern District of New York to the District of New Jersey.

**Grewal:**

Kidnapping:

**554.** On May 27, 2021, Co-Conspirator Grewal did conspire with Defendants Christie/Geico and Co-Conspirators Murphy/Allstate to have Plaintiff Kaul kidnapped on May 27, 2021, with the purpose of having him incarcerated in the Mercer County jail in Trenton, over the Memorial Day Weekend, in order to have him either seriously injured and or murdered.

**555.** When the 'Kaul Kidnapping Scheme' commenced on May 27, 2021, at approximately 2:30 pm EST, Co-Conspirator Grewal remained in constant contact with the kidnappers, and did, at approximately 7 pm EST, learn that the scheme had publicly failed.

**556.** Co-Conspirator Grewal, in the planning and execution of the scheme, did know that its principal purpose was to have Plaintiff Kaul eliminated,

**557.** Co-Conspirator Grewal, in the planning and execution of the scheme, did know that its principal purpose of having Plaintiff Kaul eliminated was to prevent him further exposing the serious and massive crimes (2008/2009-2021) of **The Kaul Cases** Defendants.

Mail/wire fraud:

**558.** Co-Conspirator Grewal, did know that in the planning, perpetration and 'damage control' phases of the 'Kaul Kidnapping Scheme' he did, with knowing illegality use the US wires to exchange information with Defendants Christie/Geico and Co-Conspirators Murphy/Allstate.

**559.** Co-Conspirator Grewal, does know that his illegal use of the US wires constitutes the felony of wire fraud.

**560.** In these exchanges over the US wires, Defendant Christie/Geico and Co-Conspirators Allstate/Murphy/Grewal revealed their opinion that the scheme would be successful.

**561.** In these exchanges, conducted over the US wires, Defendant Christie/Geico and Co-Conspirators Allstate/Murphy/Grewal stated that the scheme's success would render Plaintiff Kaul mentally/physically unable to continue his prosecution of **The Kaul Cases** Defendants.

**562.** Also contained these exchanges were frantic emails that evidenced their fear of public exposure when they learned that the scheme had failed, particularly as it related to the political careers of Defendant Christie and Co-Conspirators Murphy/Grewal.

Bribery:

**563.** Co-Conspirator Grewal made the decision to participate in the 'Kaul Kidnapping Scheme' believing it would be successful, in causing Plaintiff Kaul's elimination through severe physical/psychological injury and or death.

**564.** However, when it failed and Plaintiff Kaul sued him on June 15, 2021 (K11-9), he panicked and was transferred to the enforcement division of the SEC, in the belief it would shield him from prosecution by Plaintiff Kaul.

**565.** Co-Conspirator Grewal 's transfer was part of a quid pro quo with the Defendants Christie/Geico and Co-Conspirators Murphy/Allstate.

**567.** In the quid pro quo scheme, a purpose of the transfer from being the NJ AG to the SEC enforcement director was to 'purchase'/ensure the silence of Defendant Grewal regarding the 'Kaul Kidnapping Scheme'.

**568.** In the quid pro quo scheme, a purpose of Co-Conspirator Grewal's transfer from being the NJ AG to the SEC enforcement director was to prevent exposure of the securities fraud crimes of Defendants Allstate/TD/Geico (Berkshire Hathaway).

Obstruction of justice/public corruption:

**569.** Co-Conspirator Grewal was appointed the NJ AG in 2017 by Co-Conspirator Murphy.

**570.** Co-Conspirator Grewal, as with Defendant Murphy, obediently followed orders from the insurance industry, in the filing of indictments/license revocation actions against physicians to whom the insurance industry owed monies.

**571.** Many of these false cases were brought on fabricated and meaningless claims regarding the prescription of pain-relieving medications.

**572.** Co-Conspirator Grewal conspired with Defendants Christie/Geico and Co-Conspirators Allstate/Murphy in schemes of public corruption.

**573.** Within these schemes of public corruption, Co-Conspirators Grewal/Murphy/Allstate, and Defendants Christie/Geico abused state/judicial power to knowingly/illegally violate the Constitutional rights of principally ethnic minority (Indians/African Americans/Hispanics) physicians to whom the insurance industry owed monies.

**574.** A principal purpose of violating their Constitutional rights, was to cause them a deprivation of their fundamental right to due process/obstruction of justice in their defense against the indictments/license revocation proceedings.

**575.** A purpose of this due process deprivation/obstruction justice judicially aided/abeted scheme was to further the economic agenda of **The Kaul Cases** Defendants, through the exploitation of the American public and medical profession.

576. A purpose of this due process deprivation/obstruction justice judicially aided/abeted scheme was to further the political agenda of **The Kaul Cases** Defendants, through the exploitation of the American public and medical profession.

575. Co-Conspirator Grewal, in the commission of these RICO predicate acts (kidnapping/mail fraud/wire fraud/bribery/obstruction of justice/public corruption) did violate the authority of all districts of the United States District Court.

576. Co-Conspirator Grewal, in the commission of these human rights violations did violate the rights of the United States as delegated it, and enshrined within the Universal Declaration Of Human Rights.

577. Co-Conspirator Grewal, in the knowingly illegal commission of these human rights violations did further injure the reputation of the United States as a signatory/beneficiary of the duties/privileges owed/derived from the Universal Declaration Of Human Rights.

578. Co-Conspirator Grewal, in the knowingly illegal commission of these RICO predicate acts/human rights violations did recognize that he, a lawyer/NJ AG, converted the State of New Jersey into a **"racketeering enterprise"** to serve the interests of corrupt corporations/politicians/judges.

579. Co-Conspirator Grewal, in the knowingly illegal commission of these RICO predicate acts/human rights violations did recognize that he, a lawyer/NJ AG, did act in a tyrannical manner.

580. Co-Conspirator Grewal, in recognizing he did act in a tyrannical manner, did also recognize his acts re-affirmed/re-in forced Defendant Christie's conversion of the United States (USA: 2000-2008) State of New Jersey (Governor NJ: 2009-2017) into a tyranny.

**581.** Co-Conspirator Grewal was a subjugate of Defendant Christie as an AUSA DNJ, before being assigned as lead prosecutor in Bergen County, New Jersey.

**Allstate/Geico:**

Public Corruption/Fraud on the Court/Witness Tampering/Evidence Tampering/False Indictments/False Arrests/Kidnapping/False Incarcerations.

**582.** From 2006 to 2016, Defendant Geico/Co-Conspirator Allstate employed a multi-pronged strategy to attempt to eliminate Plaintiff Kaul.

**583.** The strategy included knowingly false denials of certification for patient clinical care.

**584.** The strategy included knowingly false denial of payment after Plaintiff Kaul provided clinical care.

**585.** The strategy included knowingly false contestations of  Plaintiff Kaul at every fee arbitration.

**586.** The strategy included the dissemination of knowing falsehoods to lawyers/doctors/surgical centers/hospitals to attempt to destroy Plaintiff Kaul's reputation,

**587.** The strategy included the dissemination of knowing falsehoods to lawyers/doctors/surgical centers/hospitals to attempt to make it impossible for Plaintiff Kaul to work.

**588.** The strategy included the filing and their publicization of knowingly fraudulent lawsuits against Plaintiff Kaul in corrupted NJ state/federal courts.

117

589. A purpose of the filing and publicization of knowingly fraudulent lawsuits was to re-litigate the arbitration hearings in which Plaintiff Kaul prevailed.

590. Plaintiff Kaul prevailed in almost ninety-nine percent (99%) of all arbitration hearings.

591. Defendant Geico/Co-Conspirator Allstate's strategy to attempt to eliminate Plaintiff Kaul included ordering the state medical board to revoke (illegally) Plaintiff Kaul's license.

592. Defendant Geico/Co-Conspirator Allstate's strategy to attempt to eliminate Plaintiff Kaul included having the NJ State AG initiate highly publicized criminal investigations/grand jury proceedings purposed to societally alienate/ostracize Plaintiff Kaul.

593. A purpose of the alienation/ostracization was to render Plaintiff Kaul unable to retain witnesses to defend against planned criminal indictments by the NJ State AG.

594. A purpose of the witness deprivation was to deprive Plaintiff Kaul of the ability to defend against planned criminal indictments by the NJ State AG.

595. A purpose of the alienation/ostracization was to render Plaintiff Kaul unable to procure monies to defend against planned criminal indictments by the NJ State AG.

596. A purpose of the monies deprivation was to deprive Plaintiff Kaul of the ability to defend against planned criminal indictments by the NJ State AG.

597. A purpose of the defense deprivation (monies/witnesses) was an attempt to ensure Plaintiff Kaul was convicted consequent to planned criminal indictments by the NJ State AG.

598. A purpose of any conviction consequent to planned criminal indictments by the NJ State AG was to illegally seize Plaintiff Kaul/his family's assets.

**599.** A purpose of any conviction consequent to planned criminal indictments by the NJ State AG was to have Plaintiff Kaul incarcerated.

**600.** A purpose of any incarceration consequent to planned criminal indictments by the NJ State AG was to attempt to have Plaintiff Kaul eliminated from the American healthcare market.

**601.** A purpose of Plaintiff Kaul's NJ State AG caused elimination from the American healthcare market was to illegally increase, through antitrust violations, the profits of competing healthcare corporations by eliminating the competitive threat posed by Plaintiff Kaul.

**602.** A purpose of any incarceration consequent to planned criminal indictments by the NJ State AG was to attempt to prevent Plaintiff Kaul from exposing the crimes of **The Kaul Cases** Defendants (2006-Present).

**603.** Defendant Geico/Co-Conspirator Allstate's strategy to attempt to eliminate Plaintiff Kaul included have the US Attorney/FBI initiate criminal investigations purposed to societally alienate/ostracize Plaintiff Kaul.

**604.** A purpose of the alienation/ostracization was to render Plaintiff Kaul unable to retain witnesses to defend against planned criminal indictments by the US Attorney/FBI .

**605.** A purpose of the witness deprivation was to deprive Plaintiff Kaul of the ability to defend against planned criminal indictments by the US Attorney/FBI.

**606.** A purpose of the alienation/ostracization was to render Plaintiff Kaul unable to procure monies to defend against planned criminal indictments by the US Attorney/FBI.

**607.** A purpose of the monies deprivation was to deprive Plaintiff Kaul of the ability to defend against planned criminal indictments by the NJ State AG.

**608.** A purpose of the defense deprivation (monies/witnesses) was an attempt to ensure Plaintiff Kaul was convicted consequent to planned criminal indictments by the US Attorney/FBI.

**609.** A purpose of any conviction consequent to planned criminal indictments by the US Attorney/FBI was to illegally seize Plaintiff Kaul/his family's assets.

**610.** A purpose of any conviction consequent to planned criminal indictments by the US Attorney/FBI was to have Plaintiff Kaul incarcerated.

**611.** A purpose of any incarceration consequent to planned criminal indictments by the US Attorney/FBI was to attempt to have Plaintiff Kaul eliminated from the American healthcare market.

**612.** A purpose of Plaintiff Kaul's US Attorney/FBI's caused elimination from the American healthcare market was to illegally increase, through antitrust violations, the profits of competing healthcare corporations by eliminating the competitive threat posed by Plaintiff Kaul.

**613.** A purpose of any incarceration consequent to planned criminal indictments by the US Attorney/FBI was to attempt to prevent Plaintiff Kaul from exposing the crimes of **The Kaul Cases** Defendants (2006-Present).

**614.** The strategy included having Plaintiff Kaul indicted on false tax charges.

**615.** The strategy included conspiring with Plaintiff Kaul's ex-wife to have him jailed on unpaid child support charges.

**616.** The strategy included preventing Plaintiff Kaul access to banking services.

**617.** The strategy included bribing judges/senators in federal court/government to obstruct/dismiss all cases filed by Plaintiff Kaul in the United States District Court.

**618.** The strategy included scheming to have and actually having Plaintiff Kaul kidnapped on May 27, 2021, after Defendant Christie had been served with the summons/complaint in K11-2 on May 26, 2021.

Mail/wire fraud:

**619.** Defendants Geico/Co-Conspirator Allstate, in the planning/execution/'damage control' phases of the 'Kaul Kidnapping Scheme', did, with knowledge of its illegality, use the US mail/wires to exchange information with Defendant Christie and Co-Conspirators Murphy/Grewal.

Bribery:

**620.** Defendants Geico/Co-Conspirator Allstate did funnel bribes to Defendants Christie/Murphy/Grewal as part of a quid pro quo scheme.

**621.** The quid pro quo scheme involved Defendant Christie and Co-Conspirators Murphy/Grewal corruptly 'selling' public (state) power, without the public's permission, to Defendant Geico/Co-Conspirator Allstate.

**622.** The scheme's purpose was to attempt to ensure the elimination of Plaintiff Kaul (jailed/deported/killed) to prevent him from further exposing their crimes.

Obstruction of justice/public corruption:

**623.** In having Plaintiff Kaul kidnapped on May 27, 2021, **The Kaul Cases** Defendants did violate with physical violence his prosecutorial rights in the United States District Court (K11-2), in the belief that he would either be unwilling or unable (psychologically/physically) to continue the prosecution of his claims.

**624.** In violating Plaintiff Kaul's prosecutorial rights, Defendants Christie/Geico and Co-Conspirators Murphy/Grewal/Allstate did in the process, attempt to cause a knowingly illegal obstruction of justice within the United States District Court.

**625.** Defendants Christie/Geico and Co-Conspirators Murphy/Grewal/Allstate, in coopting a state police agency into the commission of the crimes of kidnapping/mail fraud/wire fraud did obstruct justice in the United States District Court.

**626.** In the commission of the obstruction of justice Defendants Christie/Geico and Co-Conspirators Murphy/Grewal/Allstate converted the apparatus of American State/United States District Court into a **"racketeering enterprise"**.

**627.** Through the **"FBD Association-In-Fact Racketeering Enterprise"** Defendants Christie/Geico and Co-Conspirators Murphy/Grewal/Allstate, being aided/abetted by state police, did conduct a **"pattern of racketeering"** through the commission of RICO predicate acts of obstruction of justice/public corruption/bribery/wire fraud/public corruption/fraud on the court/witness tampering/evidence tampering/false indictments/false arrests/kidnapping/false incarcerations.

**628.** The principal purpose of the **"pattern of racketeering"** was to attempt to eliminate Plaintiff Kaul to prevent him from further exposing the crimes of **The Kaul Cases** Defendants (2006-2023).

**RICO 10**
**Association-In-Fact Enterprise: State of New York-State of Florida-NYSE ("SSN Association-In-Fact Enterprise)**
**Defendant Persons: Geico/FSMB-FBM**
**Co-conspirators: Allstate/Hengerer**
**RICO Predicate Acts: Bribery/Mail Fraud/Wire Fraud/Obstruction of Justice/Conspiracy**

**Overview:**

**629.** In a period that commenced in late 2020, the Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer did conspire to conduct, and did conduct a knowingly illegal **"pattern of racketeering"**

**630.** Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer conducted the **"pattern of racketeering"** through the **"SSN Association-In-Fact Enterprise".**

**631.** The **"pattern of racketeering"** involved the commission of the RICO predicate acts of bribery/ mail fraud/wire fraud/obstruction of justice/conspiracy.

**632.** A purpose of the **"pattern of racketeering"** was to illegally prevent Plaintiff Kaul from obtaining a physician license in the State of New York.

**633.** The license prevention scheme was an attempt to suppress Plaintiff Kaul's economic resurgence, in the belief that such a scheme would mitigate Plaintiff Kaul's exposure of **The Kaul Cases** Defendants' crimes (2006-2023).

**634. The Kaul Cases** Defendants crimes include, amongst others, bribery/public corruption/evidence tampering/witness tampering/bankruptcy fraud/bank fraud/mail fraud/wire fraud/judicial corruption/perjury/kickbacks/securities fraud (2006-2023 committed within judicial/political/legislative bodies of the American state/federal systems).

**635.** In the commission of obstructing Plaintiff Kaul's efforts to obtain a license in the State of New York (October 2020 to July 2021), Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer did conspire to and did commit a multitude of frauds across the US wires to attempt to deceive, delay and deny Plaintiff Kaul's application.

**636.** Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer with others did use the US wires to propagate knowingly false information that the denial of Plaintiff Kaul's application by a supposed medical board subcommittee was based on a question of so called **"moral suitability"**.

**637.** Plaintiff Kaul's multiple requests for the production of any state policy regarding the process of character assessment were ignored.

**638.** In furtherance of Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer effort to conceal the fraudulence of their **"moral suitability"** scheme, they conspired with an individual by the name of **"Vincent Vollaro"**.

**639.** The conspiracy was purposed to attempt, on June 17, 2021, to engage Plaintiff Kaul in a non-recorded phone call, in which **"Vincent Vollaro"** a non-lawyer/non-physician/non-ethicist would **"explain the process" ["moral suitability"]** to Plaintiff Kaul.

**640.** The call did not occur, but its purpose was to fabricate evidence to bolster Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer falsehood regarding a supposed subcommittee's purported **"moral suitability"** as the basis for the denial of Plaintiff Kaul's NY February 2021 license application.

**641.** Plaintiff Kaul has established as a matter of fact that no board subcommittee ever convened to consider Plaintiff Kaul's application.

**642.** Plaintiff Kaul has established as a matter of fact that there exists no opinion, reasoned or not, that finds a **"question of moral suitability"** as the basis for denial of licensure.

**643.** On July 14, 2021, consequent to Plaintiff Kaul having sent letters to every member of the NY State Government regarding the state's liability for the crimes of **The Kaul Cases** Defendants, Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer did conspire with **"Vollaro"** to use the US wires to transmit a knowingly fraudulent document.

**644.** In the knowingly fraudulent document **"Vollaro"** asserts that a **"subcommittee"** of the state medical board denied Plaintiff Kaul's application based on a purported **"question of moral suitability"**.

**645.** Plaintiff Kaul's subsequent requests for a copy of the transcript and signed purported opinion of the supposed subcommittee were ignored and then denied.

**646.** On August 27, 2021, Plaintiff Kaul filed a petition (Kaul v Zucker/Hengerer: 101019-2021) in the New York Supreme Court (Borough of New York), that sought to compel Defendant Hengerer to produce the purported **"subcommittee"** opinion.

**645.** To date no physician/member of the New York State Medical Board has confirmed participating in any evaluation of Plaintiff Kaul's application.

**Hengerer**:

**646.** Co-Conspirator Hengerer is a board director of Defendant FSMB-FBM, with whom he engages in commerce related to the business of so called "**physician discipline**".

**647.** Co-Conspirator Hengerer is the Chairman of the New York State Board Committee for Professional Medical Conduct.

**648.** Co-Conspirator Hengerer has a controlling position in deciding which physicians licenses are suspended and or revoked.

**649.** Co-Conspirator Hengerer abuses the power of his position to have prohibited the issuance of licenses to physicians whom for-profit healthcare corporations (insurance/hospital/pharmaceutical) have targeted for elimination.

**650.** Co-Conspirator Hengerer abuses the power of his position to have suspended/revoked the licenses of physicians whom for-profit healthcare corporations (insurance/hospital/pharmaceutical) have targeted for elimination.

**651.** Co-Conspirator Hengerer is cognizant of the illegality of his participation in the **"HIPIC-FC"** **("Hospital-Insurance-Pharmaceutical Industrial Complex – Federation Cartel")** scheme.

**652.** Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer compete with Plaintiff Kaul in the American healthcare market.

**653.** Despite Co-Conspirator Hengerer cognizance of the illegality he has persisted in his unlawful use of the US mail/wires to propagate the license prohibition scheme to prevent Plaintiff Kaul from participating in the relevant market.

**654.** Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer's license prohibition scheme constitutes a willful/ongoing antitrust injury to Plaintiff Kaul and the healthcare market.

**655.** Defendants FSMB-FBM/Geico and Co-Conspirators Allstate/Hengerer's license prohibition scheme constitutes an offense that Defendant Hengerer recognizes is violative of Plaintiff Kaul's constitutional/human rights to life/liberty/property.

**656.** Co-Conspirator Hengerer, despite knowing the penalties associated with his violations of antitrust law and of Plaintiff Kaul's constitutional/human rights, was motivated to commit the crimes.

**657.** Co-Conspirator Hengerer's motivation pertained to the economic benefit that inured to him.

**658.** The economic benefit derived partly from his commercial association with the American Hospital Association, to which Plaintiff Kaul's revolutionary outpatient spine surgical work presented a substantial business threat.

**659.** Co-Conspirator Hengerer was paid to be a surgical chairman at Strong Memorial Hospital in Rochester, NY for many decades.

**660.** The economic benefit derived partly from his commercial association with Defendant FSMB-FBM, which received bribes from for-profit healthcare corporations whose commercial agendas were threatened by Plaintiff Kaul's revolutionary outpatient spine surgical work.

**661.** In a period commencing on May 13, 2021, Co-Conspirator Hengerer, despite being noticed on multiple occasions by Plaintiff Kaul that he was participating in a **"pattern of racketeering"** did continue with his knowingly unlawful conduct.

**FSMB-FBM/Allstate/Geico**:

**662.** The introduction of the HCQIA in 1986 foreshadowed and created the conditions that spawned the **"HIPIC-FC"**.

**663.** Through the **"HIPIC-FC"** scheme Defendants Geico/FSMB-FBM and Co-Conspirator Allstate have converted the American healthcare market into a massive **"racketeering enterprise"**

purposed purely for profit at the expense and through the exploitation of the American public/medical profession.

**664.** The singular goal of for-profit healthcare corporations of is the maximization of executive compensation/share price at the cost of human life.

**665.** A February 22, 2018, article in ProPublica exposed Strong Memorial Hospital in Rochester, NY, as a corporation that reaps vast/excessive/disproportionate profits from conducting business in the healthcare market.

**666.** For many decades, Co-Conspirator Hengerer was Chairman of the Surgical Department at Strong Memorial Hospital, a member of the American Hospital Association.

**667.** Defendants FSMB-FBM/Geico and Co-Conspirator Allstate have conspired with/continue to conspire with Co-Conspirator Hengerer is using the New York State physician licensing apparatus to conduct a **"pattern of racketeering".**

**668.** Defendants FSMB-FBM/Geico and Co-Conspirator Allstate/Hengerer's **"pattern of racketeering"** involved the commission against Plaintiff Kaul of the RICO predicate acts of wire fraud/conspiracy/bribery/obstruction of justice.

**669.** Defendants FSMB-FBM/Geico and Co-Conspirator Allstate/Hengerer recognize that in committing these RICO predicate acts through the physician regulatory apparatus; they did knowingly convert the State of New York into a **"racketeering enterprise".**

**670.** A purpose of the commission of the RICO predicate acts was to prevent Plaintiff Kaul from procuring a New York license.

**671.** A purpose of the license prevention scheme was to suppress Plaintiff Kaul's economic resurgence.

**672.** A purpose of the suppression of Plaintiff Kaul's economic resurgence was to suppress his ability to prosecute **The Kaul Cases**.

**673.** A purpose of the suppression of Plaintiff Kaul's prosecution of **The Kaul Cases** was to suppress any further exposure to the global equities market/international regulators of the securities fraud crimes of Co-Conspirators Allstate/TD and Defendant Geico.

**674.** Defendant Geico (Berkshire Hathaway) and Co-Conspirators Allstate/TD and their counsel do know that on September 7, 2021, a release was published to the world-wide-web entitled: "United States Securities And Exchange Commission Alerted To Securities Fraud Crimes Of Three Titans Of North American Finance" (**Exhibit 1**).

**675.** The release was disseminated to the CEOs/CFOs of the S/P 500.

**676.** On September 7, 2021, Co-Conspirator Allstate's share price was 134, and on September 11, 2021, it was less than 132.

**677.** Subsequent to the release, Defendant Geico (Berkshire Hathaway) and Co-Conspirators Allstate/TD did use the US wires to transmit knowingly false information to their shareholders/global investment community.

**678.** The knowingly false information consisted of willful misrepresentations/omissions in SEC filings regarding litigation in India and the US.

**679.** In using the US wires to transmit knowingly false information to their shareholders/global investment community, Defendant Geico (Berkshire Hathaway) and Co-Conspirators Allstate/TD did knowingly violate section 10(b) of the Securities/Exchange Act.

**680.** Defendants FSMB-FBM/Geico and Co-Conspirator Allstate/Hengerer ongoing crimes constitute an **"ongoing open-ended pattern of racketeering"** being willfully conducted through **"SSN Association-In-Fact Enterprise"**.

**681.** Defendants FSMB-FBM/Geico and Co-Conspirator Allstate/Hengerer's knowingly **"ongoing open-ended pattern of racketeering"** continues to violate Plaintiff Kaul's constitutional/human rights.

**682.** The knowing/willful violation continues to cause Plaintiff Kaul to be illegally deprived (2012-Present) of his right to a livelihood.

**683.** The knowing/willful violation continues to cause Plaintiff Kaul to be illegally deprived (2012-Present) of his right/duty to support his children.

**684.** The knowing/willful violation continues to cause Plaintiff Kaul to be illegally deprived (2012-Present) of his right to freedom.

**685.** On May 27, 2021, **The Kaul Cases** Defendants, with knowledge of their immense civil/criminal liabilities in multiple international jurisdictions, did attempt to have Plaintiff Kaul seriously injured/killed.

**686.** Pursuant to RICO's doctrine of vicarious liability, all of **The Kaul Cases** Defendants have incurred, and will continue to incur liability of the aforementioned crimes, and any further ones that any of the Defendants might commit.

130

**Violation of Civil Rights**

**Symbiosis of State/Private Actors**

**687.** The 'state actor' <u>Symbiotic</u> test confirms that all Defendants and Co-Conspirators have 'state actor' status for the purpose of a section 1983 claim.

**688.** The 'state actor' <u>Joint Participation Doctrine</u> test confirms that all Defendants and Co-Conspirators have 'state actor' status for the purpose of a section 1983 claim.

**689.** The 'state actor' <u>State Command and Encouragement</u> test confirms that all Defendants and Co-Conspirators have 'state actor' status for the purpose of a section 1983 claim.

**690.** The 'state actor' <u>Pervasive Entwinement</u> test confirms that all Defendants and Co-Conspirators have 'state actor' status for the purpose of a section 1983 claim.

**691.** The 'state actor' <u>Public Function</u> test confirms that all Defendants and Co-Conspirators have 'state actor' status for the purpose of a section 1983 claim.

**692.** All of the above pled facts do confirm the intertwinement, for the purposes of section 1983 claims, of the 'state actor' status of the private actors/defendants/co-conspirators.

**693.** All of the above facts do confirm the intertwinement, for the purposes of section 1983 claims, of the conference on the state of the liability of the crimes caused by the private actors/defendants/co-conspirators against Plaintiff Kaul.

**694.** The above facts include the exchange between private and state actors of monies pertaining to **"patterns of racketeering"** conducted through American states.

**695.** The above facts include the exchange between private and state actors of monies pertaining to **"patterns of racketeering"** conducted through the United States District Court.

**696.** The above facts include the exchange between private and state actors of monies pertaining to **"patterns of racketeering"** conducted through the United States Bankruptcy Court.

**694.** The above facts include the exchange between private and state actors of information pertaining to **"patterns of racketeering"** conducted through American states.

**695.** The above facts include the exchange between private and state actors of information pertaining to **"patterns of racketeering"** conducted through the United States District Court.

**696.** The above facts include the exchange between private and state actors of information pertaining to **"patterns of racketeering"** conducted through the United States Bankruptcy Court.

**697.** The above facts include the exchange between private and state actors of monies for the purchase of state power/function through schemes of judicial/political bribery.

**698.** The above facts include the exchange between private and state actors of monies for the funding by the state of legal defenses of private actors/defendants in **The Kaul Cases**.


### Section 1983 claim


**699.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as 'state actors' did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the First Amendment of the United States Constitution.

**700.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as 'state actors' did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the <u>Second Amendment</u> of the United States Constitution.

**701.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as state-actors did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the <u>Fourth Amendment</u> of the United States Constitution.

**702.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as state-actors did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the <u>Fifth Amendment</u> of the United States Constitution.

**703.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as state-actors did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the <u>Sixth Amendment</u> of the United States Constitution.

**704.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as state-actors did abuse state/federal power to knowingly/willfully violate and deprive Plaintiff Kaul of his constitutional rights pursuant to the <u>Eight Amendment</u> of the United States Constitution.

**705.** In a period from 2008/2009 to the present, **The Kaul Cases** Defendants, as state-actors did abuse state/federal power to knowingly/willfully violate and deprive Kaul Plaintiff of his constitutional rights pursuant to the <u>Fourteenth Amendment</u> of the United States Constitution.

**706.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of his livelihood.

**707.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his business real estate.

**708.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his personal real estate.

**709.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his life earnings.

**710.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his pensions.

**711.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his financial investments.

**712.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his professional licenses.

**713.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of all his accounts receivable.

**714.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to due process.

**715.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to free speech.

**716.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to impartial tribunals/judges/courts.

**717.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to prosecute his claims.

**718.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to equal protection under the law.

**719.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of his right to liberty.

**720.** These deprivations/violations willfully/maliciously caused by **The Kaul Cases** Defendants did illegally deprive Plaintiff Kaul of the property of eleven (11) years of his life.

**721.** These deprivations/violations/injuries were willfully/maliciously perpetrated by private actors within/through/with the assistance of the executive/judicial apparatus of the American State.

**722.** These deprivations/violations/injuries were willfully/maliciously perpetrated by private actors within/through/with the assistance of the United States Bankruptcy Court.

**723.** These deprivations/violations/injuries were willfully/maliciously perpetrated by private actors within/through/with the assistance of the United States District Court.

**724.** These deprivations/violations/injuries were willfully/maliciously perpetrated by private actors within/through/with the assistance of the New York Stock Exchange.

**725.** These deprivations/violations/injuries were willfully/maliciously perpetrated by state actors within/through/with the assistance of the executive/judicial apparatus of the American State.

**726.** These deprivations/violations/injuries were willfully/maliciously perpetrated by state actors within/through/with the assistance of the United States Bankruptcy Court.

**727.** These deprivations/violations/injuries were willfully/maliciously perpetrated by state actors within/through/with the assistance of the United States District Court.

**724.** These deprivations/violations/injuries were willfully/maliciously perpetrated by state actors within/through/with the assistance of the New York Stock Exchange.

**725.** The commercial/communications nexus between state and private actors within **The Kaul Cases**, critical to the perpetration of the within pled schemes confers 'state actor' liability on all private actors as to the deprivations/violations/injuries caused to Plaintiff Kaul's human/constitutional rights.

**726.** The commercial/communications nexus between state and private actors within **The Kaul Cases**, critical to the perpetration of the within pled schemes confers 'state actor' liability on all private actors as to the deprivations/violations/injuries caused to all Plaintiff Kaul's property rights, as stated above.

**727.** **The Kaul Cases** Defendants were and are motivated to commit and continue to commit these deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**728.** The motivation is based on **The Kaul Cases** Defendants scheme to prevent Plaintiff Kaul from exposing their crimes, including those of defrauding the global equities market.

**UN Human Rights Violation**

**The United Nations Universal Declaration of Human Rights**

**729.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to <u>Article 1</u> of the United Nations Universal Declaration of Human Rights: "All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood."

**730.** The <u>Article 1</u> violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**731. <u>The Kaul Cases</u>** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to <u>Article 2</u> of the United Nations Universal Declaration of Human Rights. Plaintiff Kaul is a citizen of India: "Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty."

**732.** The <u>Article 2</u> violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**733. <u>The Kaul Cases</u>** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to <u>Article 3</u> of the United Nations Universal Declaration of Human Rights: "Everyone has the right to life, liberty and security of person."

**734.** The <u>Article 3</u> violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**735. <u>The Kaul Cases</u>** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to <u>Article 4</u> of the United Nations Universal Declaration of Human Rights: "No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms."

**736.** The <u>Article 4</u> violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**737.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 5 of the United Nations Universal Declaration of Human Rights: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment."

**738.** The Article 5 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**739.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 6 of the United Nations Universal Declaration of Human Rights: "Everyone has the right to recognition everywhere as a person before the law."

**740.** The Article 6 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**741.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 7 of the United Nations Universal Declaration of Human Rights: "All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination."

**742.** The Article 7 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**743.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 8 of the United Nations Universal Declaration of Human Rights: "Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law."

**744.** The Article 8 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**745. The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 9 of the United Nations Universal Declaration of Human Rights: "No one shall be subjected to arbitrary arrest, detention or exile."

**746.** The Article 9 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**747**. **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 10 of the United Nations Universal Declaration of Human Rights: "Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him."

**748.** The Article 10 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**749. The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 12 of the United Nations Universal Declaration of Human Rights: "No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks."

**750.** The Article 12 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**751. The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 12 of the United Nations Universal Declaration of Human Rights: "No one shall be subjected to arbitrary interference with his privacy, family, home,

or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks."

752. The Article 12 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

753. **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 12 of the United Nations Universal Declaration of Human Rights: "No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks."

754. The Article 12 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

755. **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 17 of the United Nations Universal Declaration of Human Rights: "1. Everyone has the right to own property alone as well as in association with others. 2. No one shall be arbitrarily deprived of his property."

756. The Article 17 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

757. **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 19 of the United Nations Universal Declaration of Human Rights: "Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers."

758. The Article 19 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**759.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 23 of the United Nations Universal Declaration of Human Rights: "Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment."

**760.** The Article 23 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**761.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 23 of the United Nations Universal Declaration of Human Rights: "Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control."

**762.** The Article 23 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**763.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 28 of the United Nations Universal Declaration of Human Rights: "Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized."

**764.** The Article 28 violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

**765.** **The Kaul Cases** Defendants and Co-Conspirators did knowingly and maliciously violate Plaintiff Kaul's rights pursuant to Article 30 of the United Nations Universal Declaration of Human Rights: "Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein."

141

**766.** The <u>Article 30</u> violation caused and continues to cause deprivations/violations/injuries to Plaintiff Kaul's human/constitutional/property rights.

## BASCH CLAIM

## RICO

**Association-In-Fact Enterprise: Rivkin Radler-United States District Court ("SRU Association-In-Fact Enterprise"/"RRU Scheme")**
**Defendant Persons: Geico/Rivkin Radler/Gersenoff**
**RICO Predicate Acts: mail fraud/wire fraud/bribery/public corruption**

### Overview:

**767.** In a period that commenced in or about 2008/2009, Defendants Geico and Co-Conspirators Rivkin Radler/Gersenoff did conspire to conduct, and did with a knowing illegality, conduct a **"pattern of racketeering"**.

**768.** The **"pattern of racketeering** was conducted through the **"RRU Association-In-Fact Enterprise"**.

**769.** The **"pattern of racketeering"** involved the commission of the RICO predicate acts of mail fraud/wire fraud/bribery/public corruption.

**770.** The perpetration of the **"RRU Scheme"** was conducted under cover of the law firm of Co-Conspirator Rivkin Radler, a Florida business and the United States District Court.

**771.** The purpose of the **"RRU Scheme"** was/is to exploit the medical expertise of Plaintiff Basch and defraud him of his property, by illegally using the authority of the United States District Court to concoct and initiate 'sham' litigation.

**772.** A purpose of the 'sham' litigation was to force Plaintiff Basch into relinquishing his claims against Defendant Geico for reimbursement for care provided to Defendant Geico's clients by Plaintiff Basch.

**773.** A purpose of the 'sham' litigation was to force Plaintiff Basch into 'settling' with Defendant Geico and paying them a purported **"restitution"**.

**774**. The purpose of the **"restitution"** and nullification of Plaintiff Basch's claims was to increase corporate/executive compensation and share price through the exploitation of the property of Plaintiff Basch's time/expertise.

**775.** An element of the **"RRU Scheme"** involves defrauding the public into purchasing expensive insurance policies based on a lie that in the event of injury, medical services will be provided. They are not. Defendant Geico takes the money, but then refuses to pay for care, and sues the doctors who pursue their claims through arbitration.

**776.** Defendant Geico and Co-Conspirators Gersenoff/Rivkin Radler have been aided and abetted in the **"RRU Scheme"** by corrupted judges within the United States District Court, who fail to dismiss their knowingly false and unsubstantiated claims.

**777.** Defendant Geico and Co-Conspirators Gersenoff/Rivkin Radler have been aided and abetted in the **"RRU Scheme"** corrupted politicians within both the state/federal governments

**778.** Defendant Geico and Co-Conspirators Gersenoff/Rivkin Radler have been aided and abetted in the **"RRU Scheme"** corrupted media outlets, the role of the latter entity being to digitally disseminate slanderous/libelous information about the person/s against whom they file suit.

**779.** Defendant Geico has perpetrated, and continues to perpetrate this scheme, at the heart of which lies a **"pattern"** of fraud, the origination of which lies in the below facts (781-791).

**780.** There exists a no-fault arbitration system that adjudicates claims filed by physicians and other health related professionals, against auto-insurance carriers for compensation regarding care life-saving care delivered to their clients, who have sustained injuries in car accidents.

**781.** If a physician prevails in these arbitrations, Defendant Geico then files knowingly fraudulent lawsuits in the United States District Court.

**782.** Defendant Geico files these lawsuits to re-litigate their losses in arbitration forums to whose jurisdiction they submitted.

**783.** In the arbitration proceedings the Defendant Geico schemes to intentionally omit arguments they subsequently submit in the United States District Court.

**784.** Defendant Geico omits these arguments as they recognize that they can be dismantled without cost, as the legal fees are in almost all cases paid by the losing insurance carrier.

**785.** However, the federal court suits require the physician retain a lawyer at his own, usually enormous expense.

786. Within the subsequent federal court action, Defendant Geico files knowingly false, **evidentially un-supported** RICO claims.

**787.** Within the RICO claims they seek not only monetary amounts far in excess of what they paid the physician, nullification of pending claims/arbitrations and injunctions to stop the physician ever treating any of their injured clients.

**788.** This constitutes an **"open-ended pattern of racketeering"**.

**789.** Defendant Geico's **"open-ended pattern of racketeering"** converted the United States District Court into a massive **"racketeering enterprise".**

**790.** Similarly, Defendant Geico's **"open-ended pattern of racketeering"** converted the American government and the NYSE/SEC into a **"racketeering enterprise"**.

**791.** American corporations have, over the last four (4) decades, through massive schemes of public corruption, converted America into a **"racketeering enterprise"**, where the only value/commodity/thing of existence is corporate profit.

**792.** Consequent to Defendant Geico's **"pattern of racketeering",** Plaintiff Basch has sustained, and continues to sustain substantial and irreparable injury to his reputation and finances and has no other recourse than to bring suit in this Court.

**793.** Defendant Geico and  Co-Conspirators Gersenoff/Rivkin Radler have corrupted the judges/court within the District of New Jersey and thus Plaintiff Basch, in exercising his Constitutional right to due process/impartial tribunal is afforded the right to vindicate his rights in any court within the United States District Court, other than the District of New Jersey.

**Geico**:

Mail Fraud/Wire Fraud:

**794.** In a period from 2008/2009 to 2021, Defendant Geico did, with a knowing illegality, and in collusion/conspiracy with judges in the United States District Court/Defendant Rivkin Radler/Gersenoff use the US mail/wires in furtherance of the **"RRU Scheme"**.

**795.** The **"RRU Scheme"** was perpetrated by/through a **"pattern of racketeering"** whose continuity is **"open-ended"**.

**796.** Defendant Geico and Co-Conspirators Gersenoff/Rivkin Radler knowingly converted the United States District Court into a **"racketeering enterprise".**

**797.** Certain judges within the United States District Court have been aiders/abettors of the Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler decades-plus-long criminal schemes.

**798.** Defendant Geico launders the proceeds of its criminal enterprise through the NYSE and members of the S/P 500, a fact they conceal from the global equities market.

Bribery/Public Corruption:

**800.** In a period from 2008/2009 to 2021, Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler used the US mail and wires to conspire to commit, and commit the RICO predicate acts of bribery/public corruption.

**801.** The acts of bribery/public corruption involved the funneling bribes to certain judges within the United States District Court in a series of quid pro quo schemes In exchange for the entry of order/judgements adverse to Plaintiff Basch/other physicians, while entering orders/judgments advantageous to Defendant Geico.

**802.** In the commission of these crimes, Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler did know the illegality of their misconduct and do know the severe civil/criminal penalties associated with such felonious conduct.

**803.** Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler corruption of the United States District Court has violated and continues to violate the Constitutional right of Plaintiff Basch to due process/impartial tribunal/equal protection, when life/liberty/property are at stake, as they are here.

**804.** Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler have violated the right of Plaintiff Basch to independent counsel, in that Defendant Geico and Co-Conspirator Gersenoff/Rivkin Radler continue to conspire to coerce his counsel into having Plaintiff Basch concede to Defendant Geico's fraudulent claims.

**Co-Conspirator Rivkin Radler**:

Mail Fraud/Wire Fraud:

**805.** In a period from 2008/2009 to 2023, Co-Conspirator Rivkin Radler has conducted and continues to conduct schemes of mail and wire fraud.

**806.** With a knowing illegality, Co-Conspirator Rivkin Radler uses the US mail/wires to exchange knowingly fraudulent information with members the federal government/judiciary.

**807.** These fraudulent exchanges facilitate/further Co-Conspirator Rivkin Radler multiple **"ongoing"** illegal schemes.

**808.** Co-Conspirator Rivkin Radler is a central cog in Defendant Geico's decades-plus-long" ongoing **"open-ended pattern of racketeering"** conducted through **"enterprises"** associated from the executive/judicial/legislative entities of state.

**809.** American corporations have coopted the American government into their criminal enterprise/conspiracy, a critical precursor, without which there could have been no perpetration of the COVID vaccine catastrophe.

**810.** Co-Conspirator Rivkin Radler uses the cover of its law firm/attorney-client privilege to perpetrate various criminal enterprises, in collusion/conspiracy with certain persons within the political/judicial bodies.

**811.** Co-Conspirator Rivkin Radler in collusion/conspiracy with Defendant Geico have used and continue to use these criminal enterprises to inflict intentional harm on the economic standing and reputation of Plaintiff Basch, harm for which he now seeks recompense.

Bribery/Public Corruption:

**812.** Co-Conspirator Rivkin Radler has within the last two (2) decades, if not longer, perpetrated massive schemes of judicial/public corruption.

**813.** Within the schemes,  Co-Conspirator Rivkin Radler has acted as a conduit of bribes from corporations to state/federal politicians/judges, bribes disguised as 'legal fees'/'political campaign donations'.

**814.** Within the schemes, Co-Conspirator Rivkin Radler has acted a progenitor of bribes/favors to corrupted judges ('no show' jobs to family members), in order to secure favorable orders/judgments.

**815.** Co-Conspirator Rivkin Radler has conducted and conducts these illegal schemes with impunity.

**816.** Co-Conspirator Rivkin Radler has employed and continues to employ this scheme against Plaintiff Basch in violation of his Constitutional right to due process/impartial tribunal/equal protection.

**817.** Co-Conspirator Rivkin Radler and Defendant Geico perpetrate this scheme in pursuit of profit through the exploitation of the medical expertise/economic welfare of Plaintiff Basch.

**818.** Co-Conspirator Rivkin Radler has conducted/conducts these illegal schemes of bribery/public corruption with knowledge of their illegality.

**Co-Conspirator Gersenoff**:

Mail Fraud/Wire Fraud:

**819.** Co-Conspirator Gersenoff, in a period from 2008/2009 to 2021, did with a knowing illegality, use the US mail/wires to exchange information with **The Kaul Cases** Defendants and Co-Conspirator Rivkin Radler regarding the planning and execution of multiple **"racketeering schemes"**, including the **"RRU Scheme"**.

**820.** Within these communications, Co-Conspirator Gersenoff acknowledged that Defendant Geico's strategy was to file knowingly false RICO claims against physicians to whom Defendant Geico owed monies and against whom Defendant Geico had lost in arbitration.

**821.** Co-Conspirator Gersenoff acknowledged that these filings did constitute the crimes of mail/wire fraud.

**822.** However, Co-Conspirator Gersenoff stated that because Defendant Geico had corrupted judges/prosecutors/politicians in the United States, their crimes would remain un-investigated and un-prosecuted.

**823.** Similarly, Co-Conspirator Gersenoff asserted that most lawyers had either been corrupted or were too fearful to file RICO or antitrust claims against Defendant Geico on behalf of physicians injured by Defendant Geico's racketeering.

**824.** Co-Conspirator Gersenoff admitted during one phone call with Plaintiff Basch's lawyer that Defendant Geico controlled the entire judicial/prosecutorial apparatus within the District of New Jersey and New York.

**825.** Co-Conspirator Gersenoff's 'Fraud on the Court' scheme has caused and continues to cause injury/violation to the Constitutional rights/economic standing/reputation of Plaintiff Basch, for which he now seeks recompense in this Court.

Bribery:

**826.** Within the last two (2) decades, Co-Conspirator Gersenoff has conducted a knowingly illegal fraud perpetrating quid pro quo bribery based **"pattern of racketeering".**

**827.** Co-Conspirator Gersenoff has conducted this **"pattern of racketeering"** through the enterprise of the law firm of Co-Conspirator Rivkin Radler.

**828.** To aid/abet/attempt to conceal the commission of the **"pattern of racketeering**, Co-Conspirators Gersenoff/Rivkin Radler falsely claim attorney-client privilege as cover for the crime of trafficking bribes from Defendant Geico to state/federal politicians/judges.

**829.** The false claim of 'attorney-client privilege' is responsible, in the same manner as banks laundering drug cartel profits, for furthering massive quid pro quo schemes that have exploited, and continue to exploit the American public/medical profession in pursuit of corporate/shareholder profit.

**830.** For these ongoing/willful injuries, Plaintiff Basch seeks recompense.

# Relief

On February 22, 2016, in K1 (<u>Kaul v Christie: 16-CV-02364</u>) the first of **The Kaul Cases**, Kaul set forth in the Complaint, the calculations underpinning his monetary demand. From this date until September 12, 2022, not one of **The Kaul Cases** Defendants, nor any of the intervening judges, have submitted argument/opinion/fact that demonstrates and or proves any flaws in the calculation, and have thus implicitly validated its accuracy. Instead, the submissions have consisted entirely of unsubstantiated derogations consistent with **The Kaul Cases** Defendants six (6) years-worth of frivolous briefing, judicial corruption, and evidential avoidance. The demands in K11-14 remain unchanged.

# Certification

We, the Plaintiffs, do certify that the above statements are true and accurate to the best of our knowledge, and that if it is proved that we knowingly and willfully misrepresented the facts, then we will be subject to punishment.


_____                    _____
RICHARD ARJUN KAUL, MD                                    DAVID BASCH, MD

DATED: June 29, 2023

www.drrichardkaul.com

**June 29, 2023**

Clerk of the Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

**Re: KAUL/BASCH v. FEDERATION STATE MEDICAL BOARDS ET AL.**
    **AMENDED COMPLAINT**

Dear Clerk of the Court,

Please find submitted the following documents:

1. A Complaint to include Plaintiffs signatures as per D.E. 3.

Yours sincerely

RICHARD ARJUN KAUL, MD               DAVID B. BASCH, MD

# KAUL/BASCH V. FEDERATION
# K11-14

Align bottom of peel

ORIGIN ID:LKKA   (973) 876-2877
RICHARD KAUL
24 WASHINGTON VALLEY RD
MORRISTOWN, NJ 07960
UNITED STATES US

SHIP DATE: 29JUN23
ACTWGT: 1.65 LB
CAD: 6990588/SSF02422

BILL CREDIT CARD

TO  CLERK OF THE COURT
    US DISTRICT COURT
    SOUTHERN DISTRICT OF FLORIDA
    400 NORTH MIAMI AVE
    MIAMI FL 33128
(000) 000-0000
INV:
PO:

REF:

DEPT:



FedEx
Express

Re

TRK#
0201  7805 2234 3966

FRI - 30 JUN 10:30A
PRIORITY OVERNIGHT

XG MPBA

33128
FL-US  MIA

